1   Alan Himmelfarb
    KAMBEREDELSON LLC
2   2757 Leonis Blvd.
    Los Angeles, CA 90058
3   (323) 585-8696
    ahimmelfarb@kamberedelson.com
4
    Jay Edelson
5   Ethan Preston
    KAMBEREDELSON LLC
6   53 West Jackson Ave., Suite 1530
    Chicago, IL 60604
7   312-589-6370
    jedelson@kamberedelson.com
8   epreston@kamberedelson.com

9   *Counsel for Plaintiff*

10              **IN THE UNITED STATES DISTRICT COURT**
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11                      **OAKLAND DIVISION**

12  JOHN LOFTON, an individual, on his own behalf       No. 07-05892 (EDL)
    and on behalf of all others similarly situated,
13                                                       Judge Elizabeth D. Laporte
14                  Plaintiff
                                                         **DECLARATION OF JOHN**
15          v.                                           **LOFTON IN SUPPORT OF**
                                                         **PLAINTIFF'S MOTION FOR**
16  BANK OF AMERICA CORPORATION, FIA                     **PRELIMINARY INJUNCTION**
    CARD SERVICES, N.A., a national banking              **AND CONDITIONAL CLASS**
17  association, CARLSON COMPANIES, INC., a              **CERTIFICATION**
    Minnesota corporation, CARLSON TRAVEL
18  NETWORK ASSOCIATES, INC., a Minnesota                Date: January 15, 2008
    corporation, and CARLSON TRAVEL GROUP,               Time: 9:00 a.m.
19  INC.  a California corporation, and DOES 1 to        Location: Courtroom E, 15th Floor
    100,                                                 450 Golden Gate Ave.
20                                                       San Francisco, CA 94102
                    Defendants.
21

22

23

24

25

26

27

28

Pursuant to 28 U.S.C.§ 1746, I, John Lofton, hereby declare and state as follows:

1. I am over the age of eighteen and am fully competent to make this declaration. I make this declaration based upon personal knowledge.

2. I have a Bank of America credit card and a credit card account, with WorldPoints. I have had this account for at least five years.

3. Generally, I earn one "WorldPoint" for each dollar I spend through my credit card, and I can redeem those WorldPoints for various benefits – including travel-related benefits, such as credits towards airline tickets. These benefits were set forth in the WorldPoints' *Program Details*. FIA Card Services, *Program Details*, Travel Rewards, *at* https://wwwa.managerewardsonline.com/RMSapp/Ctl/link?eid=F61D305B (2007).

4. I reviewed the representations made in the *Program Details* as various times when deciding whether to obtain a different credit card, and I relied on these representations when I made the decision to maintain my WorldPoints credit card account. Specifically, I relied on the *Program Details'* representations that:

    (a)    the program would only purchase "the lowest fare available through the travel provider at the time of booking"; and

    (b)    that credit obtained from the redemption of WorldPoints would apply to "all taxes and destination fees [except] fuel related surcharges and/or additional security fees deemed necessary by the individual carrier."

I concluded from the representations in the *Program Details* and believed that:

    (a)    the price of tickets purchased through the WorldPoints Rewards program would be at least as low as the lowest fare available to the general public; and

    (b)    the WorldPoints Rewards program would not charge a cardholder any more than the total actual cost of the airline tickets.

I maintained my WorldPoints credit card in reliance on these conclusions.

5. The terms and conditions under which WorldPoints could be redeemed for credits towards airline tickets were material to my decision to maintain a WorldPoints credit card and to spend money with that card. My belief and

understanding is that there are many different credit cards offered on the market which provide travel-related benefits on roughly the same terms and conditions on which the WorldPoints program purports to offer travel-related benefits. If I had known that the WorldPoints program assessed additional fees to redeem my WorldPoints for credits toward airline tickets, I would have at least investigated the option of obtaining a different credit card – and would have switched if I had found one that actually provided similar benefits to the benefits the WorldPoints program purported to offer.

6.    On October 22, 2007, I purchased a set of round-trip tickets by calling the 1-800 number provided by the WorldPoints Reward program.

7.    I redeemed 25,000 WorldPoints for a $400 credit towards the purchase of tickets for Continental Airline flights 416 and 2629 on December 14 and Continental Airline flights 2143 and 378 on December 16 (the "Tickets").

8.    After this telephone transaction, I received an email from the email address "travelplans@carlson.com" which contained a hyperlink to a webpage at http://mytripandmore.com. The webpage provided an itinerary for the Tickets, and a statement of charges. A true and correct copy of this webpage is attached as Exhibit A.

9.    Exhibit A indicates the WorldPoints program charged my credit credit for $107.10 for the Tickets. These charge consisted of:

    (a)    $52.10 for an "overage amount," the portion of the ticket price which exceeded the $400 credit;

    (b)    $10 for a "security fee"; and

    (c)    $45 for a "fuel related" fee.

(Ex. A 5.) Thus (accounting for the $400 credit for the 25,000 redeemed WorldPoints), WorldPoints' putative total price of my tickets was $507.10. I initially believed that the price of my tickets was $507.10, based on the representations made in Exhibit A. After my credit card was charged, I became

suspicious of the $45 "fuel related" fee and decided to investigate.

10.    A copy of a portion of my credit bill that reflects the $107.10 described above is attached as Exhibit B. Exhibit B copy is a true and correct copy of my credit card bill, except that my counsel has redacted sensitive personal or financial information. Exhibit B indicates that the $107.10 charge was posted to my account on October 23, 2007 and reflects a October 22, 2007 transaction date. The $107.10 charge is designated "TRAVEL PLANS" and indicates an Idaho phone number (208-4295332).

11.    On October 22, 2007, I visited Orbitz.com and checked the price for the Tickets. Orbitz.com provided a webpage with an itinerary for the Tickets and a quotation for the Tickets' total price. A true and correct copy of this webpage is attached as Exhibit C. Orbitz.com offered the Tickets for $469.09. (Ex. C 1.) Orbitz.com's service for providing airline tickets varies from $4.99 to $11.99.

12.    On October 22, 2007, I visited Expedia.com and checked the price for the Tickets. Expedia.com provided a webpage with an itinerary for the Tickets and a quotation for the Tickets' total price. A true and correct copy of this webpage is attached as Exhibit D. Expedia.com offered the Tickets for $467.10. (Ex. D 1.) Expedia.com indicated that the price "included a non-refundable $5.00 booking fee." (*Id*. 2.)

13.    On October 22, 2007, I visited Yahoo! Travel and checked the price for the Tickets. (Yahoo! Travel's uses Travelocity as its service provider.) Yahoo! Travel provided a webpage with an itinerary for the Tickets and a quotation for the Tickets' total price. A true and correct copy of this webpage is attached as Exhibit E. Yahoo! Travel offered the Tickets for $469.10. (Ex. E 2.) Yahoo! Travel indicated that the price "include[d] a nonrefundable $7.00 service fee, which may be charged separately to my credit card." (*Id*. 2.)

14.    On October 22, 2007, after obtaining my tickets, I called WorldPoints back to inquire about the fuel related fee. I specifically asked if this fee were some kind

of service charge charged by WorldPoints. I was informed that the fuel related

fee was a charge passed on by the airline, and that WorldPoints did not apply

any kind of service charge to the transaction.

15.    I am not financially capable of posting more than $5,000 for the injunctive

relief in the Motion.

16.    I declare under penalty of perjury, that the foregoing is true and correct.

Pursuant to Section X of the Northern District of California's General Order No. 45 on electronic case filing and 28 U.S.C.§ 1746, in lieu of John Lofton's signature on this declaration, Alan Himmelfarb attests that John Lofton is the signatory of this declaration, and that John Lofton concurred to this declaration on December 4, 2007.

DATE: December 5, 2007

s/Alan Himmelfarb
ALAN HIMMELFARB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit A

Travel Plans for John Lofton  12 Hour Clock  24 Hour Clock Worldspan Trip
Locator: M2MUUS  E-ticket Record E-mail Itinerary Add to Calendar

Try Our Trip Planner

Friday - 14 December 2007                              Flight

| Flight #: | CO0416 | Airline: | Continental Airlines Inc |
|---|---|---|---|
| Depart: | 06:00 AM Terminal 1 | Airport: | San Francisco Int'l Arpt San Francisco, CA USA |
| Arrive: | 11:46 AM Terminal C | Airport: | Houston Intercontinental Arpt Houston, TX USA |

| Aircraft: | Boeing 737-300 | Confirmation: | CGEB00 |
|---|---|---|---|
| Seat: | 15-C | Mileage: | 1641 |
| Class: | COACH | Travel Time: | 3.46 |
| Meal: | Snack | Stopovers: | 0 |

Weather | Maps / Driving Directions |

My Trip And More Online Check-in

Carrier                    Requirements
Carrier                    Requirements

Select one passenger for Online Check-in from the list below:

Friday - 14 December 2007                              Flight

Flight #:  CO2629      Airline:   Continental Airlines Inc
OPERATED BY EXPRESSJET AIRLINES INC DBA CO EXPRESS

| Depart: | 12:45 PM Terminal B | Airport: | Houston Intercontinental Arpt Houston, TX USA |
|---|---|---|---|

| Arrive: | 03:54 PM | Airport: | Greenville Spartanburg Arpt Greenville-Spartanburg, SC USA |
|---------|----------|----------|------|

| Aircraft: | Emb145 Embraer | Confirmation: | CGEB00 |
|-----------|----------------|---------------|--------|
| Seat: | 14-A | Mileage: | 832 |
| Class: | COACH | Travel Time: | 2.09 |
| Meal: | Snack | Stopovers: | 0 |

Weather | Maps / Driving Directions |

**My Trip And More Online Check-in**                                      ☒

| Carrier | Requirements |
|---------|--------------|
| Carrier | Requirements |

**Select one passenger for Online Check-in from the list below:**

[ ▼ ]

Sunday - 16 December 2007                          Flight

Flight #:    CO2143      Airline:    Continental Airlines Inc
OPERATED BY EXPRESSJET AIRLINES INC DBA CO EXPRESS

| Depart: | 06:35 AM | Airport: | Greenville Spartanburg Arpt Greenville-Spartanburg, SC USA |
|---------|----------|----------|------|

| Arrive: | 08:08 AM Terminal B | Airport: | Houston Intercontinental Arpt Houston, TX USA |
|---------|---------------------|----------|------|

| Aircraft: | Emb145 Embraer | Confirmation: | CGEB00 |
|-----------|----------------|---------------|--------|
| Seat: | 16-A | Mileage: | 832 |

Class:      COACH           Travel Time:  2.33
Meal:       Snack           Stopovers:    0

Weather  |  Maps / Driving Directions  |

**My Trip And More Online Check-in**                                    ☒

Carrier                        Requirements

Carrier                        Requirements

Select one passenger for Online Check-in from the list below:

[                    ▾]

---

Sunday - 16 December 2007                              Flight

Flight #:    CO0378             Airline:    Continental Airlines Inc

Depart:      09:10 AM           Airport:    Houston Intercontinental
             Terminal C                     Arpt
                                            Houston, TX
                                            USA

Arrive:      11:26 AM           Airport:    San Francisco Int'l Arpt
             Terminal 1                     San Francisco, CA
                                            USA

Aircraft:    Boeing 737-800     Confirmation: CGEB00
Seat:        15-C               Mileage:      1641
Class:       COACH              Travel Time:  4.16
Meal:        Snack              Stopovers:    0

Weather  |  Maps / Driving Directions  |

**My Trip And More Online Check-in**                                    ☒

Carrier                        Requirements

Carrier                        Requirements

Select one passenger for Online Check-in from the list below:

WORLDPOINTS TRAVEL SERVICES
800-434-8313 OR FOR INTERNATIONAL COLLECT CALLS
DIAL 001-302-457-2165
THANK YOU FOR CALLING WORLDPOINTS TRAVEL SERVICES.

PLEASE CAREFULLY REVIEW THIS ITINERARY AND
NOTIFY US OF ANY ERRORS OR DISCREPANCIES WITHIN
24 HOURS FROM THE TIME OF BOOKING. AFTER 24 HOURS
ANY FEES INCURRED DUE TO A REISSUE WILL BE
THE RESPONSIBILITY OF THE TRAVELER.
ALL VOLUNTARY CHANGES AT ANY TIME ARE SUBJECT TO
AIRLINE AGENCY AND PROGRAM RULES AND PENALTIES.

PLEASE READ THE FOLLOWING INFORMATION CAREFULLY.
AIRLINE POLICIES ARE SUBJECT TO CHANGE AT ANY TIME

AIRLINE TICKETS ARE NON-REFUNDABLE

AIRLINE PASSENGERS MUST PRESENT ALL ENCLOSED
TRAVEL DOCUMENTS AT THE AIRPORT ON THE DAY OF
TRAVEL ALONG WITH A GOVERNMENT ISSUED
IDENTITY CARD.

ALL INTERNATIONAL ITINERARIES REQUIRE A VALID
PASSPORT. CERTAIN DESTINATIONS MAY ACCEPT A
CERTIFIED BIRTH CERTIFICATE AS A SUBSTITUTE.
VISA POLICIES VARY BY COUNTRY AND SHOULD BE
OBTAINED PRIOR TO DEPARTURE.
IT IS RECOMMENDED THAT PASSENGERS CHECK IN WITH

AIRLINE A MINIMUM OF TWO HOURS PRIOR TO THE
SCHEDULED DEPARTURE TIME DUE TO FEDERAL
SECURITY REQUIREMENTS

---

PLEASE NOTE THAT AIRLINE SCHEDULES CHANGE
FREQUENTLY. PLEASE RECONFIRM ALL FLIGHT DATES
AND TIMES WITH THE APPROPRIATE AIRLINE
72 HOURS PRIOR TO DEPARTURE.

---

TO TAKE ADVANTAGE OF TRAVEL INTERRUPTION INSURANCE
CALL TRAVEL GUARD AT 1-800-826-4268 AND
REFERENCE PRODUCT NUMBER 007893.
UNUSED TICKETS CONTAIN NO VALUE IF NOT
CANCELLED PRIOR TO DEPARTURE.
THIS AIR TICKET IS NONREF AND UNUSED TICKETS HAVE NO VALUE
AWARD TICKETS CANNOT BE EXCHANGED FOR NEW FLIGHT DAYS OR
TIMES
NAMES DATES ADDRESS CITIES ETC HAVE BEEN RECAPPED FROM THE
PNR
CUSTOMER ADVISED OF AMOUNTS BILLED AS TRIP CHARGES ON CC
UPGRADES ARE NOT PERMITTED ON THIS AIRLINE TICKET
YOUR CREDIT CARD WAS CHARGED 45.00 AS A FUEL RELATED FEE
YOUR CREDIT CARD WAS CHARGED 52.10 AS AN OVERAGE AMOUNT
YOUR CREDIT CARD WAS CHARGED 10.00 AS A SECURITY FEE
FEES APPEAR AS /TRIP CHARGES/ ON MONTHLY CARD STATEMENTS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit B

# Texas Exes
# of the Univ of Texas

WorldPoints 

*Prepared for:* JOHN LOFTON  | November 2007 Statement

## Account Information

### Customer Service
*For Information on Your Account Visit:*

*Mail Payments to:*
BANK OF AMERICA
P.O. BOX 15721
WILMINGTON, DE 19886-5721

*Mail Billing Inquiries to:*
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

Call toll-free 1-800-789-6685
TDD hearing-impaired 1-800-346-3178

## Transactions

| Payments and Credits | | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|---|
| TRIP CHARGES | 208-4292349 ID | 10/26 | | 7340 | 0383 | | 107.10 CR |

**Purchases and Adjustments**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRAVEL PLANS | 208-4295332 ID | 10/23 | 10/22 | 3995 | 0383 | C | 107.10 |
| TRAVEL PLANS | 208-4295332 ID | 10/23 | 10/22 | 4209 | 0383 | C | 107.10 |

BANK OF AMERICA
P.O. BOX 15721
WILMINGTON, DE 19886-5721

☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

### Payment Information



*Mail this payment coupon along with a
check or money order payable to BANK OF AMERICA*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit C



Welcome to Orbitz.
Sign out
Site feedback

Quick Search | Custom Packages | Hotels | Flights | Cars & Rail | Cruises | Activities | Deals | My Trips | My Account



## Flight Details

### 1 Review trip cost

**1 traveler, round-trip**

| | |
|---|---|
| Airfare | $434.00 |
| Taxes and Fees | $35.09 |
| **Total trip cost** | **$469.09 USD** |

TLC

Don't you
a little TL
you trave
See Orbitz 1

### 2 Who's traveling?

Each traveler's name must match the name on his/her government-issued photo ID. Airlines **do not** allow passengers to transfer tickets or to change names on tickets.

**Adult**

**Traveler**

John Lofton    -

Enter a name not in the list above

We guaranc
privacy

Orbitz pledc
your persor
private and
View our pr

### 3 Check flight details

Total Trip Duration: 3 **days / 2 nights**

**Friday, December 14, 2007**

**Leave**

E-mail
E-mail flight

**Continental Airlines 416**

| | | |
|---|---|---|
| Depart: | 6:00am morning | San Francisco, CA<br>San Francisco International (SFO) |
| Arrive: | 11:46am morning | Houston, TX<br>Houston George Bush Intercntl. (IAH) |

Economy
Boeing 737
Snack
3hr 46min
1641 miles

Change planes. Time between flights: **0hr 59min**

**Continental Airlines 2629**

| | | |
|---|---|---|
| Depart: | 12:45pm afternoon | Houston, TX<br>Houston George Bush Intercntl. (IAH) |
| Arrive: | 3:54pm afternoon | Greenville/Greer, SC<br>Greer Greenville/Spartanburg (GSP) |

Economy
Embraer RJ135-145
2hr 9min
832 miles

Total duration: 6hr 54min        Total miles: 2473 miles

## Sunday, December 16, 2007

**Return**

**Continental Airlines 2143**

| | | | |
|---|---|---|---|
| Depart: | 6:35am morning | **Greenville/Greer, SC** Greer Greenville/Spartanburg (GSP) | Economy Embraer RJ135-145 2hr 33min 832 miles |
| Arrive: | 8:08am morning | **Houston, TX** Houston George Bush Intercntl. (IAH) | |

**Change planes.** Time between flights: **1hr 2min**

**Continental Airlines 378**

| | | | |
|---|---|---|---|
| Depart: | 9:10am morning | **Houston, TX** Houston George Bush Intercntl. (IAH) | Economy Boeing 737 4hr 16min 1641 miles |
| Arrive: | 11:26am morning | **San Francisco, CA** San Francisco International (SFO) | |

Total duration: 7hr 51min        Total miles: 2473 miles

# 4  Save big when you book your Flight and Hotel together!

Prices are for your selected flight and 1 guest, 2 nights, 1 room in a hotel.

<u>View all flight + hotel packages</u>

**Customiz package**
Choose a fl
Choose a h
Book togeth

**$797** total          **Flight +** <u>Hyatt Regency Greenville</u>           ★★★★



**1.8 Miles Northwest** of Greenville (City Center)

The Hyatt Regency Greenville is a hotel, office and convention center located in the heart of Greenville's business and entertainment district. With 327 rooms, a spacious atrium lobby, in a garden setting featuring cascading...

**Select a room**          <u>Hotel and room details, photos and maps</u>

**$693** total          **Flight +** <u>Crowne Plaza Hotel GREENVILLE-I-385-ROPER MTN RD</u>           ★★★



**3.1 Miles East** of Greenville (City Center)

Welcome to the Crowne Plaza Hotel Greenville. Minutes from downtown, travelers appreciate how our corporate atmosphere makes comfort and convenience a top priority. 8 Miles from Greenville Spartanburg Airport (GSP), the...



**Select a room**          <u>Hotel and room details, photos and maps</u>

**$790** total



**Flight +** Holiday Inn Express Hotel & Suites
GREENVILLE-DOWNTOWN



**1.8 Miles Northwest** of Greenville (City Center)

The Holiday Inn Express Hotel & Suites Downtown
Greenville is nestled along the thriving downtown business
district. This AAA approved, five story interior corridor hotel is
convenient to surrounding office parks, Palmetto...



Select a room                    Hotel and room details, photos and maps

---

**$724** total



**Flight +** Embassy Suites Greenville Golf Resort & Conference
Center



**2.8 Miles East** of Greenville (City Center)

The award-winning Embassy Suites Greenville Golf Resort &
Conference Center is nestled in the foothills of the Blue
Ridge Mountains, on the spectacular Verdae Greens Golf
Course. The Embassy Suites hotel is located one...



Select a room                    Hotel and room details, photos and maps

---

**$637** total

**Flight +** Holiday Inn Express Hotel & Suites GREENVILLE-I-85
& WOODRUFF RD



**3.4 Miles East** of Greenville (City Center)

Welcome to South Carolina's Golden Corner: the "Upstate,"
and welcome to The Holiday Inn Express Hotel & Suites
Greenville, South Carolina. Service, Service, and more
Service is what you&regll receive at the Holiday Inn...



Select a room                    Hotel and room details, photos and maps

---

View all flight + hotel packages

## 5 Continue booking your flight only.

Continue

Back

About Orbitz   Site feedback   Contact us | Investors   Careers | Media   Site map ' Advertising | Affiliates   Corporate Travel Soli
Terms and conditions   Your Privacy Rights   Low Fare Promise | Low Price Guarantee

Travel deals   Add Orbitz RSS feeds

Flights ' Vacation packages | Hotels   Car rental | Cruises   Activities   Travel guides

### Top hotel destinations

| | | | | |
|---|---|---|---|---|
| Atlanta hotels | Fort Lauderdale hotels | Los Cabos hotels | New York hotels | San Francisco hotels |
| Boston hotels | Houston hotels | Maui hotels | Oahu hotels | Seattle hotels |
| Cancun hotels | Indianapolis hotels | Miami hotels | Orlando hotels | Tampa hotels |
| Chicago hotels | Las Vegas hotels | Nassau hotels | Phoenix hotels | Vancouver hotels |
| Denver hotels | Los Angeles hotels | New Orleans hotels | San Diego hotels | Washington DC hotels |

### Top vacations

| | | | |
|---|---|---|---|
| Caribbean vacations | Florida vacations | All-Inclusive vacations | Gay travel |
| Mexico vacations | Las Vegas vacations | Business travel | Group vacations |
| Europe vacations | Last minute travel | Family vacations | Top travel destinations |

ebookers | HotelClub.com   RatesToGo.com   Trip.com | Away.com
GORP.com | OutsideOnline.com   Orbitz Games



Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
ORBITZ.com   © 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; **Nevada 2003-0387**; Washington 602-102-724

10/22/2007 4:42 PM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit D


**Expedia.com**

Home    Flights    Hotels    Cars    Vacation Packages    Cruises    Activities    Deals & Destinations

# Total price for this trip: $467.10

**Summary**

1 Ticket / Roundtrip
SFO San Francisco to
GSP Greenville

Leave:      Fri 14-Dec
Return:     Sun 16-Dec

1 adult              $434.00
Taxes & Fees    $33.10

Total              $467.10

### Coupons    ℹ What's a coupon?

Only one coupon may be used per purchase. You're not signed in to an account. To use a saved coupon, or to a coupon to your account, please sign in.

○ I have a coupon. ─Enter redemption code─

◉ I don't have a coupon.

⊖ Apply and reprice

## 1 Review the flight details

### 🛫 Fri 14-Dec-07

**San Francisco** (SFO)    to    **Houston** (IAH)
Depart 6:00 am              Arrive 11:46 am
Terminal 1                      Terminal C
Economy/Coach Class, Breakfast, Boeing 737-300

1,641 mi
(2,641 km)
Duration: 3hr 46mn

**Continental Airlines**
Flight: **416**

**Houston** (IAH)    to    **Greenville** (GSP)
Depart 12:45 pm          Arrive 3:54 pm
Terminal B

Economy/Coach Class, Snack, Embraer EMB-145

832 mi
(1,339 km)
Duration: 2hr 9mn

**Continental Airlines**
Flight: **2629**
Operated by: /EXPRESSJET
AIRLINES INC DBA CO EXP

Total distance: 2,473 mi (3,980 km)

Total duration: 5hr 55mn (6hr 54mn with col

### 🛫 Sun 16-Dec-07

**Greenville** (GSP)    to    **Houston** (IAH)
Depart 6:35 am              Arrive 8:08 am
                                    Terminal B

Economy/Coach Class, Snack, Embraer EMB-145

832 mi
(1,339 km)
Duration: 2hr 33mn

**Continental Airlines**
Flight: **2143**
Operated by: /EXPRESSJET
AIRLINES INC DBA CO EXP

**Houston** (IAH)    to    **San Francisco** (SFO)
Depart 9:10 am              Arrive 11:26 am
Terminal C                      Terminal 1
Economy/Coach Class, Breakfast, Boeing 737-300

1,641 mi
(2,641 km)
Duration: 4hr 16mn

**Continental Airlines**
Flight: **378**

Total distance: 2,473 mi (3,980 km)

Total duration: 6hr 49mn (7hr 51mn with col

***Tip:* Flight terminals may change. Please confirm the terminal with the airline before leaving airport.**

### QUESTIONS?

❓ Can I use a credit card with a billing address outside the U.S.?

❓ Is it safe to buy online?

❓ Need help with this page?

❓ Other FAQs

➕ 🏨    **Add a hotel and save**

Expedia recommends

 **Hilton Greenville**
☆☆☆☆½
Greenville
▸More lodging info

 **Hawthorn Suites**
☆☆☆☆
Greenville
▸More lodging info

 **The Westin P(**
Greenville
☆☆☆☆☆
Greenville
▸More lodging

Flight + 2 nights hotel          $663.48
                                    total

▶ Add this hotel to trip
    Your best price, guaranteed!

Flight + 2 nights hotel          $623.16
                                    total
(If booked separately:      $662.80)
**Your Savings:**            **$39.64**
▶ Add this hotel to trip
    Your best price, guaranteed!

Flight + 2 nights hotel
(If booked separately:
**Your Savings:**
▶ Add this hotel to trip
    Your best price, guarant

Add a hotel to your flight now
to earn ThankYou℠ Points and get great rewards!

See more hotels with your

Your best price, guaranteed!

🚘 **Add a rental car to this trip**

◉ No thanks, I don't need a rental car.

○ Yes, I would like to see available rental cars next.

## 2 Review the rules and restrictions

- Tickets are nonrefundable.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 **per tick** be charged by Expedia for any changes you make to the flights in this itinerary. This fee is w for changes made online. ⓘ More info
- Tickets are nontransferable and name changes are not allowed.
- This price includes a nonrefundable $5.00 booking fee.
- Please read important information regarding airline liability limitations.
- Read an overview of all the rules and restrictions applicable to this fare.
- Read the complete penalty rules for changes and cancellations applicable to this fare.

☑ **I have read and accept the rules and restrictions.** (please check the box to continue

## 3 Select a booking option

**Fares are not guaranteed until purchased.**

▶Continue with booking

Due to the restrictions associated with this fare, tickets must be purchased immediately. not possible to reserve this fare for later ticketing.

▸ Save this to my itinerary.

▸ Cancel and go to home page.

Expedia Information:  about Expedia.com  | press room  | investor relations  | Expedia, Inc. terms of use  | privacy policy  | become an affiliate  | adverti
Expedia Links:  home  | flights  | hotels  | cars  | cruises  | earn ThankYou Points  | site map

Expedia, Inc. is not responsible for content on external Web sites. ©2007 Expedia, Inc. All rights reserved.
Photos: Getty Images, Corbis

Plus sign (+) means taxes and fees are additional.

Top Destinations Links:

| Airlines | Florida vacations | Amsterdam hotels | Hawaii | Business |
| Cheap flights | Hawaii vacations | Hotel reservations | Chicago | Europe tr: |
| Airline tickets | Mexico vacations | Luxury hotels | Las Vegas | Paris |
| Car rentals | Orlando vacations | Rome hotels | New York | Travel de |

International sites:   Australia  |  Canada  |  China  |  Denmark  |  France  |  Germany  |  Italy  |  Japan  |  Netherlands  |  Norway  |  Spain  |

Partner sites:
100 Orlando Spots  | Big World Trips  | Boston Hotelier  | Citysearch  | ClassicVacations.com  | CondoSaver.com  | Cruises.net  | Entertainment | Evite  | G
Hotwire  | HSN  | Improvements Catalog  | LendingTree  | Match  | Real Estate  | ReserveAmerica  | San Francisco Hotelier  | Shoes  | Ticketmaster  | Vacat

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit E

Yahoo! My Yahoo! Mail

**Search:** [　　　　　　　]    **Web Search**

# YAHOO! TRAVEL

Welcome, **eeyore94122**
Travel Home - My Travel - Help



| Home | Travel Guides | Hotels | Flights | Cars | Vacations | Cruises | Deals |

## Review the price and restrictions for your trip [ Help ]

### Trip Summary

## Outbound Flight

Fri, Dec 14
**6:00am** Depart - San Francisco, CA (SFO)
**11:46am** Arrive - Houston Bush, TX (IAH)
Flight time: 3 hrs 46 min

**Continental Airlines** 416    Adult Fare Rule

Nonstop

Connection Time: 0 hrs 59 min

Fri, Dec 14
**12:45pm** Depart - Houston Bush, TX (IAH)
**3:54pm** Arrive - Greenville/Spartanburg (GSP)
Flight time: 2 hrs 9 min

**Continental Airlines** 2629    Adult Fare Rule
operated by /EXPRESSJET AIRLINES INC DBA CO EXPRESS
Nonstop

Total Travel Time: 6 hrs 54 min

## Return Flight

Sun, Dec 16
**6:35am** Depart - Greenville/Spartanburg (GSP)
**8:08am** Arrive - Houston Bush, TX (IAH)
Flight time: 2 hrs 33 min

**Continental Airlines** 2143    Adult Fare Rule
operated by /EXPRESSJET AIRLINES INC DBA CO EXPRESS
Nonstop

Connection Time: 1 hr 2 min

Sun, Dec 16
**9:10am** Depart - Houston Bush, TX (IAH)
**11:26am** Arrive - San Francisco, CA (SFO)
Flight time: 4 hrs 16 min

**Continental Airlines** 378    Adult Fare Rule

Nonstop

**Total Travel Time:** 7 hrs 51 min

Save this whole itinerary

**Price Summary**

| Travelers | Price |
|---|---|
| Base Fare (1 adult) | = $403.72 |
| Taxes and Fees | = $ 65.38 |
| **Total Price** | = **$469.10** |

Please remember that prices are not guaranteed until flights are ticketed. The following prices are for electronic tickets. If your itinerary requires a paper ticket, additional fees may apply.

**Policies, Rules and Restrictions**

☐ I understand that this fare is <u>non-refundable</u> and carries restrictions as follows:

- Once ticket is issued, it may not be reassigned to a different passenger or airline.
- Ticket is non-refundable.
- Ticket changes may incur penalties and/or increased fares.
- This price includes a nonrefundable $7.00 service fee, which may be charged separately to my credit card.

I agree to the rules and restrictions of this fare including the above:

 

Copyright© 2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy

Travelocity.com, one of Yahoo!'s travel service providers, collects information on this site in order to fulfill your request for travel services, consistent with the Yahoo! Privacy Policy. To learn about how Yahoo! uses your information please read our Privacy Policy.

1996-2007 Travelocity.com LP. All rights reserved. Travelocity and the Stars Design are trademarks of Travelocity.com LP.