POS-010

FILED                     FOR COURT USE ONLY

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Alan Himmelfarb, 90480
LAW OFFICE OF ALAN HIMMELFARB
2757 Leonis Blvd.
Vernon, CA 90058
TELEPHONE NO.: (323) 585-8696
ATTORNEY FOR (Name): Plaintiff

07 DEC -4  PM 3:50

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court
1301 Clay St. #400 South
Oakland, CA 94612-5212

PLAINTIFF/PETITIONER: John Lofton
DEFENDANT/RESPONDENT: Bank of America Corporation

CASE NUMBER: C07-05892 EDL

PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.: none

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Class Action Complaint, Order Setting Initial Case Management Conference, Standing Order, Notice of Assignment of Case, Consent to Proceed, Declination to Proceed

3. a. Party served: CARLSON TRAVEL GROUP, INC.

   b. Person Served: CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Address where the party was served: 2730 GATEWAY OAKS DR STE 100
   SACRAMENTO, CA 95833

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): November 30, 2007   (2) at (time): 1:47 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   CARLSON TRAVEL GROUP, INC.

   under:   CCP 416.10 (corporation)

**BY FAX**

7. Person who served papers
   a. Name:       Tyler Dimaria
   b. Address:    One Legal, Inc. - 132-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $14.95
   e. I am:
      (3) registered California process server.
          (i) Employee or Independent contractor.
          (ii) Registration No.: 2006-06
          (iii) County SACRAMENTO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: November 30, 2007

Tyler Dimaria
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

FF# 6651979

10355301.tif - 12/4/2007 10:24:56 AM