# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation, and DOES 1 to 100,<br><br>Defendants. | No. C 07-05892 EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:   December 17, 2007             Signature     /S/ Elizabeth D. Le

                                       Counsel for    Defendant Carlson Companies, Inc.
                                       (Plaintiff, Defendant, or indicate "pro se"

# CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that a copy of the **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** was served upon the parties below Fed. R. Civ. P. 5(b) by causing a copy of the same to be placed in the United States Mail, postage prepaid, and sent to their last known address as follows:

Alan Himmelfarb, Esq.
KamberEdelson LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
*Attorneys for Plaintiff John Lofton*

Jay Edelson, Esq.
Ethan Preston, Esq.
KamberEdelson LLC
53 West Jackson Ave., Suite 1530
Chicago, IL 60604
*Attorneys for Plaintiff John Lofton*

Scott Kamber, Esq.
KamberEdelson LLC
11 Broadway, 22nd Floor
New York, NY 10004
*Attorneys for Plaintiff John Lofton*

Abraham J. Colman, Esq.
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
*Attorneys for Defendant Bank of America Corporation*

Date: December 17, 2007          By:    /S/ Elizabeth D. Le
                                        ELIZABETH D. LE