Martin R. Lueck (*pro hac* pending)
Emmett J. McMahon (*pro hac* pending)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:   612-349-8500
Facsimile:   612-339-4181
E-mail:   mrlueck@rkmc.com
          ejmcmahon@rkmc.com

Elizabeth D. Le (CA Bar No. 216182)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:   310-552-0130
Facsimile:   310-229-5800
E-mail:   edle@rkmc.com

Attorneys for Defendant
CARLSON COMPANIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation, and DOES 1 to 100,<br><br>              Defendants. | Case No.  CV 07-05892 MJJ<br><br>[Assigned to the Hon. Martin J. Jenkins]<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  November 20, 2007 |

1    IT IS HEREBY STIPULATED by and among Plaintiff JOHN LOFTON and Defendants CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC. a California corporation, (collectively the "Carlson Defendants"), that the Carlson Defendants shall have an extension of time up to and including January 22, 2008, to answer, move, or otherwise respond to the complaint herein. Each of the Carlson Defendants above hereby enters an appearance and acknowledges service under this Stipulation. Plaintiff and the Carlson Defendants shall complete a conference pursuant to Rule 26(f) by January 7, 2008.

This is the first extension of time to respond to the initial complaint in this action. This extension does alter the date of any event or deadline already fixed by Court order. Thus, pursuant to Local Rule 6-1(a), this extension does not require court approval.

Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Elizabeth D. Le hereby attests that the signatories' concurrence in the filing of this document has been obtained.

DATED: December 20, 2007    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: ___/S/ Elizabeth D. Le___
Martin R. Lueck
Emmett J. McMahon
Elizabeth D. Le

*Attorneys for Defendant Carlson Companies, Inc.*

DATED: December 20, 2007    **KAMBEREDELSON LLC**

By: ___/S/ Ethan Preston___
Ethan Preston

*Attorneys for Plaintiff John Lofton*

LA1 60152979.2    - 2 -    STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
CV 07-05892 MJJ

# **CERTIFICATE OF SERVICE**

Pursuant to 28 U.S.C. § 1746, I hereby certify that a copy of **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** was served upon the parties below Fed. R. Civ. P. 5(b) by causing a copy of the same to be placed in the United States Mail, postage prepaid, and sent to their last known address as follows:

Alan Himmelfarb, Esq.
KamberEdelson LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
*Attorneys for Plaintiff John Lofton*

Jay Edelson, Esq.
Ethan Preston, Esq.
KamberEdelson LLC
53 West Jackson Ave., Suite 1530
Chicago, IL 60604
*Attorneys for Plaintiff John Lofton*

Scott Kamber, Esq.
KamberEdelson LLC
11 Broadway, 22nd Floor
New York, NY 10004
*Attorneys for Plaintiff John Lofton*

Abraham J. Colman, Esq.
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
*Attorneys for Defendant Bank of America Corporation*

Date: December 20, 2007     By:  /S/ Elizabeth D. Le
                                 ELIZABETH D. LE

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES