Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Felicia Y. Yu (SBN 193316)
Email: fyu@reedsmith.com
Jordan Yu (SBN 227341)
Email: jsyu@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   213.457.8000
Facsimile:    213.457.8080

Attorneys for Defendants
BANK OF AMERICA CORPORATION and
FIA CARD SERVICES, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association; CARLSON COMPANIES, INC., a Minnesota corporation; CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation; and CARLSON TRAVEL GROUP, INC., a California corporation; and DOES 1 to 100,<br><br>Defendants. | No.: C07-05892 MJJ<br><br>**STIPULATION FOR EXTENSION OF TIME FOR BANK OF AMERICA CORPORATION AND FIA CARD SERVICES, N.A. TO RESPOND TO COMPLAINT**<br><br>Compl. Filed: November 20, 2007<br><br>Honorable Martin J. Jenkins |

1   This Stipulation is made by and between Plaintiff John Lofton, an individual, on his own
2   behalf and on behalf of all others similarly situated, and Defendants Bank of America Corporation
3   and FIA Card Services, N.A., through their respective counsel, in light of the following facts:

RECITALS

A.  Plaintiff initiated the instant class action by filing a complaint on behalf of himself and all others similarly situated in the United States District Court for the Northern District of California, Oakland Division, on November 20, 2007.

B.  On December 6, 2007, Plaintiff filed a Notice of Motion and Motion for Preliminary Injunction and Class Certification that was scheduled to be heard on January 15, 2008.

STIPULATION

NOW, THEREFORE, Plaintiff and Defendants Bank of America Corporation and FIA Card Services, N.A. hereby stipulate and agree that:

1.  Defendants Bank of America Corporation and FIA Card Services, N.A. shall have an extension of time up to and including February 4, 2008, to answer, move, or otherwise respond to the complaint herein. This is the first extension of time to respond to the initial complaint in this action. This extension does not alter the date of any event or deadline already fixed by Court order. Thus, pursuant to Local Rule 6-1(a), this extension does not require court approval.

2.  Plaintiff and Defendants Bank of America Corporation and FIA Card Services, N.A. shall complete a conference pursuant to Rule 26(f) by January 18, 2008.

3.  Without waiving any rights that any party may have, Plaintiff will re-notice the Motion for Preliminary Injunction and Class Certification.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    4.   Pursuant to General Order No. 45, Section X(B), Felicia Yu hereby attests that the
2  signatories' concurrence in the filing of this document has been obtained.
3
4  DATED: December 26, 2007          KAMBEREDELSON LLC
5
6                                    By____/s/ Ethan Preston_____
                                        Ethan Preston
7                                       Attorneys for Plaintiff
                                        JOHN LOFTON, an individual, on his own behalf
8                                       and on behalf of all others similarly situated
9  DATED: December 26, 2007          REED SMITH LLP
10
11                                   By_____/s/ Felicia Y. Yu_____
                                        Felicia Y. Yu
12                                      Attorneys for Defendants
                                        BANK OF AMERICA CORPORATION and FIA
13                                      CARD SERVICES, N.A.

No.: C07-05892 MJJ                    — 3 —                        DOCSLA-15618348.1

STIPULATION FOR EXTENSION OF TIME FOR BANK OF AMERICA CORPORATION AND FIA CARD
SERVICES N.A. TO RESPOND TO COMPLAINT

**PROOF OF SERVICE**

I, CANDICE A. SPOON, declare:

I am employed in the County of Los Angeles, State of California. My business address is Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On December 26, 2007, I served the document(s) described as: **STIPULATION FOR EXTENSION OF TIME FOR BANK OF AMERICA CORPORATION AND FIA CARD SERVICES, N.A. TO RESPOND TO COMPLAINT** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

***SEE ATTACHED SERVICE LIST***

☐ BY PERSONAL DELIVERY: I personally delivered the document(s) listed above to the person(s) at the address(es) set forth on the attached list.

☑ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071.

☐ BY ☐ UPS NEXT DAY AIR ☐ FEDERAL EXPRESS ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ UPS ☐ FEDERAL EXPRESS ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ UPS ☐ FEDERAL EXPRESS OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s): in accordance with the written confirmation of counsel in this action.

☐ BY EMAIL: I sent via electronic mail a copy of said document(s) to the following addressee(s):

☐ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☑ [Federal] I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 26, 2007, at Los Angeles, California.

*/s/ Candice A. Spoon*
CANDICE A. SPOON

Service List
*Lofton v. Bank of America Corporation, et al.*
Case No.: C07-05892-MJJ

| | |
|---|---|
| Alan Himmelfarb, Esq.<br>KamberEdelson LLC<br>2757 Leonis Boulevard<br>Los Angeles, CA 90058<br>Tel: (323) 585-8696<br>Email: ahimmelfarb@kamberedelson.com | *Attorneys for Plaintiff John Lofton* |
| Jay Edelson, Esq.<br>Ethan Preston, Esq.<br>KamberEdelson LLC<br>53 West Jackson Avenue<br>Suite 1530<br>Chicago, IL 60604<br>Tel: (312) 589-6370<br>Email:   jedelson@kamberedelson.com<br>          epreston@kamberedelson.com | *Attorneys for Plaintiff John Lofton* |
| Scott Kamber, Esq.<br>KamberEdelson LLC<br>11 Broadway, 22nd Floor<br>New York, NY 10004<br>Tel: (212) 920-3072<br>Fax: (212) 202-6364<br>Email:   skamber@kolaw.com | *Attorneys for Plaintiff John Lofton* |
| Martin R. Lueck, Esq.<br>Emmett J. McMahon, Esq.<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 La Salle Avenue<br>Minneapolis, MN 55402<br>Tel: (612) 349-8500<br>Fax: (612) 339-4181<br>Email:   mrlueck@rkmc.com<br>          ejmcmahon@rkmc.com | *Attorneys for Defendant Carlson Companies, Inc.* |
| Elizabeth D. Le, Esq.<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>Tel: (310) 552-0130<br>Fax: (310) 229-5800<br>Email:   edle@rkmc.com | *Attorneys for Defendant Carlson Companies, Inc.* |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PROOF OF SERVICE