

1   Abraham J. Colman (SBN 146933)
    Email: acolman@reedsmith.com
2   Felicia Y. Yu (SBN 193316)
    Email: fyu@reedsmith.com
3   Jordan Yu (SBN 227341)
    Email: jsyu@reedsmith.com
4   REED SMITH LLP
    355 South Grand Avenue, Suite 2900
5   Los Angeles, CA  90071-1514
    Telephone:    213.457.8000
6   Facsimile:    213.457.8080

7   Attorneys for Defendants
    BANK OF AMERICA CORPORATION and
8   FIA CARD SERVICES, N.A.

9                   UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13   JOHN LOFTON, an individual, on his own behalf      No.: C07-05892 MJJ
     and on behalf of all others similarly situated,
14                                                       **DEFENDANTS BANK OF AMERICA**
                       Plaintiff,                        **CORPORATION AND FIA CARD**
15                                                       **SERVICES, N.A.'S CERTIFICATION OF**
          vs.                                            **INTERESTED ENTITIES OR PERSONS**
16
     BANK OF AMERICA CORPORATION, FIA                    [N.D. Cal. Local Rule 3-16]
17   CARD SERVICES, N.A., a national banking
     association; CARLSON COMPANIES, INC., a
18   Minnesota corporation; CARLSON TRAVEL
     NETWORK ASSOCIATES, INC., a Minnesota
19   corporation; and CARLSON TRAVEL GROUP,
     INC., a California corporation; and DOES 1 to
20   100,

21                     Defendants.

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1           Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed

2   persons, associations of persons, firms, partnerships, corporations (including parent corporations) or

3   other entities (i) have a financial interest in the subject matter in controversy or in a party to the

4   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5   substantially affected by the outcome of this proceeding.

6

7           1.      NB Holdings Corp. wholly owns FIA Card Services, N.A.

8           2.      Bank of America Corp. wholly owns NB Holdings Corp.

9

10  DATED:  December 26, 2007.

11          REED SMITH LLP

12

13          By_____/s/ Felicia Y. Yu
               Felicia Y. Yu

14             Attorneys for Defendants
               BANK OF AMERICA CORPORATION and

15             FIA CARD SERVICES, N.A.

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP<br>A limited liability partnership formed in the State of Delaware

**PROOF OF SERVICE**

I, CANDICE A. SPOON, declare:

I am employed in the County of Los Angeles, State of California. My business address is Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On December 26, 2007, I served the document(s) described as: **DEFENDANTS BANK OF AMERICA CORPORATION AND FIA CARD SERVICES, N.A.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

*SEE ATTACHED SERVICE LIST*

☐    BY PERSONAL DELIVERY:  I personally delivered the document(s) listed above to the person(s) at the address(es) set forth on the attached list.

☑    BY MAIL:  I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service.  In the ordinary course of business, the correspondence would be deposited with the United States Postal Service with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm.  Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071.

☐    BY ☐ UPS NEXT DAY AIR ☐ FEDERAL EXPRESS ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ UPS ☐ FEDERAL EXPRESS ☐ Overnight Delivery [specify name of service:  ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ UPS ☐ FEDERAL EXPRESS OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071 with delivery fees fully provided for.

☐    BY FACSIMILE:  I telecopied a copy of said document(s) to the following addressee(s) at the following number(s):  in accordance with the written confirmation of counsel in this action.

☐    BY EMAIL:  I sent via electronic mail a copy of said document(s) to the following addressee(s):

☐    [State]  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☑    [Federal]  I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 26, 2007, at Los Angeles, California.

CANDICE A. SPOON

Service List
*Lofton v. Bank of America Corporation, et al.*
Case No.: C07-05892-MJJ

| | |
|---|---|
| Alan Himmelfarb, Esq.<br>KamberEdelson LLC<br>2757 Leonis Boulevard<br>Los Angeles, CA 90058<br>Tel: (323) 585-8696<br>Email: ahimmelfarb@kamberedelson.com | *Attorneys for Plaintiff John Lofton* |
| Jay Edelson, Esq.<br>Ethan Preston, Esq.<br>KamberEdelson LLC<br>53 West Jackson Avenue<br>Suite 1530<br>Chicago, IL 60604<br>Tel: (312) 589-6370<br>Email:   jedelson@kamberedelson.com<br>             epreston@kamberedelson.com | *Attorneys for Plaintiff John Lofton* |
| Scott Kamber, Esq.<br>KamberEdelson LLC<br>11 Broadway, 22nd Floor<br>New York, NY 10004<br>Tel: (212) 920-3072<br>Fax: (212) 202-6364<br>Email:   skamber@kolaw.com | *Attorneys for Plaintiff John Lofton* |
| Martin R. Lueck, Esq.<br>Emmett J. McMahon, Esq.<br>Robins, Kaplan, Miller& Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 La Salle Avenue<br>Minneapolis, MN 55402<br>Tel: (612) 349-8500<br>Fax: (612) 339-4181<br>Email:   mrlueck@rkmc.com<br>             ejmcmahon@rkmc.com | *Attorneys for Defendant Carlson Companies, Inc.* |
| Elizabeth D. Le, Esq.<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>Tel: (310) 552-0130<br>Fax: (310) 229-5800<br>Email:   edle@rkmc.com | *Attorneys for Defendant Carlson Companies, Inc.* |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 2 -

PROOF OF SERVICE