Martin R. Lueck (MN Bar No. 155548)
Emmett J. McMahon (*Pro hac* pending)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:    612-349-8500
Facsimile:     612-339-4181
E-mail:         mrlueck@rkmc.com
                    ejmcmahon@rkmc.com

Elizabeth D. Le (CA Bar No. 216182)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:    310-552-0130
Facsimile:     310-229-5800
E-mail:         edle@rkmc.com

Attorneys for Defendants
CARLSON COMPANIES, INC., CARLSON
TRAVEL NETWORK ASSOCIATES, INC., AND
CARLSON TRAVEL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation, and DOES 1 to 100,<br><br>Defendants. | Case No.  CV 07-05892 MJJ<br><br>[Assigned to the Hon. Martin J. Jenkins]<br><br>**DEFENDANTS CARLSON COMPANIES, INC., CARLSON TRAVEL NETWORK ASSOCIATES, INC. AND CARLSON TRAVEL GROUP, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>[N.D. Cal. Local Rule 3-16]<br><br>Complaint Filed:  November 20, 2007 |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  December 28, 2007  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:  /S/ Elizabeth D. Le
 Martin R. Lueck
 Emmett J. McMahon
 Elizabeth D. Le

*Attorneys for Defendants Carlson Companies, Inc., Carlson Travel Network Associates, Inc., and Carlson Travel Group, Inc.*

# **CERTIFICATE OF SERVICE**

Pursuant to 28 U.S.C. § 1746, I hereby certify that a copy of **DEFENDANTS CARLSON COMPANIES, INC., CARLSON TRAVEL NETWORK ASSOCIATES, INC., AND CARLSON TRAVEL GROUP, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** was served upon the parties below Fed. R. Civ. P. 5(b) by causing a copy of the same to be placed in the United States Mail, postage prepaid, and sent to their last known address as follows:

Alan Himmelfarb, Esq.
KamberEdelson LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
*Attorneys for Plaintiff John Lofton*

Jay Edelson, Esq.
Ethan Preston, Esq.
KamberEdelson LLC
53 West Jackson Ave., Suite 1530
Chicago, IL 60604
*Attorneys for Plaintiff John Lofton*

Scott Kamber, Esq.
KamberEdelson LLC
11 Broadway, 22nd Floor
New York, NY 10004
*Attorneys for Plaintiff John Lofton*

Abraham J. Colman, Esq.
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
*Attorneys for Defendant Bank of America Corporation and FIA Card Services, N.A.*

Date: December 28, 2007        By:    /S/ Elizabeth D. Le
                                       ELIZABETH D. LE