

1  Abraham J. Colman (SBN 146933)
   Email: acolman@reedsmith.com
2  Felicia Y. Yu (SBN 193316)
   Email: fyu@reedsmith.com
3  Jordan Yu (SBN 227341)
   Email: jsyu@reedsmith.com
4  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
5  Los Angeles, CA  90071-1514
   Telephone:    213.457.8000
6  Facsimile:    213.457.8080

7  Attorneys for Defendants
   BANK OF AMERICA CORPORATION and
8  FIA CARD SERVICES, N.A.

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12  JOHN LOFTON, an individual, on his own behalf      No.: C07-05892 MJJ
    and on behalf of all others similarly situated,
13                                                     **STIPULATION FOR EXTENSION OF
                    Plaintiff,                         TIME FOR BANK OF AMERICA
14                                                     CORPORATION AND FIA CARD
           vs.                                         SERVICES, N.A. TO RESPOND TO
15                                                     COMPLAINT** AND ORDER
    BANK OF AMERICA CORPORATION, FIA
16  CARD SERVICES, N.A., a national banking            Compl. Filed:  November 20, 2007
    association; CARLSON COMPANIES, INC., a
17  Minnesota corporation; CARLSON TRAVEL              Honorable Martin J. Jenkins
    NETWORK ASSOCIATES, INC., a Minnesota
18  corporation; and CARLSON TRAVEL GROUP,
    INC., a California corporation; and DOES 1 to
19  100,

20                  Defendants.

21
22
23
24
25
26
27
28

No.: C07-05892 MJJ                            – 1 –                          DOCSLA-15618348.1
STIPULATION FOR EXTENSION OF TIME FOR BANK OF AMERICA CORPORATION AND FIA CARD
                    SERVICES N.A. TO RESPOND TO COMPLAINT

1  This Stipulation is made by and between Plaintiff John Lofton, an individual, on his own
2  behalf and on behalf of all others similarly situated, and Defendants Bank of America Corporation
3  and FIA Card Services, N.A., through their respective counsel, in light of the following facts:

### RECITALS

A. Plaintiff initiated the instant class action by filing a complaint on behalf of himself and all others similarly situated in the United States District Court for the Northern District of California, Oakland Division, on November 20, 2007.

B. On December 6, 2007, Plaintiff filed a Notice of Motion and Motion for Preliminary Injunction and Class Certification that was scheduled to be heard on January 15, 2008.

### STIPULATION

NOW, THEREFORE, Plaintiff and Defendants Bank of America Corporation and FIA Card Services, N.A. hereby stipulate and agree that:

1. Defendants Bank of America Corporation and FIA Card Services, N.A. shall have an extension of time up to and including February 4, 2008, to answer, move, or otherwise respond to the complaint herein. This is the first extension of time to respond to the initial complaint in this action. This extension does not alter the date of any event or deadline already fixed by Court order. Thus, pursuant to Local Rule 6-1(a), this extension does not require court approval.

2. Plaintiff and Defendants Bank of America Corporation and FIA Card Services, N.A. shall complete a conference pursuant to Rule 26(f) by January 18, 2008.

3. Without waiving any rights that any party may have, Plaintiff will re-notice the Motion for Preliminary Injunction and Class Certification.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

4. Pursuant to General Order No. 45, Section X(B), Felicia Yu hereby attests that the signatories' concurrence in the filing of this document has been obtained.

DATED: December 26, 2007                KAMBEREDELSON LLC


By    /s/ Ethan Preston
      Ethan Preston
      Attorneys for Plaintiff
      JOHN LOFTON, an individual, on his own behalf
      and on behalf of all others similarly situated

DATED: December 26, 2007                REED SMITH LLP


By    /s/ Felicia Y. Yu
      Felicia Y. Yu
      Attorneys for Defendants
      BANK OF AMERICA CORPORATION and FIA
      CARD SERVICES, N.A.

**IT IS SO ORDERED**

/s/ Martin J. Jenkins
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1/8/2008