1  Daniel J. Bergeson, Bar No. 105439
    dbergeson@be-law.com
2  Donald P. Gagliardi, Bar No. 138979
    dgagliardi@be-law.com
3  BERGESON, LLP
    303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
    Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6  Attorneys for Defendants
    CARLSON TRAVEL NETWORK ASSOCIATES, INC.;
7  CARLSON TRAVEL GROUP, INC.

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13  | JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated, | Case No. C07-05892 MJJ |
14  |                                                                                                 | **SUBSTITUTION OF ATTORNEY** |
15  |                    Plaintiff,                                                                   |                         |
16  |        vs.                                                                                      |                         |
17  | BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation, | Hon. Martin J. Jenkins |
18  |                                                                                                 |                         |
19  |                                                                                                 |                         |
20  |                                                                                                 |                         |
21  |                    Defendants.                                                                  |                         |

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEY                                    Case No. C07-05892 MJJ

1   Defendants Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc.
2   hereby substitutes Daniel J. Bergeson, Esq. and Donald P. Gagliardi, Esq., Bergeson, LLP, 303
3   Almaden Blvd., Suite 500, San Jose, CA 95110, 408-291-6200, as attorney of record in place and
4   stead of Martin R. Lueck, Esq., Emmett J. McMahon, Esq., and Elizabeth D. Le, Esq., Robins,
5   Kaplan, Miller & Ciresi LLP.

Date:  January 9, 2008         BERGESON, LLP


                               _____/s/_____
                               Daniel J. Bergeson, Esq.


I CONSENT TO THE ABOVE SUBSTITUTION:

Date:  January    , 2008        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


                               _____/s/_____
                               Martin R. Lueck, Esq.




SUBSTITUTION OF ATTORNEY IS HEREBY ____ ACCEPTED    ____ DENIED.


Dated:  January    , 2008       _____
                                Hon. Martin J. Jenkins
                                United States District Judge


SUBSTITUTION OF ATTORNEY                                          Case No. C07-05892 MJJ

1