1  Defendants Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc.
2  hereby substitutes Daniel J. Bergeson, Esq. and Donald P. Gagliardi, Esq., Bergeson, LLP, 303
3  Almaden Blvd., Suite 500, San Jose, CA 95110, 408-291-6200, as attorneys of record in place and
4  stead of Martin R. Lueck, Esq., Emmett J. McMahon, Esq., and Elizabeth D. Le, Esq., Robins,
5  Kaplan, Miller & Ciresi LLP.

7  Dated: January 10, 2008           BERGESON, LLP

10                                   ~~Daniel J. Bergeson, Esq.~~   Donald P. Gagliardi

11  I CONSENT TO THE ABOVE SUBSTITUTION:
12  Dated: January 10, 2008           ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

15                                   Martin R. Lueck, Esq.

18  SUBSTITUTION OF COUNSEL IS HEREBY ACCEPTED.
19  SO ORDERED.

21  Dated: January    , 2008          _____
22                                   Hon. Martin J. Jenkins
                                     UNITED STATES DISTRICT JUDGE