Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 1530
Chicago, IL 60604
312-589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

Scott Kamber
KAMBEREDELSON LLC
11 Broadway, 22d Floor
New York, NY 10004
Telephone: (212) 920-3072
Fax: (212) 202-6364
skamber@kamberedelson.com

*Attorneys for John Lofton*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC. a California corporation, and DOES 1 to 100,<br><br>Defendants. | No. 07-05892 (MJJ)<br><br>Judge Martin J. Jenkins<br><br>**PLAINTIFF'S STIPULATED CONTINUANCE OF HIS MOTION FOR PRELIMINARY INJUNCTION AND CLASS CERTIFICATION**<br><br>Date: March 4, 2008<br>Time: 2:00 P.M.<br>Location: Courtroom 11, 19th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |

Pursuant to Civil L.R. 7-7(a), Plaintiff continues the hearing for his Motion for Preliminary Injunction and Class Certification to March 4, 2008, to aid the convenience of the Court and of the parties. This continuance will allow the Court to consolidate the hearing for the Motion with the case management conference, which the Court set for March 4, 2008 by its own order dated December 20, 2007.

This Stipulation is made by and between Plaintiff John Lofton and Defendants Bank of America Corporation, FIA Card Services, N.A., Carlson Companies, Inc., Carlson Travel Network Associates, Inc., and Carlson Travel Group, Inc. (collectively "Defendants"), through their respective counsel, as follows:

## RECITALS

A.     On December 6, 2007, Plaintiff filed a Notice of Motion and Motion for Preliminary Injunction and Class Certification that was scheduled to be heard on January 15, 2007 before the Honorable Magistrate Elizabeth D. Laporte.

B.     On December 18, 2007, this case was reassigned to the Honorable Martin J. Jenkins.

C.     On December 27, 2007, Plaintiff filed an Amended Notice of Motion, renoticing its Motion for Preliminary Injunction and Class Certification for February 5, 2008, before the Honorable Martin J. Jenkins.

## STIPULATION

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate and agree that:

Without waiving any rights that any party may have, Plaintiff will re-notice the Motion for Preliminary Injunction and Class Certification to March 4, 2008.  Further, all of the undersigned parties agree to cooperate in good faith to complete a Rule 26(f) conference by January 18, 2008

Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.

1  DATED: January 11, 2008          ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2                                   By: ___s/Elizabeth D. Le_____
3                                        Martin R. Lueck
                                         Emmett J. McMahon
4                                        Elizabeth D. Le
                                    *Attorneys for Defendant Carlson Companies, Inc.*

5  DATED: January 11, 2008          BERGESON, LLP

6

7                                   By: ___s/Donald P Gagliardi_____
                                         Daniel J. Bergeson
8                                        Donald P Gagliardi

9                                   *Attorneys for Defendants Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc.*

10
   DATED: January 11, 2008          KAMBEREDELSON LLC
11

12
                                    By: ___s/Alan Himmelfarb_____
13                                       Scott Kamber
                                         Alan Himmelfarb
14                                       Ethan Preston

15                                  *Attorneys for Plaintiff John Lofton*

16 DATED: January 11, 2008          REED SMITH LLP

17

18                                  By: ___s/Jordan S. Yu_____
                                         Abraham J. Colman
19                                       Felicia Y. Yu
                                         Jordan S. Yu
20
                                    *Attorneys for Defendant Bank of America Corporation and FIA Card Services, N.A.*
21

22

23

24

25

26

27

28