**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN LOFTON,

    Plaintiff,

v.

BANK OF AMERICA CORPORATION,

    Defendant.

No. C07-05892 MJJ

**ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Before the Court is an Application for Attorney Admission Pro Hac Vice by Emmet J. McMahon, who represents that he is an active member in good standing of the bar of the state of Minnesota. (Docket No.16.)

On December 31, 2007, Mr. McMahon submitted a declaration to the Court certifying facts that would demonstrate why he is qualified for admission Pro Hac Vice under the requirements of Civil Local Rule 11-3. In it, Mr. McMahon fails to satisfy Civil Rule Local Rule 11-3(a)(3) insofar as he fails to certify "[t]hat an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action." Accordingly, the Court **DENIES WITHOUT PREJUDICE** the Application.

**IT IS SO ORDERED.**

Dated: January 17, 2008

                                          MARTIN J. JENKINS
                                          UNITED STATES DISTRICT JUDGE