1  Daniel J. Bergeson, Bar No. 105439
   dbergeson@be-law.com
2  Donald P. Gagliardi, Bar No. 138979
   dgagliardi@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6  Attorneys for Defendants
   CARLSON TRAVEL NETWORK ASSOCIATES, INC.;
7  CARLSON TRAVEL GROUP, INC.

8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated, | Case No. C07-05892 MJJ |
| 14                                  Plaintiff, | **SUBSTITUTION OF ATTORNEY** AND ORDER |
| 15       vs. | |
| 16  BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation, | Hon. Martin J. Jenkins |
|                                  Defendants. | |

Defendants Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc. hereby substitutes Daniel J. Bergeson, Esq. and Donald P. Gagliardi, Esq., Bergeson, LLP, 303 Almaden Blvd., Suite 500, San Jose, CA 95110, 408-291-6200, as attorney of record in place and stead of Martin R. Lueck, Esq., Emmett J. McMahon, Esq., and Elizabeth D. Le, Esq., Robins, Kaplan, Miller & Ciresi LLP.

Date: January 9, 2008               BERGESON, LLP

                                    _____/s/_____
                                    Daniel J. Bergeson, Esq.

I CONSENT TO THE ABOVE SUBSTITUTION:

Date: January    , 2008              ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                    _____/s/_____
                                    Martin R. Lueck, Esq.

SUBSTITUTION OF ATTORNEY IS HEREBY __X__ ACCEPTED     ____ DENIED.

Dated: January 18, 2008             _____
                                    Hon. Martin J. Jenkins
                                    United States District Judge

SUBSTITUTION OF ATTORNEY                                         Case No. C07-05892 MJJ

Defendants Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc. hereby substitutes Daniel J. Bergeson, Esq. and Donald P. Gagliardi, Esq., Bergeson, LLP, 303 Almaden Blvd., Suite 500, San Jose, CA 95110, 408-291-6200, as attorneys of record in place and stead of Martin R. Lueck, Esq., Emmett J. McMahon, Esq., and Elizabeth D. Le, Esq., Robins, Kaplan, Miller & Ciresi LLP.

Dated: January 10, 2008        BERGESON, LLP

_____
Daniel J. Bergeson, Esq.    Donald P. Gagliardi

I CONSENT TO THE ABOVE SUBSTITUTION:

Dated: January 10, 2008        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

_____
Martin R. Lueck, Esq.

SUBSTITUTION OF COUNSEL IS HEREBY ACCEPTED.
SO ORDERED.

Dated: January    , 2008        _____
                                Hon. Martin J. Jenkins
                                UNITED STATES DISTRICT JUDGE

1

SUBSTITUTION OF ATTORNEY                                    Case No. C07-05892 MJJ