Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 1530
Chicago, IL 60604
312-589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

Scott Kamber
KAMBEREDELSON LLC
11 Broadway, 22d Floor
New York, NY 10004
Telephone: (212) 920-3072
Fax: (212) 202-6364
skamber@kamberedelson.com

*Attorneys for John Lofton*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC. a California corporation, and DOES 1 to 100,<br><br>Defendants. | No. 07-05892 (MJJ)<br><br>Judge Martin J. Jenkins<br><br>**DECLARATION OF ETHAN PRESTON IN SUPPORT OF STIPULATED REQUEST FOR EXTENSION OF TIME** |

Pursuant to 28 U.S.C.§ 1746, I, Ethan Preston, hereby declare and state as follows:

1. I am an attorney admitted to practice in the state of Illinois, and represent Plaintiff in the above-titled action. I am entering this declaration pursuant to Civil L.R. 6-2(a) in support of the Stipulated Request for Extension of Time. This declaration is based upon my personal knowledge, except where expressly noted otherwise.

2. Plaintiff and Defendants negotiated to continue the hearing date for Plaintiff's Motion for Preliminary Injunction through the week of January 7, 2008. I have personal knowledge of these negotiations as between Plaintiff and Carlson Companies, Inc., Carlson Travel Network Associates, Inc., and Carlson Travel Group, Inc. (the "Carlson Defendants.") This statement is made on information and belief with respect to the negotiations between Plaintiff and Bank of America Corp. and FIA Card Services, N.A. (the "Bank Defendants"), which information and belief is based on communications with members of my firm.

3. In these negotiations, it was the expectation and intent of the parties that the proposed continuance would also extend the time for Defendants to file their Opposition to the Motion for Preliminary Injunction and Class Certification. The parties believed that continuing the Motion's hearing date would automatically accomplish that intended goal.

4. On January 11, 2008, I distributed a draft "Stipulated Request for Order Changing Time and [Proposed] Order" pursuant to Civil L.R. 6-2 to Defendants via email at 12:30 pm CST. At 3:03 pm CST, I received a draft stipulation prepared by one of Defendants' counsel. At approximately 5:00 pm CST, one of Defendants' counsel called me and requested that I file a document based largely on their draft stipulated request.

5. I made a number of edits to their draft stipulated request and filed the resulting document (which is Document No. 19 on the docket for this case).

6. I recently called the Court's chambers to inquire about scheduling issues with

respect to Plaintiff's Motion. During this telephone conference, the clerk alerted me that the January 11, 2008 continuance of the hearing date for Plaintiff's Motion would not automatically extend the briefing schedule for said Motion. The clerk indicated that the parties should file an amended stipulation which clarified their intent to request a corresponding extension of the briefing schedule.

7. I declare under penalty of perjury that the foregoing is true and correct.

Pursuant to Section X of the Northern District of California's General Order No. 45 on electronic case filing and 28 U.S.C.§ 1746, in lieu of Ethan Preston's signature on this declaration, Alan Himmelfarb attests that Ethan Preston is the signatory of this declaration, and that Ethan Preston concurred to this declaration on January 23, 2007.

DATE: January 23, 2007

                                           s/Alan Himmelfarb
                                           ALAN HIMMELFARB