**FILED**

JAN 28 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

John Lofton,

                    Plaintiff(s),

        v.

Bank of America Corporation, et al.

                    Defendant(s).

_____ /

**CASE NO.** C 07-05892 MJJ

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

    Emmett J. McMahon           , an active member in good standing of the bar of

the State of Minnesota                   whose business address and telephone number

(particular court to which applicant is admitted)

is  Robins, Kaplan, Miller & Ciresi L.L.P., 2800 LaSalle Plaza, 800 LaSalle Avenue,

Minneapolis, Minnesota  55402-2015, (612)349-8500
                                                                                    ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing fff    Carlson Companies, Inc.

    IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: ggg   1/28/08


                                        _____
                                        United States ~~Magistrate~~ District Judge
                                        Judge Martin J. Jenkins

UNITED STATES DISTRICT COURT
For the Northern District of California