
Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 1530
Chicago, IL 60604
312-589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

Scott Kamber
KAMBEREDELSON LLC
11 Broadway, 22d Floor
New York, NY 10004
Telephone: (212) 920-3072
Fax: (212) 202-6364
skamber@kamberedelson.com

*Attorneys for John Lofton*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC. a California corporation, and DOES 1 to 100,<br><br>Defendants. | No. 07-05892 (MJJ)<br><br>Judge Martin J. Jenkins<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME, PLAINTIFF'S SECOND AMENDED NOTICE OF MOTION, AND [PROPOSED] ORDER**<br><br>Date: April 2, 2008<br>Time: 2:00 P.M.<br>Location: Courtroom 11, 19th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |

This Stipulation between Plaintiff John Lofton and Defendants Bank of America Corporation, FIA Card Services, N.A., Carlson Companies, Inc., Carlson Travel Network Associates, Inc., and Carlson Travel Group, Inc. (collectively, the "Defendants"), through their respective counsel, is made pursuant to Civil L.R. 6-1(b).

**RECITALS**

A.   On November 20, 2007, Plaintiff filed his Complaint against the Defendants.

B.   On December 6, 2007, Plaintiff filed a Notice of Motion and Motion for Preliminary Injunction and Class Certification that was scheduled to be heard on January 15, 2007 before the Honorable Magistrate Elizabeth D. Laporte.

C.   On December 18, 2007, this case was reassigned to the Honorable Martin J. Jenkins.

D.   On December 20, 2007, Plaintiff and Carlson Companies, Inc., Carlson Travel Network Associates, Inc., and Carlson Travel Group, Inc. entered into a stipulation extending the Carlson Defendants' time to respond to Plaintiff's Complaint until January 22, 2008.

E.   On December 26, 2007, Plaintiff and Bank of America Corp. and FIA Card Services, N.A. entered into a stipulation extending the Bank Defendants' time to respond to Plaintiff's Complaint until February 4, 2008.

F.   On December 27, 2007, Plaintiff filed an Amended Notice of Motion, which re-noticed the Motion for Preliminary Injunction and Class Certification for February 5, 2008, before the Honorable Martin J. Jenkins.

G.   Pursuant to Civil L.R. 7-3(a), Defendants' Opposition briefs for Plaintiff's Motion were not due until January 15, 2008. As of January 11, 2008, Defendants had not filed their Oppositions to Plaintiff's Motion for Preliminary Injunction.

H.   Through the week of January 7, 2008, the parties negotiated to continue the hearing date for Plaintiff's Motion for Preliminary Injunction. It was the expectation and intent of the undersigned parties that the continuance of the hearing date would also extend the briefing schedule for the Motion for Preliminary Injunction and Class Certification.

I.   On January 11, 2008, Plaintiff filed the "Stipulated Continuance of His Motion for

Preliminary Injunction and Class Certification." Earlier that day, Plaintiff circulated a draft "Stipulated Request for Order Changing Time and [Proposed] Order" pursuant to Civil L.R. 6-2 to Defendants. Defendants did not ultimately accept that draft request. Rather, at the request of one of the Defendants' counsel, most of the language from the January 11, 2008 "Stipulated Continuance" was taken from a draft stipulation prepared by that counsel.

J.  On January 17, 2008, the Court's chambers filed a Clerk's Notice which stated, in relevant part:

> Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the originally noticed hearing and any reply brief is due not less than 14 days prior to the originally noticed hearing date.

K.  On January 17, 2008, the Court's chambers contacted counsel and informed them that the first available dates for a hearing on Plaintiff's Motion for Preliminary Injunction and Class Certification were February 27, 2008 or April 2, 2008.

L.  Carlson Companies, Inc. filed its answer to Plaintiff's Complaint on January 22, 2008.

**STIPULATIONS**

IT IS HEREBY STIPULATED, by and between the undersigned parties, that, pursuant to Civil L.R. 6-2, the hearing for the Plaintiffs' Motion for Preliminary Injunction shall be held on April 2, 2008 at 2:00 p.m. before the Honorable Martin J. Jenkins.

IT IS HEREBY STIPULATED, by and between the undersigned parties, that Bank of America Corp., FIA Card Services, N.A., Carlson Travel Network Associates, Inc., and Carlson Travel Group, Inc. (that is, all Defendants besides Carlson Companies, Inc.) will not notice or schedule the hearing for any motion to dismiss Plaintiff's complaint (or similar responsive motion *in lieu* of an answer) prior to April 2, 2008.

IT IS HEREBY STIPULATED, by and between the undersigned parties, that, pursuant to Civil L.R. 6-2, the time for Defendants to file any Opposition to Plaintiff's Motion for Preliminary Injunction and Class Certification shall be extended to March 12, 2008, and the time for Plaintiff to file his reply brief shall be extended to March 19, 2008.

IT IS HEREBY STIPULATED, by and between the undersigned parties, that, pursuant to Civil L.R. 6-2, the time for Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc. to file an answer or responsive motion to Plaintiff's Complaint shall be extended to February 5, 2008.

## AMENDED NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that John Lofton ("Lofton") will present his pending Motion for Preliminary Injunction and Class Certification in the above referenced proceedings to the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, in Courtroom 11, on the 19th Floor, before the Honorable Martin J. Jenkins, on April 2, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard.

Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.

Dated: January 23, 2007

By: s/Alan Himmelfarb

Alan Himmelfarb
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058

*Attorneys for John Lofton*

Dated: January 23, 2007

By: s/Jordan Yu

Jordan Yu
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

*Attorneys for Bank of America Corp., and FIA Card Services, N.A.*

Dated: January 23, 2007

By: s/Elizabeth Le

Elizabeth Le
Robins, Kaplan, Miller & Ciresi L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

*Attorneys for Carlson Companies, Inc.*

Dated: January 23, 2007

By: s/Donald P Gagliardi

Donald P Gagliardi
Bergeson, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712

*Attorneys for Carlson Travel Network Associates, Inc., and Carlson Travel Group, Inc.*

IT IS SO ORDERED.

Dated: 1/31/2008

By: [signature]

Hon. Martin J. Jenkins
United States District Judge