Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Felicia Y. Yu (SBN 193316)
Email: fyu@reedsmith.com
Jordan Yu (SBN 227341)
Email: jsyu@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   213.457.8000
Facsimile:   213.457.8080

Attorneys for Defendants
BANK OF AMERICA CORPORATION and
FIA CARD SERVICES, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association; CARLSON COMPANIES, INC., a Minnesota corporation; CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation; and CARLSON TRAVEL GROUP, INC., a California corporation; and DOES 1 to 100,<br><br>Defendants. | No.: C07-05892 MJJ<br><br>**STIPULATION FOR EXTENSION OF TIME FOR BANK OF AMERICA CORPORATION AND FIA CARD SERVICES, N.A. TO RESPOND TO COMPLAINT**<br><br>[N.D. Local Rule 6-1(a)]<br><br>Honorable Martin J. Jenkins |

1  Pursuant to Local Rule 6-1, Plaintiff John Lofton, an individual, on his own behalf and on behalf of all others similarly situated, and Defendants Bank of America Corporation and FIA Card Services, N.A., through their respective counsel, hereby stipulate that the time for Bank of America Corporation and FIA Card Services, N.A. to respond to Plaintiff's Complaint is extended from February 4, 2008 to March 3, 2008.  This extension does not alter the date of any event or deadline already fixed by Court order.  Thus, pursuant to Local Rule 6-1(a), this extension does not require Court approval.

Pursuant to General Order No. 45, Section X(B), Jordan Yu hereby attests that the signatories concur in the filing of this document.

DATED:  January 31, 2008          KAMBEREDELSON LLC


                                  By  /s/ *Ethan Preston*
                                      Ethan Preston
                                      Attorneys for Plaintiff
                                      JOHN LOFTON, an individual, on his own behalf
                                      and on behalf of all others similarly situated

DATED:  January 31, 2007          REED SMITH LLP


                                  By  /s/ *Jordan Yu*
                                      Jordan Yu
                                      Attorneys for Defendants
                                      BANK OF AMERICA CORPORATION and FIA
                                      CARD SERVICES, N.A.

**PROOF OF SERVICE**

I, Griselda Munoz, declare:

I am employed in the County of Los Angeles, State of California. My business address is Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On January 31, 2008, I served the document(s) described as: **STIPULATION FOR EXTENSION OF TIME FOR BANK OF AMERICA CORPORATION AND FIA CARD SERVICES, N.A. TO RESPOND TO COMPLAINT** on the interested parties in this action by the methods listed below:

***SEE ATTACHED SERVICE LIST***

☐ BY PERSONAL DELIVERY: I personally delivered the document(s) listed above to the person(s) at the address(es) set forth on the attached list.

☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071

☒ Service By E-Filing (ecf.cand.uscourts.gov)

☐ BY ☐ UPS NEXT DAY AIR ☐ FEDERAL EXPRESS ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ UPS ☐ FEDERAL EXPRESS ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ UPS ☐ FEDERAL EXPRESS OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s): in accordance with the written confirmation of counsel in this action.

☐ BY EMAIL: I sent via electronic mail a copy of said document(s) to the following addressee(s):

☐ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal] I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2008, at Los Angeles, California.

*Griselda Munoz* (signature)
Griselda Munoz

PROOF OF SERVICE

Service List
*Lofton v. Bank of America Corporation, et al.*
Case No.: C07-05892-MJJ

| | |
|---|---|
| Alan Himmelfarb, Esq.<br>KamberEdelson LLC<br>2757 Leonis Boulevard<br>Los Angeles, CA 90058<br>Tel: (323) 585-8696<br>Email: ahimmelfarb@kamberedelson.com | *Attorneys for Plaintiff John Lofton* |
| Jay Edelson, Esq.<br>Ethan Preston, Esq.<br>KamberEdelson LLC<br>53 West Jackson Avenue<br>Suite 1530<br>Chicago, IL 60604<br>Tel: (312) 589-6370<br>Email: jedelson@kamberedelson.com<br>epreston@kamberedelson.com | *Attorneys for Plaintiff John Lofton* |
| Scott Kamber, Esq.<br>KamberEdelson LLC<br>11 Broadway, 22nd Floor<br>New York, NY 10004<br>Tel: (212) 920-3072<br>Fax: (212) 202-6364<br>Email: skamber@kolaw.com | *Attorneys for Plaintiff John Lofton* |
| Daniel J. Bergeson, Esq.<br>Donald P. Gagliardi, Esq.<br>Bergeson, LLP<br>303 Almaden Boulevard<br>Suite 500<br>San Jose, CA 95110-2712<br>Tel: (408) 291-6200<br>Fax: (408) 297-6000<br>Email: dbergeson@be-law.com<br>dgagliardi@be-law.com | *Attorneys for Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc.* |
| Martin R. Lueck, Esq.<br>Emmett J. McMahon, Esq.<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 La Salle Avenue<br>Minneapolis, MN 55402<br>Tel: (612) 349-8500<br>Fax: (612) 339-4181<br>Email: mrlueck@rkmc.com<br>ejmcmahon@rkmc.com | *Attorneys for Defendant Carlson Companies, Inc.* |

- 2 -

PROOF OF SERVICE

| | |
|---|---|
| Elizabeth D. Le, Esq.<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA  90067-3208<br>Tel:  (310) 552-0130<br>Fax:  (310) 229-5800<br>Email:     edle@rkmc.com | *Attorneys for Defendant Carlson Companies, Inc.* |

- 3 -

PROOF OF SERVICE