# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Lofton,<br><br>             Plaintiff(s),<br><br>    v.<br><br>Bank of America Corporation,<br><br>             Defendant(s). | 07-05892 MJJ<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-05892 MJJ                                   -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: February 14, 2008

                    RICHARD W. WIEKING
                    Clerk
                    by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-05892 MJJ                    -2-

PROOF OF SERVICE

Case Name:     Lofton v. Bank of America Corporation

Case Number:   07-05892 MJJ

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

    ADR Program
    United States District Court
    Norther District of California
    450 Golden Gate Avenue Floor 16
    San Francisco, CA 94102

On February 14, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

    Jay Edelson
    KamberEdelson LLC
    53 West Jackson Ave., Suite 1530
    Chicago, IL 60604

    Ethan Mark Preston
    KamberEdelson LLC
    53 West Jackson Ave., Suite 1530
    Chicago, IL 60604
    ep@eplaw.us

    Scott Kamber
    KamberEdelson LLC
    11 Broadway, 22nd Floor
    New York, NY 10004

    Alan Himmelfarb
    KamberEdelson LLC
    2757 Leonis Blvd.
    Los Angeles, CA 90058
    Consumerlaw1@earthlink.net

Felicia Yangru Yu
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
fyu@reedsmith.com

Jordan Seungjin Yu
Reed Smith LLP
355 So. Grand Ave., Suite 2900
Los Angeles, CA 90071
jsyu@reedsmith.com

Elizabeth Diemphuc Le
Robins, Kaplan, Miller & Ciresi L.L.P.
2049 Century Park East
Suite 3400
Los Angeles, CA 90067
edle@rkmc.com

Emmett J. McMahon
Robins Kaplan Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
ejmcmahon@rkmc.com

Donald P. Gagliardi
Bergeson,  LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
dgagliardi@be-law.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 14, 2008 in San Francisco, California.

                                                RICHARD W. WIEKING
                                                Clerk
                                                by:    Timothy J. Smagacz

                                                */s/ Timothy Smagacz*
                                                ADR Administrative Assistant
                                                415-522-4205
                                                Tim_Smagacz@cand.uscourts.gov