Daniel J. Bergeson, Bar No. 105439
dbergeson@be-law.com
Donald P. Gagliardi, Bar No. 138979
dgagliardi@be-law.com
Ina Stangenes, Bar No. 156559
istangenes@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendants
CARLSON TRAVEL NETWORK ASSOCIATES, INC.;
CARLSON TRAVEL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation,<br><br>Defendants. | Case No. C07-05892 MJJ<br><br>**CARLSON TRAVEL NETWORK ASSOCIATES, INC. AND CARLSON TRAVEL GROUP, INC.'S NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Hon. Martin J. Jenkins |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT S. Edward Sarskas and Michael Best & Friedrich, LLP have associated with the law firm of Bergeson, LLP, in this litigation proceeding. We request that all pleadings, notices, and other communications pertaining to this action which are directed to Defendants Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc. hereafter continue to be sent to Bergeson, LLP, located at 303 Almaden Blvd., Suite 500, San Jose, California 95110, with a copy to S. Edward Sarskas, Michael Best & Friedrich, LLP, which is located at 100 E. Wisconsin Ave., Suite 3300, Milwaukee, WI 53202-4108, Telephone (414)-271-6560, Email: searskas@michaelbest.com.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Date: February 14, 2008         BERGESON, LLP

_____
Donald P. Gagliardi, Esq.

Attorneys for Defendants CARLSON TRAVEL NETWORK ASSOCIATES, INC. and CARLSON TRAVEL GROUP, INC.

AGREED:

Date: February 12, 2008         MICHAEL BEST & FRIEDRICH, LLP

_____
S. Edward Sarskas, Esq.
Attorneys for Defendants CARLSON TRAVEL NETWORK ASSOCIATES, INC. and CARLSON TRAVEL GROUP, INC.