UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clear Form

| Lofton | |
|---|---|
| Plaintiff(s), | |
| v. | |
| Bank of America Corp. et al | |
| Defendant(s). | |

Case No. 07-05892

ADR CERTIFICATION BY PARTIES AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/18/08

s/John Lofton
[Party]

Dated: 2/18/08

s/Alan Himmelfarb
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "(ADR Certification LADR .3R3 -5)bO of Discussion of ADR 1ptions3(

Rev3 2/0)