Martin R. Lueck (MN Bar No.155548)
Emmett J. McMahon (Admitted *pro hac vice*)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:   612-349-8500
Facsimile:    612-339-4181
E-mail:        mrlueck@rkmc.com
                   ejmcmahon@rkmc.com

Elizabeth D. Le (CA Bar No. 216182)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:   310-552-0130
Facsimile:    310-229-5800
E-mail:        edle@rkmc.com

Attorneys for Defendant
CARLSON COMPANIES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation, and DOES 1 to 100,<br><br>　　　　　　　Defendants. | Case No.  CV 07-05892 SI<br><br>[Assigned to the Hon. Susan Illston]<br><br>**DECLARATION OF SCOTT GRINDE IN SUPPORT OF DEFENDANT CARLSON COMPANIES, INC.'S MOTION TO DISMISS CLASS ACTION COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>**[Fed. R. Civ. Proc. 12(b)(2)]**<br><br>Date:    March 28, 2008<br>Time:   9:00 a.m.<br>Crtrm:  10<br><br>[Filed Concurrently With:  (1) Notice of Motion and Motion to Dismiss; (2) Declaration of Wanda K. Cahill; (3) Appendix of Non-Federal Authorities; and (4) Proposed Order] |

# DECLARATION OF SCOTT GRINDE

I, Scott Grinde, declare as follows:

1. I am duly authorized to provide the information in this declaration. I state the following facts based on my personal knowledge and if called and sworn as a witness in this case, I could and would competently testify to these facts.

2. I am providing this declaration in support of Defendant Carlson Companies, Inc.'s ("CCI") Motion to Dismiss Class Action Complaint for Lack of Personal Jurisdiction in the instant action. I have reviewed the Complaint filed by Plaintiff John Lofton.

3. I am currently employed by CCI as Senior Director of Finance. I have been in this position since January 19, 2008. As Senior Director of Finance of CCI, I am responsible for various financial duties, including reporting, staff selection, and project management for CCI. In this capacity, I have access to information regarding CCI's business operations, organizational records, and corporate affiliations. From approximately January 22, 2005 to January 18, 2008, I was Senior Director of Finance of Carlson Travel Group, Inc. ("CTG"). In my capacity as Senior Director of Finance of CTG, I was responsible for the finance function, including analysis, management reporting, and forecasting/budgeting. From approximately July 20, 2000 to January 19, 2005, I was the Controller for CTG. In my capacities as Controller and Senior Director of Finance for CTG, I had access to information regarding CTG's business operations, organization records and corporate affiliations.

4. CCI has never directed, managed, or handled any travel arrangements on behalf of WorldPoints credit card holders through the WorldPoints Travel Rewards Program. CCI has never had any involvement in advertising or managing the WorldPoints Travel Rewards Program. CCI has never purchased airline tickets under the WorldPoints Travel Rewards Program on behalf of WorldPoints card holders. CCI has never assessed, imposed, processed or charged a fuel related fee or any other fees on any WorldPoints card holders under the WorldPoints Travel Rewards Program.

5. CTG and CTNA have not performed any services in relation to the WorldPoints Travel Rewards Program as agents of CCI. CCI has never directed CTG and/or CTNA in regards

to any of the alleged services provided as part of the WorldPoints Travel Rewards Program. CCI has never directed, managed or handled any travel arrangements on behalf of WorldPoints credit card holders under the WorldPoints Travel Rewards Program through its former subsidiaries CTG and CTNA. It also has never purchased airline tickets under the WorldPoints Travel Rewards Program on behalf of WorldPoints card holders through its former subsidiaries CTG and CTNA. CCI has never assessed, imposed, processed or charged a fuel related fee or any other fees on any WorldPoints card holders under the WorldPoints Travel Rewards Program through CTG or CTNA and has never directed CTG or CTNA to do so on its behalf.

6. CCI does not have any involvement in the transactions alleged in the Complaint. CCI has never purchased airline tickets under the WorldPoints Travel Rewards Program on behalf of Plaintiff. CCI has never charged Plaintiff a fuel-related fee through the WorldPoints Travel Rewards Program.

7. While CCI is listed as the domain owner of www.tripcharges.com, it does not operate or manage this website. CCI does not provide any content for this website. This website is a non-interactive passive site. CCI does not use this website for any commercial activities. CCI does not use the website to conduct or solicit business in California. This website does not transfer money between parties, collect information from consumers, or accept any electronic transmissions. The website is not a platform through which consumers can convert points into airline tickets through the WorldPoints Travel Rewards Program or other rewards, and is not specifically directed toward California residents. The website's content consists of a one-page explanation of why the consumer's credit card statement reflects a charge from Trip Charges, a description of what services the company provides, an explanation of the charges, and an Idaho phone number to call if the consumer wants more information. Attached hereto as Exhibit "1" is a true and accurate copy of the printout of the website content.

///
///
///
///

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United Sates of America and the State of Minnesota that the foregoing is true and correct.

Executed on February 20, 2008 at Minnetonka, Minnesota.

/s/ Scott Grinde
SCOTT GRINDE

Pursuant to Section X.B. of the Northern District of California's General Order No. 45, I, Elizabeth D. Le, hereby attest that Scott Grinde is the signatory of this declaration and I have on file the holograph signature of the declarant indicated by a conformed signature (/S/) within this efiled document.

/S/ Elizabeth D. Le
ELIZABETH D. LE
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

# CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that a copy of **DECLARATION OF SCOTT GRINDE IN SUPPORT OF DEFENDANT CARLSON COMPANIES, INC.'S MOTION TO DISMISS CLASS ACTION COMPLAINT FOR LACK OF PERSONAL JURISDICTION** was served upon the parties below Fed. R. Civ. P. 5(b) by causing a copy of the same to be placed in the United States Mail, postage prepaid, and sent to their last known address as follows:

Alan Himmelfarb, Esq.
KamberEdelson LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
*Attorneys for Plaintiff John Lofton*

Jay Edelson, Esq.
Ethan Preston, Esq.
KamberEdelson LLC
53 West Jackson Ave., Suite 1530
Chicago, IL 60604
*Attorneys for Plaintiff John Lofton*

Scott Kamber, Esq.
KamberEdelson LLC
11 Broadway, 22nd Floor
New York, NY 10004
*Attorneys for Plaintiff John Lofton*

Abraham J. Colman, Esq.
Felicia Y. Yu, Esq.
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
*Attorneys for Defendant Bank of America Corporation and FIA Card Services, N.A.*

Daniel J. Bergeson, Esq.
Donald P. Gagliardi, Esq.
Bergeson, LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110
*Attorneys for Defendant Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc.*

Date: February 20, 2008    By:   /S/ Elizabeth D. Le
                                 ELIZABETH D. LE