Case 3:07-cv-05892-SI    Document 34-2    Filed 02/20/2008    Page 1 of 2

# EXHIBIT 1




## Welcome

You have reached this website because you have questions related to charges that have shown up on your c statement listed as Trip Charges.

Our company provides online and call center travel fulfillment for:

- Loyalty redemption programs for:
    o Credit cards
    o Debit cards
- Leisure travel for affinity groups
- Leisure travel for employee groups

The charges may be reflective of:

- Award overages
- Service fees
- Security fees
- Fuel surcharges
- Overnight delivery charges
- Travel insurance
- Theme park and attraction passes
- Deposits for cruises or tours

If you still have additional questions regarding the nature of your charges, please contact us at 208-429-2349

Trip Charges

© 2007 Carlson Travel Group, Inc. and Subsidiaries