# EXHIBIT 1

60130

ARTICLES OF INCORPORATION
OF
CARLSON COMPANIES, INC.

743

The undersigned incorporator of full age, for the purposes of forming a corporation under and pursuant to the provisions of Chapter 302A, Minnesota Statutes, known as the Minnesota Business Corporation Act, does hereby associate herself as a body corporate and does hereby adopt the following Articles of Incorporation:

ARTICLE I

The name of this corporation shall be Carlson Companies, Inc.

ARTICLE II

The registered office of this corporation in Minnesota is 12755 State Highway 55, Minneapolis, Minnesota 55441.

ARTICLE III

The capital stock of this corporation shall consist of One Million (1,000,000) shares of Common Stock without par value.

ARTICLE IV

The name and post office address of the incorporator is Mary H. Lahr-Hill, 12755 State Highway 55, Minneapolis, Minnesota 55441.

IN WITNESS WHEREOF, the undersigned has set her hand this 5th day of December, 1988.

_____
Mary H. Lahr-Hill

STATE OF MINNESOTA)
                  ) SS
COUNTY OF HENNEPIN)

On this 5th day of December, 1988, personally appeared before me Mary H. Lahr-Hill, personally known to me to be the same person who executed the foregoing Articles of Incorporation, and she acknowledged that she executed the foregoing Articles of Incorporation as her free and voluntary act and deed.

_____
Notary Public

STATE OF MINNESOTA
DEPARTMENT OF STATE
FILED

DEC 5 1988

_____
Secretary of State

MLH/1906K

241616


SHARLINE BARBERIO
NOTARY PUBLIC—MINNESOTA
HENNEPIN COUNTY
MY COMMISSION EXPIRES 11-18-93