1 | Martin R. Lueck (MN Bar No.155548)
Emmett J. McMahon (Admitted *pro hac vice*)
2 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
3 | 800 LaSalle Avenue
Minneapolis, MN 55402
4 | Telephone:    612-349-8500
Facsimile:     612-339-4181
5 | E-mail:         mrlueck@rkmc.com
                    ejmcmahon@rkmc.com

Elizabeth D. Le (CA Bar No. 216182)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:    310-552-0130
Facsimile:     310-229-5800
E-mail:         edle@rkmc.com

Attorneys for Defendant
CARLSON COMPANIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation, and DOES 1 to 100,<br><br>Defendants. | Case No.  CV 07-05892 SI<br><br>[Assigned to the Hon. Susan Illston]<br><br>**APPENDIX OF NON-FEDERAL AND OTHER AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS CLASS ACTION COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>**[Fed. R. Civ. Proc. 12(b)(2)]**<br><br>Date:    March 28, 2008<br>Time:    9:00 a.m.<br>Crtrm:   10<br><br>[Filed Concurrently With:  (1) Notice of Motion and Motion to Dismiss; (2) Declaration of Wanda K. Cahill; (3) Declaration of Scott Grinde; and (4) Proposed Order] |

Defendant Carlson Companies, Inc., respectfully submits the following non-federal and other authorities in support of its Motion to Dismiss Class Action Complaint for Lack of Personal Jurisdiction:

## TABLE OF STATE CASES

**TAB**

*Mesler v. Bragg Management Co.*, 39 Cal.3d 290, 702 P.2d 300, 216 Cal. Rptr. 443 (1985) ..... 1

*Sibley v. Superior Court*, 16 Cal.3d 442, 546 P.2d 322, 128 Cal. Rptr. 34 (1976) ........................ 2

## TABLE OF OTHER AUTHORITIES

**TAB**

CAL. CODE CIV. PROC. § 410.10 ................................................................................................. 3

DATED: February 20, 2008        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /S/ Elizabeth D. Le
        Martin R. Lueck
        Emmett J. McMahon
        Elizabeth D. Le

*Attorneys for Defendant Carlson Companies, Inc.*

# CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that a copy of **APPENDIX OF NON-FEDERAL AND OTHER AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS CLASS ACTION COMPLAINT FOR LACK OF PERSONAL JURISDICTION** was served upon the parties below Fed. R. Civ. P. 5(b) by causing a copy of the same to be placed in the United States Mail, postage prepaid, and sent to their last known address as follows:

Alan Himmelfarb, Esq.
KamberEdelson LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
*Attorneys for Plaintiff John Lofton*

Jay Edelson, Esq.
Ethan Preston, Esq.
KamberEdelson LLC
53 West Jackson Ave., Suite 1530
Chicago, IL 60604
*Attorneys for Plaintiff John Lofton*

Scott Kamber, Esq.
KamberEdelson LLC
11 Broadway, 22nd Floor
New York, NY 10004
*Attorneys for Plaintiff John Lofton*

Abraham J. Colman, Esq.
Felicia Y. Yu, Esq.
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
*Attorneys for Defendant Bank of America Corporation and FIA Card Services, N.A.*

Daniel J Bergeson, Esq.
Donald P Gagliardi, Esq.
Bergeson, LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110
*Attorneys for Defendant Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc.*

Date: February 20, 2008        By:   /S/ Elizabeth D. Le
                                     ELIZABETH D. LE

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

LA 60200278.1   - 2 -   APPENDIX OF NON-FEDERAL AUTHORITIES IN SUPPORT OF MOTION TO DISMISS CLASS ACTION COMPLAINT [CV 07-05892 SI]