**TAB 3**

LEXSTAT CAL. CODE CIV. PROC 410.10

DEERING'S CALIFORNIA CODES ANNOTATED
Copyright (c) 2008 by Matthew Bender & Company, Inc.
a member of the LexisNexis Group.
All rights reserved.

\*\*\* THIS SECTION IS CURRENT THROUGH THE 2008 SUPPLEMENT \*\*\*
INCLUDING THE FEBRUARY 5, 2008 PRIMARY ELECTION
(ALL 2007 LEGISLATION AND APPROVED REFERENDA)

CODE OF CIVIL PROCEDURE
Part 2. Of Civil Actions
Title 5. Jurisdiction and Service of Process
Chapter 1. Jurisdiction and Forum
Article 1. Jurisdiction

**GO TO CALIFORNIA CODES ARCHIVE DIRECTORY**

*Cal Code Civ Proc § 410.10 (2008)*

**§ 410.10. Jurisdiction exercisable**

A court of this state may exercise jurisdiction on any basis not inconsistent with the Constitution of this state or of the United States.

**HISTORY:**

Added Stats 1969 ch 1610 § 3, operative July 1, 1970.

**NOTES:**

**Historical Derivation:**

(a) Former § 416, as enacted 1872 and amended by Code Amdts 1873-74 ch 383 § 51, Stats 1919 ch 44 § 1, Stats 1921 ch 113 § 1, Stats 1933 ch 744 § 22.

(b) Former § 417, as added Stats 1951 ch 935 § 1 and amended Stats 1957 ch 1674 § 1.

(c) Practice Act § 35 (Stats 1851 ch 5 § 35 p 56).

(d) Stats 1850 ch 142 § 35 p 430.

(e) NY Code § 139.

**Judicial Council Comment:**

*Superseded CCP Sections: §§ 411-413, 417.*

Section 410.10 permits California courts to exercise judicial jurisdiction on any basis not inconsistent with the state or federal Constitutions. This authorization continues the California law on jurisdiction over foreign corporations and reestablishes the prior law that once governed nonresident individuals.

All the recognized bases of judicial jurisdiction are included. In the case of natural persons, such bases currently include presence, domicil, residence, citizenship, consent, appearance, doing business in a state, doing an act in a state, causing an effect in a state by an act or omission elsewhere, ownership, use or possession of a thing in a state, as well as other relationships to a state.

In the case of corporations and unincorporated associations (including partnerships), such bases currently include incorporation or organization in a state, consent, appointment of an agent, appearance, doing business in a state, doing an act in a state, causing an effect in a state by an act or omission elsewhere, ownership, use or possession of a thing in a state, and other relationships to a state. Each of these bases is discussed in detail below.

Other recognized bases include: (1) Judicial jurisdiction over the interests of persons in things in this state, such as land, chattels, documents, intangibles, shares in a corporation, and titles. (2) Judicial jurisdiction to apply to the satisfaction of a claim interests in a thing that is subject to the court's judicial jurisdiction. (3) Judicial jurisdiction for divorce of persons one or both of whom are domiciled in this state or have such other relationship to this state as would make it reasonable for the state to dissolve their marriage. (4) Judicial jurisdiction over other proceedings relating to status, such as judicial separation, annulment, support, adoption, or custody, of persons who are domiciled or present in this state, or have such other relationship to this state as would make it reasonable for the state to hear and determine such action.

*(For the remainder of this comment dealing with the general principles of judicial jurisdiction and the various bases of jurisdiction, see Appendix II. Bases of Judicial Jurisdiction, pp 69-91 of the 1969 Report of the Judicial Council of California to the Governor and the Legislature.)*