**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LOFTON, | No. C 07-05892SI |
| Plaintiff, | **NOTICE** |
| v. | |
| BANK OF AMERICA CORPORATION, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, April 25, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: February 21, 2008           RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk