1  Daniel J. Bergeson, Bar No. 105439
   dbergeson@be-law.com
2  Donald P. Gagliardi, Bar No. 138979
   dgagliardi@be-law.com
3  Ina Stangenes, Bar No. 156559
   istangenes@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Defendants
   CARLSON TRAVEL NETWORK ASSOCIATES, INC.;
8  CARLSON TRAVEL GROUP, INC.

FILED
08 FEB 15 PM 4: 12
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation,<br><br>Defendants. | Case No. C07-05892 MJJ SI<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Hon. Martin J. Jenkins |

1     Pursuant to Civil L.R. 11-3, S. Edward Sarskas, an active member in good standing of the bars of Wisconsin, Connecticut and New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc. in the above-entitled action.

    In support of this application, I certify on oath that:

    1.     I am an active member in good standing of a United States Court or of the highest court of Wisconsin, Connecticut and New York, as indicated above;

    2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

    3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is Donald P. Gagliardi, Esq., Bergeson, LLP, 303 Almaden Blvd., Suite 500, San Jose, California 95110-2712.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 12, 2008

_____
S. Edward Sarskas, Esq.