Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 1530
Chicago, IL 60604
312-589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

Scott Kamber
KAMBEREDELSON LLC
11 Broadway, 22d Floor
New York, NY 10004
Telephone: (212) 920-3072
Fax: (212) 202-6364
skamber@kamberedelson.com

*Attorneys for John Lofton*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC. a California corporation, and DOES 1 to 100,<br><br>Defendants. | No. 07-05892 (SI)<br><br>Judge Susan Illston<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

The undersigned counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to participate in a mediation conducted through a private mediation provider, before a retired judge under the standard arrangement whereby Plaintiff pays for half the mediator's services, and participating Defendants are collectively responsible for the remainder. In particular, the parties have discussed and tentatively agreed to use a mediator selected through the roster maintained by JAMS, and to participate in a mediation to be held at one of JAMS's offices or such other location as the parties may agree upon.

The parties agree to hold the mediation 90 days from the date of the order referring the case to an ADR process, unless otherwise ordered.

Dated: February 22, 2008

By: s/Alan Himmelfarb

Alan Himmelfarb
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058

*Attorneys for John Lofton*

Dated: February 22, 2008

By: s/Felicia Yu

Felicia Yu
Jordan Yu
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

*Attorneys for Bank of America Corp., and*
FIA Card Services, N.A.

Dated: February 22, 2008

By: s/Elizabeth Le

Elizabeth Le
Robins, Kaplan, Miller & Ciresi L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

*Attorneys for Carlson Companies, Inc.*

Dated: February 22, 2008

By: s/Donald Gagliardi

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Donald P. Gagliardi
Bergeson, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712

*Attorneys for Carlson Travel Network Associates, Inc., and Carlson Travel Group, Inc.*

IT IS SO ORDERED.

Dated: _____, 2008

By:_____

Hon. Susan Illston
United States District Judge