1  Daniel J. Bergeson, Bar No. 105439
   dbergeson@be-law.com
2  Donald P. Gagliardi, Bar No. 138979
   dgagliardi@be-law.com
3  Ina Stangenes, Bar No. 156559
   istangenes@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  Attorneys for Defendants
   CARLSON TRAVEL NETWORK ASSOCIATES, INC.;
8  CARLSON TRAVEL GROUP, INC.

9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14  JOHN LOFTON, an individual, on his own behalf    Case No. C07-05892 MJJ
    and on behalf of all others similarly situated,
15
                              Plaintiff,             **[PROPOSED] ORDER GRANTING**
16                                                   **APPLICATION FOR ADMISSION OF**
         vs.                                         **ATTORNEY *PRO HAC VICE***
17
    BANK OF AMERICA CORPORATION, FIA
18  CARD SERVICES, N.A., a national banking
    association, CARLSON COMPANIES, INC., a
19  Minnesota corporation, CARLSON TRAVEL            Hon. Martin J. Jenkins
    NETWORK ASSOCIATES, INC., a Minnesota
20  corporation, and CARLSON TRAVEL GROUP,
    INC., a California corporation,
21
                              Defendants.
22

23

24

25

26

27

28
   [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
                                                             Case No. C07-05892 MJJ

1     S. EDWARD SARSKAS, an active member in good standing of the bars of Wisconsin,
2 Connecticut and New York, whose business address and telephone number is Michael Best &
3 Friedrich, LLP, 100 E. Wisconsin Ave., Suite 3300, Milwaukee, WI 53202-4108, Ph:
4 414.271.6560, Email: searskas@michaelbest.com having applied in the above-entitled action for
5 admission to practice in the Northern District of California on a *pro hac vice* basis, representing
6 Defendants Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc.

7     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
9 *vice*. Service of papers upon and communication with co-counsel designed in the application will
10 constitute notice to the party. All future filings in this action are subject to the requirements
11 contained in General Order No. 45, Electronic Case Filing.

12 Dated: 2/21, 2008

13

14 ~~Judge Martin J. Jenkins~~ Susan Illston
UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. C07-05892 MJJ