1  Alan Himmelfarb (Cal. Bar. No. 90480)
   KAMBEREDELSON LLC
2  2757 Leonis Blvd.
   Los Angeles, CA 90058
3  (323) 585-8696
   ahimmelfarb@kamberedelson.com
4
   Jay Edelson
5  Ethan Preston
   KAMBEREDELSON LLC
6  53 West Jackson Ave., Suite 1530
   Chicago, IL 60604
7  312-589-6370
   jedelson@kamberedelson.com
8  epreston@kamberedelson.com

9  Scott Kamber
   KAMBEREDELSON LLC
10 11 Broadway, 22d Floor
   New York, NY 10004
11 Telephone: (212) 920-3072
   Fax: (212) 202-6364
12 skamber@kamberedelson.com

13 *Attorneys for John Lofton*

14            **IN THE UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
15                   **SAN FRANCISCO DIVISION**

16 JOHN LOFTON, an individual, on his own behalf      No. 07-05892 (SI)
   and on behalf of all others similarly situated,
17                                                     Judge Susan Illston
18                    Plaintiff
                                                       **STIPULATION AND**
19          v.                                         **[PROPOSED] ORDER**
                                                       **SELECTING ADR PROCESS**
20 BANK OF AMERICA CORPORATION, FIA
   CARD SERVICES, N.A., a national banking
21 association, CARLSON COMPANIES, INC., a
   Minnesota corporation, CARLSON TRAVEL
22 NETWORK ASSOCIATES, INC., a Minnesota
   corporation, and CARLSON TRAVEL GROUP,
23 INC.  a California corporation, and DOES 1 to
   100,
24
                    Defendants.
25

26

27

28

---

Stipulation and Proposed Order                                    No. 07-05892 (SI)
Selecting ADR Process

1
2          The undersigned counsel report that they have met and conferred regarding ADR and

3   have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

4          The parties agree to participate in a mediation conducted through a private mediation

5   provider, before a retired judge under the standard arrangement whereby Plaintiff pays for half

6   the mediator's services, and participating Defendants are collectively responsible for the

7   remainder. In particular, the parties have discussed and tentatively agreed to use a mediator

8   selected through the roster maintained by JAMS, and to participate in a mediation to be held

9   at one of JAMS's offices or such other location as the parties may agree upon.

10         The parties agree to hold the mediation 90 days from the date of the order referring the

11  case to an ADR process, unless otherwise ordered.

    Dated: February 22, 2008
12
                                                    By: s/Alan Himmelfarb
13
                                                       Alan Himmelfarb
14                                                     KAMBEREDELSON LLC
                                                       2757 Leonis Blvd.
15                                                     Los Angeles, CA 90058

16                                                     *Attorneys for John Lofton*
    Dated: February 22, 2008
17
                                                    By: s/Felicia Yu
18
                                                       Felicia Yu
19                                                     Jordan Yu
                                                       Reed Smith LLP
20                                                     355 South Grand Avenue, Suite 2900
                                                       Los Angeles, CA 90071-1514
21
                                                       *Attorneys for Bank of America Corp., and*
22                                                     FIA Card Services, N.A.

    Dated: February 22, 2008
23
                                                    By: s/Elizabeth Le
24
                                                       Elizabeth Le
25                                                     Robins, Kaplan, Miller & Ciresi L.L.P.
                                                       2049 Century Park East, Suite 3400
26                                                     Los Angeles, CA 90067

27                                                     *Attorneys for Carlson Companies, Inc.*
    Dated: February 22, 2008
28
                                                    By: s/Donald Gagliardi

---

1

2

3

4

5

6   IT IS SO ORDERED.

7   Dated: _____, 2008

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Donald P. Gagliardi
Bergeson, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712

*Attorneys for Carlson Travel Network
Associates, Inc., and Carlson Travel
Group, Inc.*

By: _____

Hon. Susan Illston
United States District Judge