Martin R. Lueck (MN Bar No.155548)
Emmett J. McMahon (Admitted *pro hac vice*)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:     612-349-8500
Facsimile:     612-339-4181
E-mail:        mrlueck@rkmc.com
               ejmcmahon@rkmc.com

Elizabeth D. Le (CA Bar No. 216182)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:     310-552-0130
Facsimile:     310-229-5800
E-mail:        edle@rkmc.com

Attorneys for Defendant
CARLSON COMPANIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation, and DOES 1 to 100,<br><br>           Defendants. | Case No.  CV 07-05892 SI<br><br>[Assigned to the Hon. Susan Illston]<br><br>**DEFENDANT CARLSON COMPANIES, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST  TO REMOVE INCORRECTLY FILED DOCUMENT; DECLARATION OF ELIZABETH D. LE IN SUPPORT THEREOF**<br><br>**[Civil L.R. 7-11]**<br><br>[Concurrently Filed With:  (1) Stipulation and Proposed Order for Leave to File Under Seal and (2) Proposed Order] |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

Pursuant to Civil Local Rule 7-11, Defendant Carlson Companies, Inc. ("CCI") hereby seeks an order removing Exhibit 2 to the Declaration of Wanda K. Cahill in Support of CCI's Motion to Dismiss for Lack of Personal Jurisdiction ("Exhibit 2") from public record.  Exhibit 2 contains confidential and proprietary business information entitled to protection from disclosure pursuant to the Federal Rules of Civil Procedure.  It was inadvertently not filed under seal on February 20, 2008.  CCI has since taken steps to remediate this inadvertence by locking the Exhibit 2 from public view and entering to a stipulation with all parties for leave to refile Exhibit 2 under seal.  (Ex. A – E to Le Dec.)

Accordingly, CCI requests that this Court grants this administrative request and order that the incorrectly filed Exhibit 2 be removed from public record.

DATED:  February 26, 2008

Respectfully submitted,
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:  ___/S/ Elizabeth D. Le_____
          Martin R. Lueck
          Emmett J. McMahon
          Elizabeth D. Le

*Attorneys for Defendant Carlson Companies, Inc.*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1

**DECLARATION OF ELIZABETH D. LE**

2

I, Elizabeth D. Le, declare as follows:

3

     1.     I am an attorney licensed to practice law in the State of California, and an

4

associate at the law firm Robins, Kaplan, Miller & Ciresi L.L.P., counsel of record for Defendant

5

Carlson Companies, Inc. in this action. I have first hand knowledge of the following facts and if

6

called upon to testify as a witness, I could and would competently testify thereto.

7

     2.     Attached hereto as Exhibit A is a true and accurate copy of an email confirmation

8

from the ECF Help Desk confirming that Exhibit 2 to the Declaration of Wanda K. Cahill in

9

Support of Motion to Dismiss for Lack of Personal Jurisdiction has been locked from public

10

access, dated February 22, 2008.

11

     3.     Attached hereto as Exhibit B is true and accurate copy of an email from Plaintiff's

12

counsel, Ethan Preston, consenting to the Stipulation for Leave to File Exhibit 2 Under Seal,

13

dated February 25, 2008.

14

     4.     Attached hereto as Exhibit C is true and accurate copy of an email from counsel

15

for Carlson Travel Group, Inc. and Carlson Travel Network Associates, Inc., Donald Gagliardi,

16

consenting to the Stipulation for Leave to File Exhibit 2 Under Seal, dated February 25, 2008.

17

     5.     Attached hereto as Exhibit D is true and accurate copy of an email from counsel

18

for Bank of America Corporation and FIA Card Service, N.A., Jordan Yu, consenting to the

19

Stipulation for Leave to File Exhibit 2 Under Seal, dated February 25, 2008.

20

     6.     Attached hereto as Exhibit E is a true and accurate copy of the Stipulation and

21

Proposed Order for Leave to File Under Seal Exhibit 2 to the Declaration of Wanda K. Cahill in

22

Support of Motion to Dismiss.

23

     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

24

United Sates of America and the State of California that the foregoing is true and correct.

25

     Executed on February 26, 2008 at Los Angeles, California.

26

27

/s/ Elizabeth D. Le_____
ELIZABETH D. LE

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

CCI'S ADMINISTRATIVE REQUEST TO
REMOVE INCORRECTLY FILED DOCUMENT
[CV 07-05892 SI]

1  Martin R. Lueck (MN Bar No.155548)
2  Emmett J. McMahon (Admitted *pro hac vice*)
   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2800 LaSalle Plaza
3  800 LaSalle Avenue
   Minneapolis, MN 55402
4  Telephone:    612-349-8500
   Facsimile:    612-339-4181
5  E-mail:       mrlueck@rkmc.com
                 ejmcmahon@rkmc.com
6
   Elizabeth D. Le (CA Bar No. 216182)
7  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2049 Century Park East, Suite 3400
8  Los Angeles, CA  90067-3208
   Telephone:    310-552-0130
9  Facsimile:    310-229-5800
   E-mail:       edle@rkmc.com
10
   Attorneys for Defendant
11 CARLSON COMPANIES, INC.

12

13                 UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16

17 JOHN LOFTON, an individual, on his own        Case No.  CV 07-05892 SI
   behalf and on behalf of all others similarly
18 situated,                                     [Assigned to the Hon. Susan Illston]

19                 Plaintiff,                    **[PROPOSED] ORDER GRANTING
                                                 DEFENDANT CARLSON COMPANIES,
20 v.                                            INC.'S MISCELLANEOUS
                                                 ADMINISTRATIVE REQUEST  TO
21 BANK OF AMERICA CORPORATION,                  REMOVE INCORRECTLY FILED
   FIA CARD SERVICES, N.A., a national           DOCUMENT; DECLARATION OF
22 banking association, CARLSON                   ELIZABETH D. LE IN SUPPORT
   COMPANIES, INC., a Minnesota                   THEREOF
23 corporation, CARLSON TRAVEL
   NETWORK ASSOCIATES, INC., a               **[Civil L.R. 7-11]**
24 Minnesota corporation, and CARLSON
   TRAVEL GROUP, INC., a California          [Concurrently Filed With:  (1) Administrative
25 corporation, and DOES 1 to 100,           Request to Remove Incorrectly Filed
                                             Document; and (2) Stipulation and Proposed
26                 Defendants.               Order for Leave to File Under Seal]

27

28

LA 60200613.1

CCI'S ADMINISTRATIVE REQUEST TO
REMOVE INCORRECTLY FILED DOCUMENT
[CV 07-05892 SI]

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

Having considered Defendant Carlson Companies, Inc.'s ("CCI") administrative request for an Order removing incorrectly filed Exhibit 2 to the Declaration of Wanda K. Cahill in Support of CCI's Motion to Dismiss for Lack of Personal Jurisdiction ("Exhibit 2") from public record,  all other matters presented to the Court herein, the Court orders as follows:

IT IS HEREBY ORDERED that Exhibit to the Declaration of Wanda K. Cahill in Support of CCI's Motion to Dismiss for Lack of Personal Jurisdiction is removed from public record.

DATED: _____

By: _____
        Hon. Susan Illston
        United States District Court

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

LA 60200613.1

CCI'S ADMINISTRATIVE REQUEST TO REMOVE INCORRECTLY FILED DOCUMENT
[CV 07-05892 SI]