# EXHIBIT A

## Lee, Carol

| | |
|---|---|
| From: | ECFHELPDESK@cand.uscourts.gov |
| Sent: | Friday, February 22, 2008 3:47 PM |
| To: | Lee, Carol |
| Cc: | Le, Elizabeth D. |
| Subject: | Re: URGENT - REMOVE INCORRECTLY E-FILED DOCUMENT - Case No.: CV07-05892 SI - Docket Nos.: 36-38 |

The docket has been modified and your request is now complete.

Please review the docket directly for accuracy. You will need to use your PACER login to do so.
Also note that the court staff cannot delete any documents filed in ECF without order of the judge.

For more information on e-filing errors, please see our FAQ at:
https://ecf.cand.uscourts.gov/cand/faq/how_do_i/how_do_i.htm#HW10

Thank you,

~The ECF Help Desk for the Northern District of California
http://ecf.cand.uscourts.gov

ECF TIP:
You should only scan documents which exist only in paper. All others should be converted to PDF directly from your computer.
For more info, please see our FAQ sections.

---

| | |
|---|---|
| "Lee, Carol" <CLee@rkmc.com> | To <ecfhelpdesk@cand.uscourts.gov> |
| 02/22/2008 02:20 PM | cc "Le, Elizabeth D." <EDLe@rkmc.com> |
| | Subject URGENT - REMOVE INCORRECTLY E-FILED DOCUMENT - Case No.: CV07-05892 SI - Docket Nos.: 36-38 |

>>>> Please read the confidentiality statement below <<<<
**Case No.: CV07-05892 SI**
**Docket No.: 36-38**
**Description of What Went Wrong: Exhibit 2 of the Declaration of Wanda K. Cahill was incorrectly e-filed. It is confidential agreement that needs to be filed under seal.**

Please place a lock on this as soon as possible.

We will submit a Motion to Remove Incorrectly Filed Document and refile the document under seal as soon as possible.

I have also already spoken to the ECF Help Desk directly.

Thank you.

2/26/2008

---

Carol Lee
Assistant to Elizabeth D. Le and James P. Koelzer
Robins, Kaplan, Miller & Ciresi L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130 ext. 5431
Facsmile: (310) 229-5800
Email: clee@rkmc.com

 http://www.rkmc.com

---

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com

---

2/26/2008