# EXHIBIT C

## Le, Elizabeth D.

| | |
|---|---|
| **From:** | Donald P Gagliardi [dgagliardi@be-law.com] |
| **Sent:** | Monday, February 25, 2008 12:21 PM |
| **To:** | Le, Elizabeth D.; JSYu@ReedSmith.com; epreston@kamberedelson.com |
| **Cc:** | Lee, Carol; Buck, Lori H. |
| **Subject:** | Re: LOFTON |

So stipulated.


Donald P. Gagliardi, Esq.
Bergeson, LLP
303 Almaden Blvd.
Suite 500
San Jose, CA 95110-2712
Main: 408-291-6200
Direct: 408 291-2752
Fax: 408 297-6000
Email: dgagliardi@be-law.com

The information transmitted in this e-mail (including any attachments) is a private communication for the sole use of the above individual or entity and may contain privileged and/or confidential information that may be exempt from disclosure under law. If you are not an intended recipient, do not forward this email. Interception of this message may be a federal crime. Any unauthorized dissemination, distribution, or copy of this communication (including any attachments) is strictly prohibited. If this e-mail has been transmitted to you in error, please notify the person listed above immediately, and delete the original message (including any attachments).

IRS Circular 230 Disclosure: To ensure compliance with requirements posed by the IRS, we inform you that any U.S. federal tax advice in this communication (including attachments) is not intended or written by Bergeson, LLP to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein. 2008 Bergeson, LLP [All Rights Reserved].

--------------------------
Sent from my BlackBerry Wireless Device


----- Original Message -----
From: Le, Elizabeth D. <EDLe@rkmc.com>
To: Donald P Gagliardi; Yu, Jordan S. <JSYu@ReedSmith.com>; epreston@kamberedelson.com <epreston@kamberedelson.com>
Cc: Lee, Carol <CLee@rkmc.com>; Buck, Lori H. <LHBuck@rkmc.com>
Sent: Mon Feb 25 12:09:49 2008
Subject: LOFTON

>>>> Please read the confidentiality statement below <<<<
Counsel:

Exhibit 2 to the Declaration of Wanda Cahill in Support of CCI's Motion to Dismiss was inadvertently not filed under seal. We have since locked the document from public view. Attached is a Stipulation for leave to file this exhibit under seal, which per Judge Illston will be accepted in lieu of an administrative motion. Please let me know if you stipulation is agreeable to you and if you will consent.

Thanks,
Liz

<http://www.rkmc.com/>


2/26/2008

Elizabeth D. Le
2049 Century Park East, Suite 3400
Los Angeles, California 90067
Tel:    (310) 552-0130
Fax:   (310) 229-5800
E-mail: edle@rkmc.com <blocked::mailto:edle@rkmc.com>

_____

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com <http://www.rkmc.com/>

_____

2/26/2008