**EXHIBIT D**

## Le, Elizabeth D.

**From:**  Yu, Jordan S. [JSYu@ReedSmith.com]
**Sent:**  Monday, February 25, 2008 1:56 PM
**To:**  Le, Elizabeth D.; Donald P Gagliardi; epreston@kamberedelson.com
**Cc:**  Lee, Carol; Buck, Lori H.
**Subject:** RE: LOFTON

We consent.  Thank you.

---

**From:** Le, Elizabeth D. [mailto:EDLe@rkmc.com]
**Sent:** Monday, February 25, 2008 12:10 PM
**To:** Donald P Gagliardi; Yu, Jordan S.; epreston@kamberedelson.com
**Cc:** Lee, Carol; Buck, Lori H.
**Subject:** LOFTON

>>>>  Please read the confidentiality statement below  <<<<
Counsel:

Exhibit 2 to the Declaration of Wanda Cahill in Support of CCI's Motion to Dismiss was inadvertently not filed under seal.  We have since locked the document from public view.  Attached is a Stipulation for leave to file this exhibit under seal, which per Judge Illston will be accepted in lieu of an administrative motion.  Please let me know if you stipulation is agreeable to you and if you will consent.

Thanks,
Liz

[x] http://www.rkmc.com

Elizabeth D. Le
2049 Century Park East, Suite 3400
Los Angeles, California 90067
Tel:    (310) 552-0130
Fax:    (310) 229-5800
E-mail: edle@rkmc.com

---

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice

contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com
_____

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

* * *

To ensure compliance with Treasury Department regulations, we inform you that, unless otherwise indicated in writing, any U.S. Federal tax advice contained in this communication  (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or applicable state and local provisions or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

Disclaimer Version RS.US.1.01.03
pdc1