# EXHIBIT E

1  Martin R. Lueck (MN Bar No.155548)
   Emmett J. McMahon (Admitted *pro hac vice*)
2  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2800 LaSalle Plaza
3  800 LaSalle Avenue
   Minneapolis, MN 55402
4  Telephone:   612-349-8500
   Facsimile:   612-339-4181
5  E-mail:      mrlueck@rkmc.com
                ejmcmahon@rkmc.com
6
   Elizabeth D. Le (CA Bar No. 216182)
7  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2049 Century Park East, Suite 3400
8  Los Angeles, CA  90067-3208
   Telephone:   310-552-0130
9  Facsimile:   310-229-5800
   E-mail:      edle@rkmc.com
10
   Attorneys for Defendant
11 CARLSON COMPANIES, INC.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation, and DOES 1 to 100,<br><br>    Defendants. | Case No.  CV 07-05892 SI<br><br>[Assigned to the Hon. Susan Illston]<br><br>**STIPULATION AND PROPOSED ORDER FOR LEAVE TO FILE UNDER SEAL EXHIBIT "2" TO THE DECLARATION WANDA K. CAHILL IN SUPPORT OF DEFENDANT CARLSON COMPANIES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>[Civil L.R. 79-5] |

LA 60200560.1

STIPULATION FOR LEAVE TO FILE UNDER SEAL EX.
2 TO DEC. OF WANDA K. CAHILL IN SUPPORT OF
CCI'S MOTION TO DISMISS [CV 07-05892 SI]

IT IS HEREBY STIPULATED by and among Plaintiff John Lofton and Defendants Bank of America Corporation, FIA Card Services, N.A., Carlson Companies, Inc., Carlson Travel Network Associates, Inc., and Carlson Travel Group, Inc. as follows:

WHEREAS, Defendant Carlson Companies ("CCI") filed its Motion to Dismiss for Lack of Personal Jurisdiction on February 20, 2008;

WHEREAS, Exhibit 2 to the Declaration of Wanda K. Cahill in support of CCI's Motion to Dismiss should have been filed under seal because it contains confidential and proprietary business information entitled to protection from disclosure pursuant to the Federal Rules of Civil Procedure;

WHEREAS, concurrent with this Stipulation, CCI will file a Motion to Remove Incorrectly Filed Exhibit 2;

NOW, THEREFORE, the parties STIPULATE through their respective attorneys of record that Exhibit 2 to Declaration of Wanda K. Cahill in support of CCI's Motion to Dismiss should be filed under seal.

DATED: February 26, 2008          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /S/ Elizabeth D. Le
        Martin R. Lueck
        Emmett J. McMahon
        Elizabeth D. Le

*Attorneys for Defendant Carlson Companies, Inc.*

DATED: February 26, 2008          **BERGESON, LLP**

By:   /S/ Donald P. Gagliardi
        Daniel J. Bergeson
        Donald P. Gagliardi

*Attorneys for Defendants Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc.*

| | | |
|---|---|---|
| 1 | DATED: February 26, 2008 | **KAMBEREDELSON LLC** |
| 2 | | |
| 3 | | By: /S/ Ethan Preston |
| 4 | | Scott Kamber<br>Ethan Preston |
| 5 | | *Attorneys for Plaintiff John Lofton* |
| 6 | DATED: February 26, 2008 | **REED SMITH LLP** |
| 7 | | |
| 8 | | By: /S/ Jordan S. Yu |
| 9 | | Abraham J. Colman<br>Felicia Y. Yu<br>Jordan S. Yu |
| 10 | | |
| 11 | | *Attorneys for Defendant Bank of America Corporation and FIA Card Services, N.A.* |
| 12 | | |
| 13 | PURSUANT TO STIPULATION, IT IS SO ORDERED. | |
| 14 | DATED: February ____, 2008 | By: _____ |
| 15 | | Hon. Susan Illston<br>United States District Judge |