1   Martin R. Lueck (MN Bar No.155548)
    Emmett J. McMahon (Admitted *pro hac vice*)
2   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
    2800 LaSalle Plaza
3   800 LaSalle Avenue
    Minneapolis, MN 55402
4   Telephone:    612-349-8500
    Facsimile:    612-339-4181
5   E-mail:    mrlueck@rkmc.com
              ejmcmahon@rkmc.com
6
    Elizabeth D. Le (CA Bar No. 216182)
7   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
    2049 Century Park East, Suite 3400
8   Los Angeles, CA  90067-3208
    Telephone:    310-552-0130
9   Facsimile:    310-229-5800
    E-mail:    edle@rkmc.com
10
    Attorneys for Defendant
11  CARLSON COMPANIES, INC.

12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16

17  JOHN LOFTON, an individual, on his own        Case No.  CV 07-05892 SI
    behalf and on behalf of all others similarly
18  situated,                                     [Assigned to the Hon. Susan Illston]

19                  Plaintiff,                    **STIPULATION AND PROPOSED ORDER
                                                  FOR LEAVE TO FILE UNDER SEAL
20  v.                                            EXHIBIT "2" TO THE DECLARATION
                                                  WANDA K. CAHILL IN SUPPORT OF
21  BANK OF AMERICA CORPORATION,                  DEFENDANT CARLSON COMPANIES,
    FIA CARD SERVICES, N.A., a national           INC.'S MOTION TO DISMISS FOR LACK
22  banking association, CARLSON                   OF PERSONAL JURISDICTION
    COMPANIES, INC., a Minnesota
23  corporation, CARLSON TRAVEL                   [Civil L.R. 79-5]
    NETWORK ASSOCIATES, INC., a
24  Minnesota corporation, and CARLSON
    TRAVEL GROUP, INC., a California
25  corporation, and DOES 1 to 100,

26                  Defendants.

27

28

LA 60200560.1

STIPULATION FOR LEAVE TO FILE UNDER SEAL EX.
2 TO DEC. OF WANDA K. CAHILL IN SUPPORT OF
CCI'S MOTION TO DISMISS [CV 07-05892 SI]

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1    IT IS HEREBY STIPULATED by and among Plaintiff John Lofton and Defendants Bank

2   of America Corporation, FIA Card Services, N.A., Carlson Companies, Inc., Carlson Travel

3   Network Associates, Inc., and Carlson Travel Group, Inc. as follows:

4    WHEREAS, Defendant Carlson Companies ("CCI") filed its Motion to Dismiss for Lack

5   of Personal Jurisdiction on February 20, 2008;

6    WHEREAS, Exhibit 2 to the Declaration of Wanda K. Cahill in support of CCI's Motion

7   to Dismiss should have been filed under seal because it contains confidential and proprietary

8   business information entitled to protection from disclosure pursuant to the Federal Rules of Civil

9   Procedure;

10    WHEREAS, concurrent with this Stipulation, CCI will file a Motion to Remove

11   Incorrectly Filed Exhibit 2;

12    NOW, THEREFORE, the parties STIPULATE through their respective attorneys of

13   record that Exhibit 2 to Declaration of Wanda K. Cahill in support of CCI's Motion to Dismiss

14   should be filed under seal.

15

16   DATED:  February 26, 2008          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

17

18                                     By:  __/S/ Elizabeth D. Le_____
                                            Martin R. Lueck
19                                          Emmett J. McMahon
                                            Elizabeth D. Le
20

                                       *Attorneys for Defendant Carlson Companies, Inc.*
21

22   DATED:  February 26, 2008          **BERGESON, LLP**

23

24                                     By:  __/S/ Donald P. Gagliardi_____
                                            Daniel J. Bergeson
25                                          Donald P. Gagliardi

26                                     *Attorneys for Defendants Carlson Travel Network*
                                       *Associates, Inc. and Carlson Travel Group, Inc.*
27

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1   DATED:  February 26, 2008          **KAMBEREDELSON LLC**

2

3                                      By:   /S/ Ethan Preston_____
                                            Scott Kamber
4                                           Ethan Preston

5                                      *Attorneys for Plaintiff John Lofton*

6   DATED:  February 26, 2008          **REED SMITH LLP**

7

8                                      By:   /S/ Jordan S. Yu _____
                                            Abraham J. Colman
9                                           Felicia Y. Yu
                                            Jordan S. Yu
10
                                       *Attorneys for Defendant Bank of America*
11                                     *Corporation and FIA Card Services, N.A.*

12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED.

14  DATED:  February _____, 2008        By: _____
                                             Hon. Susan Illston
15                                           United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

LA 60200560.1

STIPULATION FOR LEAVE TO FILE UNDER SEAL EX.
2 TO DEC. OF WANDA K. CAHILL IN SUPPORT OF
CCI'S MOTION TO DISMISS [CV 07-05892 SI]