1  Martin R. Lueck (MN Bar No.155548)
   Emmett J. McMahon (Admitted *pro hac vice*)
2  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2800 LaSalle Plaza
3  800 LaSalle Avenue
   Minneapolis, MN 55402
4  Telephone:    612-349-8500
   Facsimile:    612-339-4181
5  E-mail:       mrlueck@rkmc.com
                 ejmcmahon@rkmc.com
6
   Elizabeth D. Le (CA Bar No. 216182)
7  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2049 Century Park East, Suite 3400
8  Los Angeles, CA  90067-3208
   Telephone:    310-552-0130
9  Facsimile:    310-229-5800
   E-mail:       edle@rkmc.com
10
   Attorneys for Defendant
11 CARLSON COMPANIES, INC.

12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation, and DOES 1 to 100,<br><br>          Defendants. | Case No.  CV 07-05892 SI<br><br>[Assigned to the Hon. Susan Illston]<br><br>**EXHIBIT "2" TO THE DECLARATION WANDA K. CAHILL IN SUPPORT OF DEFENDANT CARLSON COMPANIES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION: CONTRACT WITH BANK OF AMERICA CORPORATION REGARDING THE WORLDPOINTS TRAVEL REWARDS PROGRAM**<br><br>Date:   March 28, 2008<br>Time:   9:00 a.m.<br>Crtrm:  10 |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

## MANUAL FILING NOTIFICATION

Regarding: <u>EXHIBIT 2 to the DECLARATION OF WANDA K. CAHILL.</u>

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

DATED: February 26, 2008

Respectfully submitted,
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /S/ Elizabeth D. Le
        Martin R. Lueck
        Emmett J. McMahon
        Elizabeth D. Le

*Attorneys for Defendant Carlson Companies, Inc.*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

LA 60200552.1

- 2 -

EXHIBIT "2" TO THE DECLARATION OF WANDA K. CAHILL [CV 07-05892 SI]