Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 550
Chicago, IL 60604
312-589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

*Attorneys for John Lofton*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC. a California corporation, and DOES 1 to 100,<br><br>Defendants. | No. 07-05892 (SI)<br><br>Judge Susan Illston<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

The Court having reviewed Plaintiff's Motion for Extension, and after consideration of the parties' papers and all other matters presented to the Court, the Court finds that it should grant the Order for Plaintiff. The Court orders that the time for Plaintiff to file his Opposition to Defendant Carlson Companies, Inc.'s ("CCI") Motion to Dismiss is extended to July 11, 2008, the time for CCI to file its Reply is extended to July 18, 2008, and the hearing date for CCI's Motion to Dismiss is extended to August 1, 2008.

Dated:

_____
Hon. Susan Illston
United States District Court Judge