1    Martin R. Lueck (MN Bar No.155548)
     Emmett J. McMahon (Admitted *pro hac vice*)
2    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
     2800 LaSalle Plaza
3    800 LaSalle Avenue
     Minneapolis, MN 55402
4    Telephone:    612-349-8500
     Facsimile:    612-339-4181
5    E-mail:    mrlueck@rkmc.com
             ejmcmahon@rkmc.com
6
     Elizabeth D. Le (CA Bar No. 216182)
7    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
     2049 Century Park East, Suite 3400
8    Los Angeles, CA  90067-3208
     Telephone:    310-552-0130
9    Facsimile:    310-229-5800
     E-mail:    edle@rkmc.com
10
     Attorneys for Defendant
11   CARLSON COMPANIES, INC.

12

13                      UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16

17   JOHN LOFTON, an individual, on his own       Case No.  CV 07-05892 SI
     behalf and on behalf of all others similarly
18   situated,                                    [Assigned to the Hon. Susan Illston]

19              Plaintiff,                         **STIPULATION AND PROPOSED ORDER
                                                   FOR LEAVE TO FILE UNDER SEAL
20   v.                                            EXHIBIT "2" TO THE DECLARATION
                                                   WANDA K. CAHILL IN SUPPORT OF
21   BANK OF AMERICA CORPORATION,                  DEFENDANT CARLSON COMPANIES,
     FIA CARD SERVICES, N.A., a national           INC.'S MOTION TO DISMISS FOR LACK
22   banking association, CARLSON                   OF PERSONAL JURISDICTION
     COMPANIES, INC., a Minnesota
23   corporation, CARLSON TRAVEL                   [Civil L.R. 79-5]
     NETWORK ASSOCIATES, INC., a
24   Minnesota corporation, and CARLSON
     TRAVEL GROUP, INC., a California
25   corporation, and DOES 1 to 100,

26              Defendants.

27

28

     LA 60200560.1

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1    IT IS HEREBY STIPULATED by and among Plaintiff John Lofton and Defendants Bank

2  of America Corporation, FIA Card Services, N.A., Carlson Companies, Inc., Carlson Travel

3  Network Associates, Inc., and Carlson Travel Group, Inc. as follows:

4    WHEREAS, Defendant Carlson Companies ("CCI") filed its Motion to Dismiss for Lack

5  of Personal Jurisdiction on February 20, 2008;

6    WHEREAS, Exhibit 2 to the Declaration of Wanda K. Cahill in support of CCI's Motion

7  to Dismiss should have been filed under seal because it contains confidential and proprietary

8  business information entitled to protection from disclosure pursuant to the Federal Rules of Civil

9  Procedure;

10    WHEREAS, concurrent with this Stipulation, CCI will file a Motion to Remove

11  Incorrectly Filed Exhibit 2;

12    NOW, THEREFORE, the parties STIPULATE through their respective attorneys of

13  record that Exhibit 2 to Declaration of Wanda K. Cahill in support of CCI's Motion to Dismiss

14  should be filed under seal.

15

16  DATED:  February 26, 2008          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

17

18                                  By:  ___/S/ Elizabeth D. Le_____
                                          Martin R. Lueck
19                                        Emmett J. McMahon
                                          Elizabeth D. Le
20
                                    *Attorneys for Defendant Carlson Companies, Inc.*
21

22  DATED:  February 26, 2008          **BERGESON, LLP**

23

24                                  By:  ___/S/ Donald P. Gagliardi_____
                                          Daniel J. Bergeson
25                                        Donald P. Gagliardi

26                                  *Attorneys for Defendants Carlson Travel Network*
                                    *Associates, Inc. and Carlson Travel Group, Inc.*
27

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1    DATED:  February 26, 2008                **KAMBEREDELSON LLC**

2

3                                             By:    /S/ Ethan Preston_____
                                                        Scott Kamber
4                                                       Ethan Preston

5                                             *Attorneys for Plaintiff John Lofton*

6    DATED:  February 26, 2008                **REED SMITH LLP**

7

8                                             By:    /S/ Jordan S. Yu_____
                                                        Abraham J. Colman
9                                                       Felicia Y. Yu
                                                        Jordan S. Yu
10
                                              *Attorneys for Defendant Bank of America*
11                                            *Corporation and FIA Card Services, N.A.*

12

13   PURSUANT TO STIPULATION, IT IS SO ORDERED.

14   DATED:  February ____, 2008              By:    _____
                                                     Hon. Susan Illston
15                                                   United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR LEAVE TO FILE UNDER SEAL EX.
2 TO DEC. OF WANDA K. CAHILL IN SUPPORT OF
CCI'S MOTION TO DISMISS [CV 07-05892 SI]

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES