1  Alan Himmelfarb (Cal. Bar. No. 90480)
   KAMBEREDELSON LLC
2  2757 Leonis Blvd.
   Los Angeles, CA 90058
3  (323) 585-8696
   ahimmelfarb@kamberedelson.com
4
   Jay Edelson
5  Ethan Preston
   KAMBEREDELSON LLC
6  53 West Jackson Ave., Suite 550
   Chicago, IL 60604
7  312-589-6370
   jedelson@kamberedelson.com
8  epreston@kamberedelson.com

9  *Attorneys for John Lofton*

10             **IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11                    **SAN FRANCISCO DIVISION**

12 | JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated, | No. 07-05892 (SI) |
13 | | Judge Susan Illston |
14 | Plaintiff | **NOTICE OF CHANGE OF ADDRESS** |
15 | v. | |
16 | BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC. a California corporation, and DOES 1 to 100, | |
20 | Defendants. | |

Notice of Change of Address                                        No. 07-05892 (SI)

Case 3:07-cv-05892-SI    Document 56    Filed 02/29/2008    Page 2 of 2

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTE THAT**, effective immediately, the Chicago office of KamberEdelson, LLC has changed its address. The new address is:

> KAMBEREDELSON LLC
> 53 West Jackson Ave., Suite 550
> Chicago, IL 60604

Please use the new address in all correspondence and other documents.

Dated: February 29, 2008

By: s/Alan Himmelfarb

Alan Himmelfarb
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 550
Chicago, IL 60604

*Attorneys for John Lofton*

Notice of Change of Address    2    No. 07-05892 (SI)