# EXHIBIT 2

Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 1530
Chicago, IL 60604
312-589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

Scott Kamber
KAMBEREDELSON LLC
11 Broadway, 22d Floor
New York, NY 10004
Telephone: (212) 920-3072
Fax: (212) 202-6364
skamber@kamberedelson.com

*Attorneys for John Lofton*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC. a California corporation, and DOES 1 to 100,<br><br>Defendants. | No. 07-05892 (MJJ)<br><br>Judge Martin J. Jenkins<br><br>**PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION TO CARLSON DEFENDANTS** |

**Instructions:**

The Carlson Defendants shall answer these Requests for Admission in a manner that is consistent with their duties under Federal Rules 26 and 36. The following instructions do not limit the scope of the Carlson Defendants' obligations under the Rules, but are merely meant to remind or inform the Carlson Defendants of these duties and to provide examples of compliance those duties.

**A.      Definitions**

With respect to these Requests,

1. The terms "and" and "or" shall be construed conjunctively or disjunctively as necessary to make requests inclusive rather than exclusive.

2. "Carlson Defendants" means Carlson Companies, Inc., Carlson Travel Network Associates, Inc., and Carlson Travel Group, Inc., their respective agents, partners, attorneys, servants, employees, assignees, lessees, affiliates, or anyone acting on behalf of them, and any affiliate, subsidiary, parent or related corporation, partnership or entity, and anyone acting for or on behalf of any such subsidiary, related corporation, parent, partnership, entity, or natural person. All references to "Carlson Defendants" in these Requests for Admission refer to the persons in the preceding sentence.

3. The term "Lofton Tickets" refer to the tickets for Continental Airline flights 416 and 2629 on December 14 and Continental Airline flights 2143 and 378 on December 16.

4. "WorldPoints" means the credits towards various benefits accrued under the *Program Details* attached as Exhibit 2 to Ethan Preston's Declaration in Support of a Motion for Preliminary Injunction and/or the webpage at FIA Card Services, *Program Details*, Travel Rewards, *at* https://wwwa.managerewardsonline.com/RMSapp/Ctl/link?eid=F61D305B (2007).

**B.      Responses to These Requests**

Under Federal Rule 36(a)(4), if the Carlson Defendants do not admit any of these Requests, Federal Rule 36(a)(4) requires them to answer to such Requests by specifically denying the Requests or stating in detail why they cannot truthfully admit or deny the Requests. If good faith requires the Carlson Defendants to qualify an answer or deny only a part of a matter, their answer must specify the part admitted and qualify or deny the rest. The Carlson Defendants cannot assert a lack of information as a basis for a refusal to admit or deny any of these Requests, unless their answer states that they have made a reasonable inquiry and that the information known or readily obtainable by them is insufficient to enable

them to admit or deny.

**C.     Supplementation**

Under Rule 26(e), the Carlson Defendants have a duty to supplement and/or amend their answers to these Requests for Admission within a reasonable period of time if it receives information from which one could reasonably claim that its prior answers were incomplete, incorrect, or were correct at the time of the answer but no longer correct.

**D.     Objections**

Any objections to these Requests for Admission must conform to Rule 26(a)(5)(A) and Rule 36(a)(5).

<u>**Plaintiff's First Set of Requests for Admission**</u>

Please admit:

1. The document attached to the Declaration of John Lofton in Support of Plaintiffs' Motion for Preliminary Injunction as Exhibit A is a true and accurate copy of the itinerary for the Tickets provided as a webpage at http://mytripandmore.com.

2. Carlson Companies, Inc. operates or controls the content of itineraries provided through http://mytripandmore.com, including the assessment of the "fuel-related" fee on the purchase price of the Tickets.

3. Carlson Travel Network Associates, Inc. operates or controls the content of itineraries provided through http://mytripandmore.com, including the assessment of the "fuel-related" fee on the purchase price of the Tickets.

4. Carlson Travel Group, Inc. operates or controls the content of itineraries provided through http://mytripandmore.com, including the assessment of the "fuel-related" fee on the purchase price of the Tickets.

5. One or more of the Carlson Defendants operate or control the content of itineraries provided through http://mytripandmore.com, including the assessment of the "fuel-related" fee on the purchase price of the Tickets.

6. Continental Airlines did not impose the $45 "fuel-related" fee listed in Exhibit A to the Declaration of John Lofton in Support of Plaintiffs' Motion for Preliminary Injunction.

7. The document attached to the Declaration of John Lofton in Support of Plaintiffs' Motion for Preliminary Injunction as Exhibit B is a genuine (albeit redacted) copy of John Lofton's credit card bill.

8. Carlson Companies, Inc. charged the unredacted charges recorded in Exhibit B to the Declaration of John Lofton in Support of Plaintiffs' Motion for Preliminary Injunction.

9. Carlson Travel Network Associates, Inc. charged the unredacted charges recorded in Exhibit B to the Declaration of John Lofton in Support of Plaintiffs' Motion for Preliminary Injunction.

10. Carlson Travel Group, Inc. charged the unredacted charges recorded in Exhibit B to the Declaration of John Lofton in Support of Plaintiffs' Motion for Preliminary Injunction.

11. One or more of the Carlson Defendants charged the unredacted charges recorded in Exhibit B to the Declaration of John Lofton in Support of Plaintiffs' Motion for Preliminary Injunction.

12. The document attached to the Declaration of John Lofton in Support of Plaintiffs' Motion for Preliminary Injunction as Exhibit C is a true and accurate copy of the itinerary for the Tickets available through Orbitz.com on or about October 22, 2007.

13. The document attached to the Declaration of John Lofton in Support of Plaintiffs' Motion for Preliminary Injunction as Exhibit D is a true and accurate copy of the itinerary for the Tickets available through Expedia.com on or about October 22, 2007.

14. The document attached to the Declaration of John Lofton in Support of Plaintiffs' Motion for Preliminary Injunction as Exhibit C is a true and accurate copy of the itinerary for the Tickets available through Travelocity on or about October 22, 2007.

15. The document attached to the Declaration of Ethan Preston in Support of Plaintiffs' Motion for Preliminary Injunction as Exhibit 1 is a true and accurate copy of the itinerary for the Tickets available through Continental Airlines' website on or about October 25, 2007.

16. On or about October 25, 2007, the Tickets were available to the general public through Continental Airlines' website for the price reflected in Exhibit 1 to the Declaration of Ethan Preston in Support of Plaintiffs' Motion for Preliminary Injunction.

17. The document attached to the Declaration of Ethan Preston in Support of Plaintiffs' Motion for Preliminary Injunction as Exhibit 2 is a true and accurate copy of the WorldPoints *Program Details*.

18. Carlson Travel Group, Inc. operates or controls the content of the webpage at http://www.tripcharges.com.

19. Carlson Companies, Inc. operates or controls the domain name "tripcharges.com."

20. The document attached to the Declaration of Ethan Preston in Support of Plaintiffs' Motion for Preliminary Injunction as Exhibit 4 is a true and accurate copy of the results of Ethan Preston's query of the website maintained by the Office of the California Attorney General at http://vcinweb.doj.ca.gov/SellerOfTravel/SotprodTest/sotInput.asp for the registration number 2036509.

21. Carlson Travel Group, Inc. has registered with the State of California as Seller of Travel.

22. Carlson Travel Group, Inc.'s California Seller of Travel registration number is 2036509.

23. Continental Airlines did not impose the $45 "fuel-related" fee included in the Ticket's purchase price.

24. The Tickets were available to the Carlson Defendants from Continental Airlines' website for the price reflected in Exhibit 1 to the Declaration of Ethan Preston in

Support of Plaintiffs' Motion for Preliminary Injunction.

25. The Carlson Defendants have a practice or policy of assessing or adding their own fees and surcharges to the purchase price of certain tickets that are purchased (in whole or in part) with redeemed WorldPoints.

26. The Carlson Defendants do not have any controls to prevent their employees and agents from assessing or adding fees and surcharges to the purchase price of certain tickets that are purchased (in whole or in part) with redeemed WorldPoints.

27. The Carlson Defendants do not have reasonable controls to prevent their employees and agents from assessing or adding fees and surcharges to the purchase price of certain tickets that are purchased (in whole or in part) with redeemed WorldPoints.

Dated: January 8, 2007

By: _____

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 1530
Chicago, IL 60604
312-589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

*Attorneys for John Lofton*

# CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C.§ 1746, I hereby certify that a copy of the foregoing Plaintiff's First Set of Interrogatories, Requests for Admissions, and Requests for Production of Documents was this date served upon the parties below Fed. R. Civ. P. 5(b) by causing a copy of the same to be placed in the United States Mail, postage prepaid, and sent to their last known address as follows:

Abraham J. Colman
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

*Attorneys for Bank of America Corp., and FIA Card Services, N.A.*

Elizabeth D. Le
Robins, Kaplan, Miller & Ciresi, LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208

*Attorneys for Carlson Companies, Inc. Carlson Companies, Inc., Carlson Travel Network Associates, Inc., and Carlson Travel Group, Inc.*

Date:   January 8, 2007

By: _/s/ Ethan Preston_
ETHAN PRESTON

---

Certificate of Service                                              No. 07-05892 (MJJ)