# EXHIBIT 5

**Buck, Lori H.**

| | |
|---|---|
| **From:** | Le, Elizabeth D. |
| **Sent:** | Wednesday, January 23, 2008 6:19 PM |
| **To:** | Lee, Carol; Buck, Lori H. |
| **Subject:** | FW: Scheduling issue in Lofton v. Bank of America |
| **Attachments:** | 2dRenoticeMotion012208.pdf; PrestonDecl-2dRenoticeMotion012208.pdf |

**From:** Ethan Preston [mailto:epreston@kamberedelson.com]
**Sent:** Tuesday, January 22, 2008 9:34 AM
**To:** Le, Elizabeth D.; Donald P Gagliardi
**Cc:** Yu, Jordan S.; Scott A. Kamber, Esq.; Jay Edelson, Esq.
**Subject:** Scheduling issue in Lofton v. Bank of America

Dear Elizabeth and Don,

There has been a snag with respect to the scheduling of the briefing on the Motion for Preliminary Injunction. As you'll remember, on January 11, all counsel signed off on a stipulated continuance which sought to continue the hearing date from February 5, 2008 to March 4 under Civil L.R. 7-7. However, Judge Jenkins' Standing Order reads:

> **Unless otherwise ordered by the Court, the rescheduling of the hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the *originally noticed* hearing date and any reply brief may be filed not less than 14 days prior to the *originally noticed* hearing date.**

(Para 8, emphasis in original.) I have been in contact with Judge Jenkin's clerks, who indicated that the January 11 continuance did not change the filing date for Defendants' Oppositions. (Please also refer to the Clerk's Notice dated January 17.)

Obviously, the Court's Standing Orders could pose an unanticipated problem for Defendants. To resolve the issue, we drafted the attached stipulation, which should extend Defendants' deadline for filing their Oppositions to March 12 under Civil LR 6-2. Please note that the attached declaration and stipulation are being circulated on a without-prejudice basis. Please send back an email concurring with the stipulation (with the stipulation attached), and I can add your e-signatures and get this filed today.

Thanks,

Ethan

--
Ethan Preston
KamberEdelson, LLC
53 West Jackson, Suite 1530
Chicago, IL 60604
(312) 589-6370

This communication may be confidential and proprietary. The only persons authorized to use this communication are the addressee(s), their agents and attorneys. Any other disclosure or use of this communication's

existence, contents, substance, purport, effect, or meaning is prohibited. This communication may be exempted and protected from disclosure as attorney work product, attorney-client privilege, or under other applicable rules and/or laws. If you have received this communication in error, please notify me immediately by return e-mail and destroy this communication and any copies or attachments.

1/24/2008

Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 1530
Chicago, IL 60604
312-589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

Scott Kamber
KAMBEREDELSON LLC
11 Broadway, 22d Floor
New York, NY 10004
Telephone: (212) 920-3072
Fax: (212) 202-6364
skamber@kamberedelson.com

*Attorneys for John Lofton*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC. a California corporation, and DOES 1 to 100,<br><br>Defendants. | No. 07-05892 (MJJ)<br><br>Judge Martin J. Jenkins<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME, PLAINTIFF'S SECOND AMENDED NOTICE OF MOTION, AND [PROPOSED] ORDER**<br><br>Date: April 2, 2008<br>Time: 2:00 P.M.<br>Location: Courtroom 11, 19th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |

This Stipulation between Plaintiff John Lofton and Defendants Bank of America Corporation, FIA Card Services, N.A., Carlson Companies, Inc., Carlson Travel Network Associates, Inc., and Carlson Travel Group, Inc. (collectively, the "Defendants"), through their respective counsel, is made pursuant to Civil L.R. 6-1(b).

## RECITALS

A. On November 20, 2007, Plaintiff filed a class action complaint against Defendants.

B. On December 6, 2007, Plaintiff filed a Notice of Motion and Motion for Preliminary Injunction and Class Certification that was scheduled to be heard on January 15, 2007 before the Honorable Magistrate Elizabeth D. Laporte.

C. On December 18, 2007, this case was reassigned to the Honorable Martin J. Jenkins.

D. On December 20, 2007, Plaintiff and Carlson Companies, Inc., Carlson Travel Network Associates, Inc., and Carlson Travel Group, Inc. (the "Carlson Defendants") entered into a stipulation extending the Carlson Defendants' time to respond to Plaintiff's Complaint until January 22, 2008.

E. On December 26, 2007, Plaintiff and Bank of America Corp. and FIA Card Services, N.A. (the "Bank Defendants") entered into a stipulation extending the Bank Defendants' time to respond to Plaintiff's Complaint until February 4, 2008.

F. On December 27, 2007, Plaintiff filed an Amended Notice of Motion, which re-noticed the Motion for Preliminary Injunction and Class Certification for February 5, 2008, before the Honorable Martin J. Jenkins.

G. Pursuant to Civil L.R. 7-3(a), Defendants' Opposition briefs to Plaintiff's Motion were not due until January 15, 2008. As of January 11, 2008, Defendants had not filed their Oppositions to Plaintiff's Motion for Preliminary Injunction.

H. Through the week of January 7, 2008, the parties negotiated to continue the hearing date for Plaintiff's Motion for Preliminary Injunction. It was the expectation and intent of the undersigned parties that the continuance of the hearing date would also extend the briefing schedule for the Motion for Preliminary Injunction and Class Certification.

I. On January 11, 2008, Plaintiff filed the "Stipulated Continuance of His Motion for Preliminary Injunction and Class Certification." Earlier that day, Plaintiff circulated a draft "Stipulated Request for Order Changing Time and [Proposed] Order" pursuant to Civil L.R. 6-2 to Defendants. Defendants did not ultimately accept that draft request. Rather, at the request of one of the Defendants' counsel, most of the language from the January 11, 2008 "Stipulated Continuance" was taken from a draft stipulation prepared by that counsel.

J. On January 17, 2008, the Court's chambers filed a Clerk's Notice which stated, in relevant part:

> Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the originally noticed hearing and any reply brief is due not less than 14 days prior to the originally noticed hearing date.

K. On January 17, 2008, the Court's chambers contacted counsel and informed them that the first available dates for a hearing on Plaintiff's Motion for Preliminary Injunction and Class Certification were February 27, 2008 or April 2, 2008.

L. During a recent telephone call between Plaintiff's counsel and the Court's chambers, the Court's clerk again alerted Plaintiff's counsel that the January 11, 2008 continuance would not automatically extend the briefing schedule. The clerk indicated that the parties should file an amended stipulation which clarified their intent to request a corresponding extension of the briefing schedule.

## STIPULATIONS

IT IS HEREBY STIPULATED, by and between the parties, that, pursuant to Civil L.R. 6-2, the hearing for the Plaintiffs' Motion for Preliminary Injunction shall be held on April 2, 2008 at 2:00 p.m. before the Honorable Martin J. Jenkins.

IT IS HEREBY STIPULATED, by and between the parties, that, pursuant to Civil L.R. 6-2, Defendants will not notice or schedule any motion to dismiss (or similar motion *in lieu* of an answer) to Plaintiff's complaint prior to April 2, 2008.

IT IS HEREBY STIPULATED, by and between the parties, that, pursuant to Civil L.R. 6-2, the time for Defendants to file any Opposition to Plaintiff's Motion for Preliminary Injunction

1  and Class Certification shall be extended to March 12, 2008, and the time for Plaintiff to file his
2  reply brief shall be extended to March 19, 2008.

## AMENDED NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that John Lofton ("Lofton") will present his pending Motion for Preliminary Injunction and Class Certification in the above referenced proceedings to the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, in Courtroom 11, on the 19th Floor, before the Honorable Martin J. Jenkins, on April 2, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard.

Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.

Dated: January 22, 2007

By: s/Alan Himmelfarb

Alan Himmelfarb
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058

*Attorneys for John Lofton*

Dated: January 22, 2007

By: s/Jordan Yu

Jordan Yu
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

*Attorneys for Bank of America Corp., and FIA Card Services, N.A.*

Dated: January 22, 2007

By:_____

Elizabeth Le
Robins, Kaplan, Miller & Ciresi L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

*Attorneys for Carlson Companies, Inc.*

Dated: January 22, 2007

By:_____

Donald P Gagliardi

Stipulated Request for Extension of Time        4        No. 07-05892 (MJJ)

| | |
|---|---|
| 1 | |
| 2 | Bergeson, LLP<br>303 Almaden Boulevard, Suite 500<br>San Jose, CA 95110-2712 |
| 3 | *Attorneys for Carlson Travel Network* |
| 4 | *Associates, Inc., and Carlson Travel Group, Inc.* |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | Dated: _____, 2007 |
| | By:_____ |
| 8 | Hon. Martin J. Jenkins |
| 9 | United States District Judge |

Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 1530
Chicago, IL 60604
312-589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

Scott Kamber
KAMBEREDELSON LLC
11 Broadway, 22d Floor
New York, NY 10004
Telephone: (212) 920-3072
Fax: (212) 202-6364
skamber@kamberedelson.com

*Attorneys for John Lofton*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC. a California corporation, and DOES 1 to 100,<br><br>Defendants. | No. 07-05892 (MJJ)<br><br>Judge Martin J. Jenkins<br><br>**DECLARATION OF ETHAN PRESTON IN SUPPORT OF STIPULATED REQUEST FOR EXTENSION OF TIME** |

Pursuant to 28 U.S.C. § 1746, I, Ethan Preston, hereby declare and state as follows:

1. I am an attorney admitted to practice in the state of Illinois, and represent Plaintiff in the above-titled action. I am entering this declaration pursuant to Civil L.R. 6-2(a) in support of the parties' Stipulated Request for Extension of Time. This declaration is based upon my personal knowledge, except where expressly noted otherwise.

2. Plaintiff and Defendants negotiated to continue the hearing date for Plaintiff's Motion for Preliminary Injunction through the week of January 7, 2008. I have personal knowledge of these negotiations as between Plaintiff and Carlson Companies, Inc., Carlson Travel Network Associates, Inc., and Carlson Travel Group, Inc. (the "Carlson Defendants.") This statement is made on information and belief with respect to the negotiations between Plaintiff and Bank of America Corp. and FIA Card Services, N.A. (the "Bank Defendants"), which information and belief is based on communications with members of my firm.

3. In these negotiations, it was the expectation and intent of the parties that the proposed continuance would also extend the time for Defendants to file their Opposition to the Motion for Preliminary Injunction and Class Certification. The parties believed that continuing the Motion's hearing date would automatically accomplish that intended goal.

4. On January 11, 2008, I distributed a draft "Stipulated Request for Order Changing Time and [Proposed] Order" pursuant to Civil L.R. 6-2 to Defendants via email at 12:30 pm CST. At 3:03 pm CST, I received a draft stipulation prepared by one of Defendants' counsel. At approximately 5:00 pm CST, one of Defendants' counsel called me and requested that I file a document based largely on their draft stipulated request.

5. I made a number of edits to their draft stipulated request and filed the resulting document (which is Document No. 19 on the docket for this case).

6. I recently called the Court's chambers to inquire about scheduling issues with

respect to Plaintiff's Motion. During this telephone conference, the clerk alerted me that the January 11, 2008 continuance of the hearing date for Plaintiff's Motion would not automatically extend the briefing schedule for said Motion. The clerk indicated that the parties should file an amended stipulation which clarified their intent to request a corresponding extension of the briefing schedule.

7. I declare under penalty of perjury that the foregoing is true and correct.

Pursuant to Section X of the Northern District of California's General Order No. 45 on electronic case filing and 28 U.S.C.§ 1746, in lieu of Ethan Preston's signature on this declaration, Alan Himmelfarb attests that Ethan Preston is the signatory of this declaration, and that Ethan Preston concurred to this declaration on January 22, 2007.

DATE: January 22, 2007

ALAN HIMMELFARB