# EXHIBIT 6

**Buck, Lori H.**

| | |
|---|---|
| **From:** | Le, Elizabeth D. |
| **Sent:** | Tuesday, January 22, 2008 1:35 PM |
| **To:** | epreston@kamberedelson.com; Donald P Gagliardi |
| **Cc:** | Yu, Jordan S.; Scott A. Kamber, Esq.; Jay Edelson, Esq.; Lueck, Martin R.; Angell, Jane A.; McMahon, Emmett J.; Buck, Lori H.; Lee, Carol |
| **Subject:** | RE: Scheduling issue in Lofton v. Bank of America |

Ethan:

Thanks for preparing a draft of the stip. As to the second stipulation, at page 3 lines 24-27, is unrelated to the Motion for Preliminary Injunction and should be deleted from the stip. The other 2 provision is agreeable to us. Please circulate a revised stip.

Thanks,
Liz

---

**From:** Ethan Preston [mailto:epreston@kamberedelson.com]
**Sent:** Tuesday, January 22, 2008 9:34 AM
**To:** Le, Elizabeth D.; Donald P Gagliardi
**Cc:** Yu, Jordan S.; Scott A. Kamber, Esq.; Jay Edelson, Esq.
**Subject:** Scheduling issue in Lofton v. Bank of America

Dear Elizabeth and Don,

There has been a snag with respect to the scheduling of the briefing on the Motion for Preliminary Injunction. As you'll remember, on January 11, all counsel signed off on a stipulated continuance which sought to continue the hearing date from February 5, 2008 to March 4 under Civil L.R. 7-7. However, Judge Jenkins' Standing Order reads:

> **Unless otherwise ordered by the Court, the rescheduling of the hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the *originally noticed* hearing date and any reply brief may be filed not less than 14 days prior to the *originally noticed* hearing date.**

(Para 8, emphasis in original.) I have been in contact with Judge Jenkin's clerks, who indicated that the January 11 continuance did not change the filing date for Defendants' Oppositions. (Please also refer to the Clerk's Notice dated January 17.)

Obviously, the Court's Standing Orders could pose an unanticipated problem for Defendants. To resolve the issue, we drafted the attached stipulation, which should extend Defendants' deadline for filing their Oppositions to March 12 under Civil LR 6-2. Please note that the attached declaration and stipulation are being circulated on a without-prejudice basis. Please send back an email concurring with the stipulation (with the stipulation attached), and I can add your e-signatures and get this filed today.

Thanks,

Ethan

--
Ethan Preston

1/22/2008

KamberEdelson, LLC
53 West Jackson, Suite 1530
Chicago, IL 60604
(312) 589-6370

This communication may be confidential and proprietary. The only persons authorized to use this communication are the addressee(s), their agents and attorneys. Any other disclosure or use of this communication's existence, contents, substance, purport, effect, or meaning is prohibited. This communication may be exempted and protected from disclosure as attorney work product, attorney-client privilege, or under other applicable rules and/or laws. If you have received this communication in error, please notify me immediately by return e-mail and destroy this communication and any copies or attachments.

1/22/2008