# EXHIBIT 7

## Buck, Lori H.

**From:** Le, Elizabeth D.
**Sent:** Wednesday, January 23, 2008 5:51 PM
**To:** Lee, Carol; Buck, Lori H.
**Subject:** FW: [Fwd: RE: Scheduling issue in Lofton v. Bank of America]

```
-----Original Message-----
From: Donald P Gagliardi [mailto:dgagliardi@be-law.com]
Sent: Tuesday, January 22, 2008 1:30 PM
To: Le, Elizabeth D.
Cc: Gail C. Simmons; Ina Stangenes
Subject: FW: [Fwd: RE: Scheduling issue in Lofton v. Bank of America]

 fyi

-----Original Message-----
From: Ethan Preston [mailto:epreston@kamberedelson.com]
Sent: Tuesday, January 22, 2008 12:43 PM
To: Donald P Gagliardi
Subject: [Fwd: RE: Scheduling issue in Lofton v. Bank of America]

Don,

I tried to call you, but you are in a meeting. I'm hoping you have a Blackberry handy.

We want the stipulation as we drafted it and intend to file this stip with BofA, even if
CCI doesn't agree to its terms. Please give me a call; I'd like to know whether or not CTG
and CTNA will consent to the stipulation without CCI.

Thanks,

Ethan




-------- Forwarded Message --------
From: Le, Elizabeth D. <EDLe@rkmc.com>
To: epreston@kamberedelson.com, Donald P Gagliardi <dgagliardi@be-law.com>
Cc: Yu, Jordan S. <JSYu@ReedSmith.com>, Scott A. Kamber, Esq.
<skamber@kamberedelson.com>, Jay Edelson, Esq.
<jedelson@kamberedelson.com>, Lueck, Martin R. <MRLueck@rkmc.com>, Angell, Jane A.
<JAAngell@rkmc.com>, McMahon, Emmett J.
<EJMcMahon@rkmc.com>, Buck, Lori H. <LHBuck@rkmc.com>, Lee, Carol <CLee@rkmc.com>
Subject: RE: Scheduling issue in Lofton v. Bank of America
Date: Tue, 22 Jan 2008 11:34:52 -0800

>>>>  Please read the confidentiality statement below  <<<<
Ethan:

Thanks for preparing a draft of the stip.  As to the second stipulation, at page 3 lines
24-27, is unrelated to the Motion for Preliminary Injunction and should be deleted from
the stip.  The other 2 provision is agreeable to us.  Please circulate a revised stip.

Thanks,
Liz
```

1