# EXHIBIT 8

## Buck, Lori H.

| | |
|---|---|
| **From:** | Le, Elizabeth D. |
| **Sent:** | Wednesday, January 23, 2008 1:08 PM |
| **To:** | epreston@kamberedelson.com |
| **Cc:** | Donald P Gagliardi; Yu, Jordan S.; Scott A. Kamber, Esq.; Jay Edelson, Esq.; Lueck, Martin R.; McMahon, Emmett J.; Angell, Jane A.; Buck, Lori H.; Lee, Carol |
| **Subject:** | RE: Scheduling issue in Lofton v. Bank of America |
| **Attachments:** | 2dRenoticeMotion012308.pdf |



2dRenoticeMotion0
12308.pdf (87...

```
          Ethan:

We concur with the attached stip.

Thanks,
Liz



Elizabeth D. Le
2049 Century Park East, Suite 3400
Los Angeles, California 90067
Tel:      (310) 552-0130
Fax:      (310) 229-5800
E-mail: edle@rkmc.com

-----Original Message-----
From: Ethan Preston [mailto:epreston@kamberedelson.com]
Sent: Wednesday, January 23, 2008 9:54 AM
To: Le, Elizabeth D.
Cc: Donald P Gagliardi; Yu, Jordan S.; Scott A. Kamber, Esq.; Jay Edelson, Esq.; Lueck,
Martin R.; McMahon, Emmett J.
Subject: RE: Scheduling issue in Lofton v. Bank of America

Counsel,

The attached stipulation should satisfy everyone and includes the outstanding stipulation
wrt CTG and CTNA. Please send back an email concurring with the stipulation, with the
stipulation attached, and I can add your e-signatures and get this filed.

Thanks,

Ethan

On Tue, 2008-01-22 at 11:34 -0800, Le, Elizabeth D. wrote:
> >>>>  Please read the confidentiality statement below  <<<<
> Ethan:
>
> Thanks for preparing a draft of the stip.  As to the second
> stipulation, at page 3 lines 24-27, is unrelated to the Motion for
> Preliminary Injunction and should be deleted from the stip.  The other
> 2 provision is agreeable to us.  Please circulate a revised stip.
>
> Thanks,
> Liz
>
>
> _____
```

1

```
> From: Ethan Preston [mailto:epreston@kamberedelson.com]
> Sent: Tuesday, January 22, 2008 9:34 AM
> To: Le, Elizabeth D.; Donald P Gagliardi
> Cc: Yu, Jordan S.; Scott A. Kamber, Esq.; Jay Edelson, Esq.
> Subject: Scheduling issue in Lofton v. Bank of America
>
>
>
> Dear Elizabeth and Don,
>
> There has been a snag with respect to the scheduling of the briefing
> on the Motion for Preliminary Injunction. As you'll remember, on
> January 11, all counsel signed off on a stipulated continuance which
> sought to continue the hearing date from February 5, 2008 to March 4
> under Civil L.R. 7-7. However, Judge Jenkins' Standing Order reads:
>           Unless otherwise ordered by the Court, the rescheduling of the
>           hearing date for a motion does not change the date on which an
>           opposition brief or reply brief is due; any opposition brief
>           remains due not less than 21 days prior to the originally
>           noticed hearing date and any reply brief may be filed not less
>           than 14 days prior to the originally noticed hearing date.
> (Para 8, emphasis in original.) I have been in contact with Judge
> Jenkin's clerks, who indicated that the January 11 continuance did not
> change the filing date for Defendants' Oppositions. (Please also refer
> to the Clerk's Notice dated January 17.)
>
> Obviously, the Court's Standing Orders could pose an unanticipated
> problem for Defendants. To resolve the issue, we drafted the attached
> stipulation, which should extend Defendants' deadline for filing their
> Oppositions to March 12 under Civil LR 6-2. Please note that the
> attached declaration and stipulation are being circulated on a
> without-prejudice basis. Please send back an email concurring with the
> stipulation (with the stipulation attached), and I can add your
> e-signatures and get this filed today.
>
> Thanks,
>
> Ethan
> --
> Ethan Preston
> KamberEdelson, LLC
> 53 West Jackson, Suite 1530
> Chicago, IL 60604
> (312) 589-6370
>
> This communication may be confidential and proprietary. The only
> persons authorized to use this communication are the addressee(s),
> their agents and attorneys. Any other disclosure or use of this
> communication's existence, contents, substance, purport, effect, or
> meaning is prohibited. This communication may be exempted and
> protected from disclosure as attorney work product, attorney-client
> privilege, or under other applicable rules and/or laws. If you have
> received this communication in error, please notify me immediately by
> return e-mail and destroy this communication and any copies or
> attachments.
>
> _____
>
> Information contained in this e-mail transmission may be privileged,
> confidential and covered by the Electronic Communications Privacy Act,
> 18 U.S.C. Sections 2510-2521.
>
> If you are not the intended recipient, do not read, distribute, or
> reproduce this transmission.
>
> If you have received this e-mail transmission in error, please notify
```

2

```
> us immediately of the error by return email and please delete the
> message from your system.
>
> Pursuant to requirements related to practice before the U. S. Internal
> Revenue Service, any tax advice contained in this communication
> (including any attachments) is not intended to be used, and cannot be
> used, for purposes of (i) avoiding penalties imposed under the U. S.
> Internal Revenue Code or (ii) promoting, marketing or recommending to
> another person any tax-related matter.
>
> Thank you in advance for your cooperation.
>
> Robins, Kaplan, Miller & Ciresi L.L.P.
> http://www.rkmc.com
> _____
>
```

## Buck, Lori H.

| | |
|---|---|
| **From:** | Le, Elizabeth D. |
| **Sent:** | Wednesday, January 23, 2008 1:08 PM |
| **To:** | epreston@kamberedelson.com |
| **Cc:** | Donald P Gagliardi; Yu, Jordan S.; Scott A. Kamber, Esq.; Jay Edelson, Esq.; Lueck, Martin R.; McMahon, Emmett J.; Angell, Jane A.; Buck, Lori H.; Lee, Carol |
| **Subject:** | RE: Scheduling issue in Lofton v. Bank of America |
| **Attachments:** | 2dRenoticeMotion012308.pdf |



2dRenoticeMotion0
12308.pdf (87...

```
           Ethan:

We concur with the attached stip.

Thanks,
Liz


Elizabeth D. Le
2049 Century Park East, Suite 3400
Los Angeles, California 90067
Tel:      (310) 552-0130
Fax:      (310) 229-5800
E-mail: edle@rkmc.com

-----Original Message-----
From: Ethan Preston [mailto:epreston@kamberedelson.com]
Sent: Wednesday, January 23, 2008 9:54 AM
To: Le, Elizabeth D.
Cc: Donald P Gagliardi; Yu, Jordan S.; Scott A. Kamber, Esq.; Jay Edelson, Esq.; Lueck,
Martin R.; McMahon, Emmett J.
Subject: RE: Scheduling issue in Lofton v. Bank of America

Counsel,

The attached stipulation should satisfy everyone and includes the outstanding stipulation
wrt CTG and CTNA. Please send back an email concurring with the stipulation, with the
stipulation attached, and I can add your e-signatures and get this filed.

Thanks,

Ethan

On Tue, 2008-01-22 at 11:34 -0800, Le, Elizabeth D. wrote:
> >>>>  Please read the confidentiality statement below  <<<<
> Ethan:
>
> Thanks for preparing a draft of the stip.  As to the second
> stipulation, at page 3 lines 24-27, is unrelated to the Motion for
> Preliminary Injunction and should be deleted from the stip.  The other
> 2 provision is agreeable to us.  Please circulate a revised stip.
>
> Thanks,
> Liz
>
>
> _____
```

1

```
> From: Ethan Preston [mailto:epreston@kamberedelson.com]
> Sent: Tuesday, January 22, 2008 9:34 AM
> To: Le, Elizabeth D.; Donald P Gagliardi
> Cc: Yu, Jordan S.; Scott A. Kamber, Esq.; Jay Edelson, Esq.
> Subject: Scheduling issue in Lofton v. Bank of America
>
>
>
> Dear Elizabeth and Don,
>
> There has been a snag with respect to the scheduling of the briefing
> on the Motion for Preliminary Injunction. As you'll remember, on
> January 11, all counsel signed off on a stipulated continuance which
> sought to continue the hearing date from February 5, 2008 to March 4
> under Civil L.R. 7-7. However, Judge Jenkins' Standing Order reads:
>          Unless otherwise ordered by the Court, the rescheduling of the
>          hearing date for a motion does not change the date on which an
>          opposition brief or reply brief is due; any opposition brief
>          remains due not less than 21 days prior to the originally
>          noticed hearing date and any reply brief may be filed not less
>          than 14 days prior to the originally noticed hearing date.
> (Para 8, emphasis in original.) I have been in contact with Judge
> Jenkin's clerks, who indicated that the January 11 continuance did not
> change the filing date for Defendants' Oppositions. (Please also refer
> to the Clerk's Notice dated January 17.)
>
> Obviously, the Court's Standing Orders could pose an unanticipated
> problem for Defendants. To resolve the issue, we drafted the attached
> stipulation, which should extend Defendants' deadline for filing their
> Oppositions to March 12 under Civil LR 6-2. Please note that the
> attached declaration and stipulation are being circulated on a
> without-prejudice basis. Please send back an email concurring with the
> stipulation (with the stipulation attached), and I can add your
> e-signatures and get this filed today.
>
> Thanks,
>
> Ethan
> --
> Ethan Preston
> KamberEdelson, LLC
> 53 West Jackson, Suite 1530
> Chicago, IL 60604
> (312) 589-6370
>
> This communication may be confidential and proprietary. The only
> persons authorized to use this communication are the addressee(s),
> their agents and attorneys. Any other disclosure or use of this
> communication's existence, contents, substance, purport, effect, or
> meaning is prohibited. This communication may be exempted and
> protected from disclosure as attorney work product, attorney-client
> privilege, or under other applicable rules and/or laws. If you have
> received this communication in error, please notify me immediately by
> return e-mail and destroy this communication and any copies or
> attachments.
>
> _____
>
> Information contained in this e-mail transmission may be privileged,
> confidential and covered by the Electronic Communications Privacy Act,
> 18 U.S.C. Sections 2510-2521.
>
> If you are not the intended recipient, do not read, distribute, or
> reproduce this transmission.
>
> If you have received this e-mail transmission in error, please notify
```

```
> us immediately of the error by return email and please delete the
> message from your system.
>
> Pursuant to requirements related to practice before the U. S. Internal
> Revenue Service, any tax advice contained in this communication
> (including any attachments) is not intended to be used, and cannot be
> used, for purposes of (i) avoiding penalties imposed under the U. S.
> Internal Revenue Code or (ii) promoting, marketing or recommending to
> another person any tax-related matter.
>
> Thank you in advance for your cooperation.
>
> Robins, Kaplan, Miller & Ciresi L.L.P.
> http://www.rkmc.com
> _____
>
```