# EXHIBIT 9

**Buck, Lori H.**

| | |
|---|---|
| From: | Le, Elizabeth D. |
| Sent: | Wednesday, January 23, 2008 6:03 PM |
| To: | Lee, Carol; Buck, Lori H. |
| Subject: | FW: Scheduling issue in Lofton v. Bank of America |

```
-----Original Message-----
From: Ethan Preston [mailto:epreston@kamberedelson.com]
Sent: Wednesday, January 23, 2008 10:10 AM
To: Le, Elizabeth D.
Subject: RE: Scheduling issue in Lofton v. Bank of America

Elizabeth,

I got your message from our voicemail-to-email system. I am in a meeting, and will be in
and out of meetings all today, and won't be able to call you until much later. Hopefully,
we can work this out over email.

Anyway, please take a look at the revised stipulation I circulated this morning. I believe
it should satisfy CCI's prior objections. Please send back an email with the stipulation
attached that concurs with the stipulation, and I can add your e-signature and have it
filed with the Court.

Thanks,

Ethan




On Tue, 2008-01-22 at 11:34 -0800, Le, Elizabeth D. wrote:
> >>>>  Please read the confidentiality statement below  <<<<
> Ethan:
>
> Thanks for preparing a draft of the stip.  As to the second
> stipulation, at page 3 lines 24-27, is unrelated to the Motion for
> Preliminary Injunction and should be deleted from the stip.  The other
> 2 provision is agreeable to us.  Please circulate a revised stip.
>
> Thanks,
> Liz
>
>
>
> _____
> From: Ethan Preston [mailto:epreston@kamberedelson.com]
> Sent: Tuesday, January 22, 2008 9:34 AM
> To: Le, Elizabeth D.; Donald P Gagliardi
> Cc: Yu, Jordan S.; Scott A. Kamber, Esq.; Jay Edelson, Esq.
> Subject: Scheduling issue in Lofton v. Bank of America
>
>
>
> Dear Elizabeth and Don,
>
> There has been a snag with respect to the scheduling of the briefing
> on the Motion for Preliminary Injunction. As you'll remember, on
> January 11, all counsel signed off on a stipulated continuance which
> sought to continue the hearing date from February 5, 2008 to March 4
> under Civil L.R. 7-7. However, Judge Jenkins' Standing Order reads:
```

1

```
>           Unless otherwise ordered by the Court, the rescheduling of the
>           hearing date for a motion does not change the date on which an
>           opposition brief or reply brief is due; any opposition brief
>           remains due not less than 21 days prior to the originally
>           noticed hearing date and any reply brief may be filed not less
>           than 14 days prior to the originally noticed hearing date.
> (Para 8, emphasis in original.) I have been in contact with Judge
> Jenkin's clerks, who indicated that the January 11 continuance did not
> change the filing date for Defendants' Oppositions. (Please also refer
> to the Clerk's Notice dated January 17.)
>
> Obviously, the Court's Standing Orders could pose an unanticipated
> problem for Defendants. To resolve the issue, we drafted the attached
> stipulation, which should extend Defendants' deadline for filing their
> Oppositions to March 12 under Civil LR 6-2. Please note that the
> attached declaration and stipulation are being circulated on a
> without-prejudice basis. Please send back an email concurring with the
> stipulation (with the stipulation attached), and I can add your
> e-signatures and get this filed today.
>
> Thanks,
>
> Ethan
> --
> Ethan Preston
> KamberEdelson, LLC
> 53 West Jackson, Suite 1530
> Chicago, IL 60604
> (312) 589-6370
>
> This communication may be confidential and proprietary. The only
> persons authorized to use this communication are the addressee(s),
> their agents and attorneys. Any other disclosure or use of this
> communication's existence, contents, substance, purport, effect, or
> meaning is prohibited. This communication may be exempted and
> protected from disclosure as attorney work product, attorney-client
> privilege, or under other applicable rules and/or laws. If you have
> received this communication in error, please notify me immediately by
> return e-mail and destroy this communication and any copies or
> attachments.
>
> _____
>
> Information contained in this e-mail transmission may be privileged,
> confidential and covered by the Electronic Communications Privacy Act,
> 18 U.S.C. Sections 2510-2521.
>
> If you are not the intended recipient, do not read, distribute, or
> reproduce this transmission.
>
> If you have received this e-mail transmission in error, please notify
> us immediately of the error by return email and please delete the
> message from your system.
>
> Pursuant to requirements related to practice before the U. S. Internal
> Revenue Service, any tax advice contained in this communication
> (including any attachments) is not intended to be used, and cannot be
> used, for purposes of (i) avoiding penalties imposed under the U. S.
> Internal Revenue Code or (ii) promoting, marketing or recommending to
> another person any tax-related matter.
>
> Thank you in advance for your cooperation.
>
> Robins, Kaplan, Miller & Ciresi L.L.P.
> http://www.rkmc.com
> _____
```

2

>

3