**EXHIBIT 11**

## Le, Elizabeth D.

| | |
|---|---|
| From: | Ethan Preston [epreston@kamberedelson.com] |
| Sent: | Monday, February 25, 2008 8:11 AM |
| To: | Le, Elizabeth D. |
| Subject: | Scheduling issues for WorldPoints |

Liz,

I apologize that our phone call ended abruptly; I had called you from my car on my cell phone and was responding to some traffic.

I understand Emmett and Martin are reviewing our stipulated dismissal proposal. In light of the March 7 deadline to file an opposition to CCI's motion, it would be helpful to know whether they believe we can reach an agreement along the general conditions I outlined in my Friday email. Given that there is no guarantee the parties will be able to agree on a dismissal, I do have to start preparing for the March 7 deadline:

1. Will CCI stipulate to continuing the hearing date and briefing for its motion to dismiss for 120 days?

2. I had anticipated receiving CCI's Rule 26(a) disclosures on Friday night or over the weekend. Can you please confirm that I will receive the Rule 26(a) disclosure by the end of the day and that CCI will provide a complete response to the pending discovery on March 4?

Thanks,

Ethan

--
Ethan Preston
KamberEdelson, LLC
53 West Jackson, Suite 1530
Chicago, IL 60604
(312) 589-6370

This communication may be confidential and proprietary. The only persons authorized to use this communication are the addressee(s), their agents and attorneys. Any other disclosure or use of this communication's existence, contents, substance, purport, effect, or meaning is prohibited. This communication may be exempted and protected from disclosure as attorney work product, attorney-client privilege, or under other applicable rules and/or laws. If you have received this communication in error, please notify me immediately by return e-mail and destroy this communication and any copies or attachments.