# EXHIBIT 12

**Le, Elizabeth D.**

| | |
|---|---|
| From: | Le, Elizabeth D. |
| Sent: | Monday, February 25, 2008 1:09 PM |
| To: | 'epreston@kamberedelson.com' |
| Cc: | Lueck, Martin R.; McMahon, Emmett J.; Lee, Carol; Buck, Lori H.; Angell, Jane A. |
| Subject: | RE: LOFTON |

Ethan:

I appreciate that you want to discuss these issues and I'm not trying to ignore you. I told you that I need to discuss your proposals with Marty and Emmett and we will get back to you as soon as reasonably possible. I didn't receive your first written proposal until late Friday afternoon and your other one just came in this morning. I am working on promptly responding to these proposals.

That said, I don't think that the stipulation for leave to file under seal has anything to do with the issues that you want to talk about. If you are agreeable to the stipulation, as you say you are, please sign off on it. Otherwise, we will file an ex parte application for leave to file under seal, pursuant to Judge Illston's rules, and will be forced to advise the Court as to the parties could not enter into a stipulation.

Liz

-----Original Message-----
From: Ethan Preston [mailto:epreston@kamberedelson.com]
Sent: Monday, February 25, 2008 12:16 PM
To: Le, Elizabeth D.
Subject: Re: LOFTON

Liz,

The stipulation looks fine, but before I sign off on it can we please talk regarding 1) the extension of time for the motion to dismiss, 2) the outstanding discovery, and 3) the stipulated dismissal?

Please give me a call or let me know what time today I can call you.

Thanks,

Ethan


On Mon, 2008-02-25 at 12:09 -0800, Le, Elizabeth D. wrote:
> >>>> Please read the confidentiality statement below <<<<
> Counsel:
>
> Exhibit 2 to the Declaration of Wanda Cahill in Support of CCI's
> Motion to Dismiss was inadvertently not filed under seal. We have
> since locked the document from public view. Attached is a Stipulation
> for leave to file this exhibit under seal, which per Judge Illston
> will be accepted in lieu of an administrative motion. Please let me
> know if you stipulation is agreeable to you and if you will consent.

1

```
>
> Thanks,
> Liz
>
> http://www.rkmc.com
> Elizabeth D. Le
> 2049 Century Park East, Suite 3400
> Los Angeles, California 90067
> Tel:    (310) 552-0130
> Fax:    (310) 229-5800
> E-mail: edle@rkmc.com
>
>
> _____
>
> Information contained in this e-mail transmission may be privileged,
> confidential and covered by the Electronic Communications Privacy Act,
> 18 U.S.C. Sections 2510-2521.
>
> If you are not the intended recipient, do not read, distribute, or
> reproduce this transmission.
>
> If you have received this e-mail transmission in error, please notify
> us immediately of the error by return email and please delete the
> message from your system.
>
> Pursuant to requirements related to practice before the U. S. Internal
> Revenue Service, any tax advice contained in this communication
> (including any attachments) is not intended to be used, and cannot be
> used, for purposes of (i) avoiding penalties imposed under the U. S.
> Internal Revenue Code or (ii) promoting, marketing or recommending to
> another person any tax-related matter.
>
> Thank you in advance for your cooperation.
>
> Robins, Kaplan, Miller & Ciresi L.L.P.
> http://www.rkmc.com
> _____
>
```