**EXHIBIT 14**

## Le, Elizabeth D.

**From:** Le, Elizabeth D.
**Sent:** Monday, February 25, 2008 6:05 PM
**To:** 'epreston@kamberedelson.com'
**Cc:** Lueck, Martin R.; McMahon, Emmett J.; Lee, Carol; Buck, Lori H.; Angell, Jane A.
**Subject:** RE: LOFTON

Ethan:

We are conferring with our client regarding the proposals that you made and will get back to you as soon as reasonably possible.

With respect to pending discovery, we will respond to your discovery as authorized by the rules and consistent with our client's interests. You should know that in light of our objections to jurisdiction and the fact that we are not the administrator of the WorldPoints Travel Rewards Program, you should expect that our responses will most likely be limited. We are waiting for a response from our client as to the initial disclosures and once it has been approved, we will serve it upon you promptly.

We hope this clears it up and will get back to you shortly on your proposals.

Regards,
Liz

-----Original Message-----
From: Ethan Preston [mailto:epreston@kamberedelson.com]
Sent: Monday, February 25, 2008 1:35 PM
To: Le, Elizabeth D.
Cc: Lueck, Martin R.; McMahon, Emmett J.; Lee, Carol; Buck, Lori H.; Angell, Jane A.
Subject: RE: LOFTON

Liz,

Thanks for getting back to me. I hope you understand my sense of
urgency: I do not have very much time to get done everything I need to get done before March 7 as things stand now.

With respect to the stip for filing under seal, my previous email was clear that we are fine with the stip. I was not conditioning our agreement to the stip on any of the issues raised in my email; I simply wanted to conference with you before the stip was signed. It is surprising that CCI isn't able to give a quick answer as to the extension, or to at least arrange a phone conference to discuss those issues.

I certainly do not want to prejudice the parties' discussions, but I still need to press forward in case those discussions fall through.
Until or unless I hear differently from you, I am going to have to proceed under the assumption that CCI will not stipulate to the extension, will not produce discovery on the agreed time frame, and will not agree to the stipulated dismissal I've proposed.

Ethan

1

On Mon, 2008-02-25 at 13:08 -0800, Le, Elizabeth D. wrote:
> >>>> Please read the confidentiality statement below <<<<
> Ethan:
>
> I appreciate that you want to discuss these issues and I'm not trying
> to ignore you. I told you that I need to discuss your proposals with
> Marty and Emmett and we will get back to you as soon as reasonably
> possible. I didn't receive your first written proposal until late
> Friday afternoon and your other one just came in this morning. I am
> working on promptly responding to these proposals.
>
> That said, I don't think that the stipulation for leave to file under
> seal has anything to do with the issues that you want to talk about.
> If you are agreeable to the stipulation, as you say you are, please sign
> off on it. Otherwise, we will file an ex parte application for leave
> to file under seal, pursuant to Judge Illston's rules, and will be
> forced to advise the Court as to the parties could not enter into a
> stipulation.
>
> Liz
>
> -----Original Message-----
> From: Ethan Preston [mailto:epreston@kamberedelson.com]
> Sent: Monday, February 25, 2008 12:16 PM
> To: Le, Elizabeth D.
> Subject: Re: LOFTON
>
> Liz,
>
> The stipulation looks fine, but before I sign off on it can we please
> talk regarding 1) the extension of time for the motion to dismiss, 2)
> the outstanding discovery, and 3) the stipulated dismissal?
>
> Please give me a call or let me know what time today I can call you.
>
> Thanks,
>
> Ethan
>
>
>
> On Mon, 2008-02-25 at 12:09 -0800, Le, Elizabeth D. wrote:
> > >>>> Please read the confidentiality statement below <<<<
> > Counsel:
> >
> > Exhibit 2 to the Declaration of Wanda Cahill in Support of CCI's
> > Motion to Dismiss was inadvertently not filed under seal. We have
> > since locked the document from public view. Attached is a
> > Stipulation

2

```
>
> > for leave to file this exhibit under seal, which per Judge Illston
> > will be accepted in lieu of an administrative motion.  Please let me
> > know if you stipulation is agreeable to you and if you will consent.
> >
> > Thanks,
> > Liz
> >
> > http://www.rkmc.com
> > Elizabeth D. Le
> > 2049 Century Park East, Suite 3400
> > Los Angeles, California 90067
> > Tel:    (310) 552-0130
> > Fax:    (310) 229-5800
> > E-mail: edle@rkmc.com
> >
> >
> > _____
> >
> > Information contained in this e-mail transmission may be privileged,
> > confidential and covered by the Electronic Communications Privacy
> > Act,
> > 18 U.S.C. Sections 2510-2521.
> >
> > If you are not the intended recipient, do not read, distribute, or
> > reproduce this transmission.
> >
> > If you have received this e-mail transmission in error, please
> > notify us immediately of the error by return email and please delete
> > the message from your system.
> >
> > Pursuant to requirements related to practice before the U. S.
> > Internal
>
> > Revenue Service, any tax advice contained in this communication
> > (including any attachments) is not intended to be used, and cannot
> > be used, for purposes of (i) avoiding penalties imposed under the U. S.
> > Internal Revenue Code or (ii) promoting, marketing or recommending
> > to another person any tax-related matter.
> >
> > Thank you in advance for your cooperation.
> >
> > Robins, Kaplan, Miller & Ciresi L.L.P.
> > http://www.rkmc.com
> > _____
> >
>
```