# EXHIBIT 15

## Le, Elizabeth D.

| | |
|---|---|
| **From:** | Le, Elizabeth D. |
| **Sent:** | Friday, February 29, 2008 10:09 AM |
| **To:** | 'epreston@kamberedelson.com' |
| **Cc:** | Lueck, Martin R.; McMahon, Emmett J.; Angell, Jane A.; Buck, Lori H.; Lee, Carol |
| **Subject:** | Lofton |

Ethan:

We were surprised to receive your motion for extension of time on CCI's motion to dismiss and do not think that you adequately complied with rules in your efforts to seek reach an agreement with us without court intervention. You waited until six days after we filed our motion to ask for a 120 days extension and expected us to give you a response in a matter of hours. You never explained why you needed or are entitled to 120 days or the kind of jurisdictional discovery you are seeking. You certainly did not explain that you intended on filing a motion. When we were unable to give an immediate answer to your all or nothing proposal, you filed your motion.

That said, we intend to oppose your motion. We see that just yesterday you noticed your motion for preliminary injunction and class certification for hearing on April 4. It is our position that the preliminary injunction and class certification motion should be heard after our motion to dismiss. CCI's jurisdictional challenge must be resolved first.

Please let me know by 3 p.m. PST today whether you will agree to extend your preliminary injunction and class certification motion to be heard after our motion to dismiss if the court determines that an extension is warranted on CCI's motion. If we are unable to reach an agreement, we will file a counter motion with the court for an extension on your preliminary injunction and class certification hearing.

Regards,
Liz

**ROBINS, KAPLAN, MILLER & CIRESI** LLP

Elizabeth D. Le
2049 Century Park East, Suite 3400
Los Angeles, California 90067
Tel:    (310) 552-0130
Fax:    (310) 229-5800
E-mail: edle@rkmc.com

2/29/2008