# KamberEdelson, LLC

**Ethan Preston**
Tel: (312) 589-6370

The Monadnock Building
53 West Jackson, Suite 550
Chicago, IL 60604

Hon. Susan Illston
United States District Court for the Northern District of California
450 Golden Gate Ave.
San Francisco, CA

March 3, 2008

Re: *Lofton v. Bank of America Corp.*, No. 07-05892 (SI)

Your Honor:

    We are in receipt of an email from the Court's staff indicating that Lofton's Motion for Extension of Time was granted and an order would be filed on Monday. Twenty minutes later, we received service via ECF of Carlson Companies, Inc.'s ("CCI") Opposition to Lofton's Motion for Extension of Time. In its Opposition, CCI moves to stay discovery and to extend the time for Lofton's pending Motion for Preliminary Injunction.

    CCI's motion to stay seeks relief outside the scope of Local Rule 6-3, but was not "filed, served and noticed . . . for hearing not less than 35 days after service of the motion." Civil 7-2(a). *Cf.* Civil L.R. 6-3(a) (for "motion[s] to enlarge or shorten time"). Lofton anticipates that CCI will file another motion for protective order that will be noticed pursuant to Local Rule 7-2.[1]

    Lofton also anticipates filing a motion to amend his Complaint.

    In light of the email from the Court's chambers, Lofton has not filed a substantive response to CCI's Opposition. If the Court notifies Lofton that it is appropriate to file a substantive response to CCI's Opposition (or any portion thereof), Lofton will do so.

Sincerely,

Ethan Preston

---

[1] Lofton's anticipation that CCI will file another motion for protective order stems from page 6 of CCI's Opposition:
> Plaintiff's unreasonable actions and gamesmanship have necessitate that CCI file a motion for protective order staying merit based litigation pending resolution of its jurisdictional challenge. To the extent that the Court rule upon Plaintiff's request for an extension before CCI's motion for protective order is heard,

(CCI Opp. 6) [sic].