Martin R. Lueck (MN Bar No.155548)
Emmett J. McMahon (Admitted *pro hac vice*)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:   612-349-8500
Facsimile:    612-339-4181
E-mail:        mrlueck@rkmc.com
                  ejmcmahon@rkmc.com

Elizabeth D. Le (CA Bar No. 216182)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:   310-552-0130
Facsimile:    310-229-5800
E-mail:        edle@rkmc.com

Attorneys for Defendant
CARLSON COMPANIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation, and DOES 1 to 100,<br><br>Defendants. | Case No.  CV 07-05892 SI<br><br>[Assigned to the Hon. Susan Illston]<br><br>**DEFENDANT CARLSON COMPANIES, INC.'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF RULING ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION; DECLARATION OF ELIZABETH D. LE**<br><br>**[Civil L.R. 7-9]**<br><br>[Concurrently Filed With:  Proposed Order] |

1    Pursuant to Civil Local Rule 7-9 Defendant Carlson Companies, Inc. ("CCI") hereby
2 seeks an order granting CCI permission to file a motion for reconsideration of the Court's ruling
3 on Plaintiff's Motion for Extension of Time on CCI's Motion to Dismiss for Lack of Personal
4 Jurisdiction ("Plaintiff's Motion for Extension").  Alternatively, CCI asks that this Court either
5 vacate its ruling on Plaintiff's motion or grant CCI's request to extend the hearing and related
6 briefing schedule on Plaintiff's Motion for Preliminary Injunction and Class Certification to a
7 reasonable time after CCI's jurisdictional challenge has been decided.

8    This Court did not have the opportunity to consider CCI's Opposition to Plaintiff's
9 Motion for Extension prior to ruling in favor of Plaintiff.  Plaintiff filed his Motion on Tuesday,
10 February 26, 2008.  Pursuant to Civil Local Rule 6-3(c) and General Order No. 45, Section
11 VI(D), CCI had up to midnight on Friday, February 29, 2008 in which to file its Opposition to
12 Plaintiff's Motion for Extension.  (*Civil LR* 6-3(c); General Order No. 45, § VI(D).)  As set forth
13 below, CCI was in the process of preparing an Opposition, which would have explained that the
14 Court was not advised of all the facts, and which also requested, in the alternative, that if the
15 Court granted an extension, that the Court also extend another hearing set by Plaintiff.  However,
16 before CCI was able to file its Opposition, the Court granted Plaintiff's Motion for Extension.

17    On Friday, February 29, at approximately 10:09 a.m. PST, CCI's counsel, Elizabeth Le,
18 emailed Plaintiff's counsel, Ethan Preston, about the Plaintiff's Motion for Extension.  (Ex. 1 to
19 Le Dec.)  Ms. Le also asked that, in the alternative, Mr. Preston stipulate to extend the hearing
20 date and related briefing deadlines on Plaintiff's Motion for Preliminary Injunction and Class
21 Certification, which was scheduled for hearing a week after CCI's Motion to Dismiss, to a
22 reasonable time after CCI's jurisdictional challenge has been decided.  (*Id.*)  It is CCI's position
23 that its jurisdictional challenge must be resolved first.  (*Id.*)  For some inexplicable reason, Mr.
24 Preston forwarded the text of Ms. Le's email to the Court.  (Ex. 2 to Le Dec.)  CCI's counsel
25 received an email from the Court's Clerk requesting: "please file something asap."  (*Id.*)  CCI did
26 not interpret the Court's e-mail to indicate that the Court shortened the time provided in Civil
27 Local Rule 6-3(c) and General Order No. 45, Section VI(D), and that a response was due in a
28 matter of hours rather than by midnight on that same date.  Upon receipt of Ms. Sutton's email,

CCI's counsel advised the Court that it would be filing a response that day:

> Dear Ms. Sutton: Pursuant to Civil LR 6-3(c), we will file our response today. Thank you.

(*Id.*) Because CCI's Opposition contained an alternative request for an extension of a hearing on Plaintiff's Motion for Preliminary Injunction and Class Certification, CCI was required to confer with Plaintiff as well as the other Defendants. At 5:04 p.m. PST, as CCI's counsel was in the process of uploading CCI's Opposition for electronic filing, CCI received a notification that the Court has granted Plaintiff's request because CCI's Opposition had not been filed. (*Id.*; Le Dec. ¶ 3.) CCI finished filing its Opposition at 5:23 p.m. (Ex. 3 to Le Dec.)

CCI's Opposition sets forth compelling and meritorious reasons as to why Plaintiff's request for a four month extension should not be granted. (Ex. 4 to Le Dec.) The Court granted Plaintiff's motion without giving CCI an opportunity to be heard, resulting in unfair prejudice to CCI. Plaintiff's Motion for Extension urges that he was surprised by CCI's Motion to Dismiss, but he did not advise the Court that CCI made clear to him, since at least January 22, 2008, that it was preparing such a motion. CCI did not hide anything. Other facts are set forth in CCI's Opposition which should have been considered by the Court. Therefore, CCI asks that this Court grants CCI permission to file a motion for reconsideration of the Court's ruling on Plaintiff's Motion for Extension of Time on CCI's Motion to Dismiss for Lack of Personal Jurisdiction. Alternatively, CCI asks that this Court either vacate its ruling on Plaintiff's motion or grant CCI's request to extend the hearing and related briefing schedule on Plaintiff's Motion for Preliminary Injunction and Class Certification to a reasonable time after CCI's jurisdictional challenge has been decided.

DATED: March 3, 2008

Respectfully submitted,
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /S/ Elizabeth D. Le
        Martin R. Lueck
        Emmett J. McMahon
        Elizabeth D. Le

*Attorneys for Defendant Carlson Companies, Inc.*

LA 60200778.1

- 3 -

CCI'S MOTION FOR LEAVE TO FILE
MOTION FOR RECONSIDERATION
[CV 07-05892 SI]

# DECLARATION OF ELIZABETH D. LE

I, Elizabeth D. Le, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and an associate at the law firm Robins, Kaplan, Miller & Ciresi L.L.P., counsel of record for Defendant Carlson Companies, Inc. in this action. I have first hand knowledge of the following facts and if called upon to testify as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and accurate copy of an email from me to Plaintiff's counsel, Ethan Preston, dated February 29, 2008.

3. Attached hereto as Exhibit 2 is true and accurate copy of a series of emails with the Court Clerk dated February 29, 2008.

4. I was in the process of uploading the exhibits in support of my declaration to CCI's Opposition when I received the email from Ms. Sutton that the Court has granted Plaintiff's request.

5. Attached hereto as Exhibit 3 is true and accurate copy of the confirmation that CCI's Opposition was electronically filed at 5:23 p.m. PST on February 29, 2008.

6. Attached hereto as Exhibit 4 is true and accurate copy of CCI's Opposition that was filed on Friday, February 29, 2008.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United Sates of America and the State of California that the foregoing is true and correct.

Executed on March 3, 2008 at Los Angeles, California.

/s/ Elizabeth D. Le
ELIZABETH D. LE

1  Martin R. Lueck (MN Bar No.155548)
   Emmett J. McMahon (Admitted *pro hac vice*)
2  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2800 LaSalle Plaza
3  800 LaSalle Avenue
   Minneapolis, MN 55402
4  Telephone:   612-349-8500
   Facsimile:   612-339-4181
5  E-mail:      mrlueck@rkmc.com
                ejmcmahon@rkmc.com
6
   Elizabeth D. Le (CA Bar No. 216182)
7  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2049 Century Park East, Suite 3400
8  Los Angeles, CA 90067-3208
   Telephone:   310-552-0130
9  Facsimile:   310-229-5800
   E-mail:      edle@rkmc.com
10
   Attorneys for Defendant
11 CARLSON COMPANIES, INC.

12

13                          UNITED STATES DISTRICT COURT

14                         NORTHERN DISTRICT OF CALIFORNIA

15                              SAN FRANCISCO DIVISION

16

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation, and DOES 1 to 100,<br><br>Defendants. | Case No. CV 07-05892 SI<br><br>[Assigned to the Hon. Susan Illston]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CARLSON COMPANIES, INC.'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF RULING ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>**[Civil L.R. 7-9]**<br><br>[Concurrently Filed With: Motion for Leave to File a Motion for Reconsideration of Ruling on Plaintiff's Motion for Extension of Time on Defendant's Motion for Lack of Personal Jurisdiction; Declaration of Elizabeth D. Le] |

LA 60200778.1

[PROPOSED] ORDER GRANTING CCI'S MOTION
FOR LEAVE TO FILE MOTION FOR
RECONSIDERATION [CV 07-05892 SI]

Having considered Defendant Carlson Companies, Inc.'s ("CCI") Motion for Leave to File a Motion for Reconsideration of Ruling on Plaintiff's Motion for Extension of Time on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, all other matters presented to the Court herein, the Court orders as follows:

IT IS HEREBY ORDERED:

- CCI's Motion for Leave to File a Motion for Reconsideration of Ruling on Plaintiff's Motion for Extension of Time on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction is granted.

Alternatively, IT IS HEREBY ORDERED:

- The Court's Order granting Plaintiff's Motion for Extension of Time on CCI's Motion to Dismiss for Lack of Personal Jurisdiction is hereby vacated.

Alternatively, IT IS HEREBY ORDERED:

- CCI's request that the hearing and related briefing schedule on Plaintiff's Motion for Preliminary Injunction and Class Certification to a reasonable time after CCI's jurisdictional challenge has been decided is granted.

DATED: _____

By: _____
    Hon. Susan Illston
    United States District Court