**EXHIBIT 2**

## Le, Elizabeth D.

**From:** Tracy_Sutton@cand.uscourts.gov
**Sent:** Friday, February 29, 2008 5:04 PM
**To:** Le, Elizabeth D.
**Cc:** Lee, Carol; Donald P Gagliardi; McMahon, Emmett J.; epreston@kamberedelson.com; fyu@reedsmith.com; jsyu@reedsmith.com; Buck, Lori H.; Lueck, Martin R.; Sarskas, S. Edward (12521)
**Subject:** RE: 07-5892 Lofton v. Bank of America


I do not see anything was filed today... and the court has granted Lofton's request.

The order will be filed Monday.


"Le, Elizabeth D." <EDLe@rkmc.com>                          To  <Tracy_Sutton@cand.uscourts.gov>, <epreston@kamberedelson.com>
                                                            cc  <fyu@reedsmith.com>, <jsyu@reedsmith.com>, "Donald P Gagliardi"
02/29/2008 02:43 PM                                             <dgagliardi@be-law.com>, "Sarskas, S. Edward (12521)"
                                                               <SESARSKAS@michaelbest.com>, "McMahon, Emmett J."
                                                               <EJMcMahon@rkmc.com>, "Lueck, Martin R." <MRLueck@rkmc.com>, "Lee,
                                                               Carol" <CLee@rkmc.com>, "Buck, Lori H." <LHBuck@rkmc.com>
                                                      Subject  RE: 07-5892 Lofton v. Bank of America



>>>>  Please read the confidentiality statement below  <<<<
Dear Ms. Sutton:

Pursuant to Civil LR 6-3(c), we will file our response today.  Thank you.

Regards,
Liz Le

**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

Elizabeth D. Le
2049 Century Park East, Suite 3400
Los Angeles, California 90067
Tel:    (310) 552-0130
Fax:    (310) 229-5800
E-mail: edle@rkmc.com

**From:** Tracy_Sutton@cand.uscourts.gov [mailto:Tracy_Sutton@cand.uscourts.gov]

3/2/2008

**Sent:** Friday, February 29, 2008 1:12 PM
**To:** epreston@kamberedelson.com
**Cc:** Le, Elizabeth D.; fyu@reedsmith.com; jsyu@reedsmith.com
**Subject:** Re: 07-5892 Lofton v. Bank of America

please file something asap.

Ethan Preston <epreston@kamberedelson.com>

02/29/2008 01:09 PM

```
Please respond to
epreston@kamberedelson.com
```

To  Tracy_Sutton@cand.uscourts.gov

cc  fyu@reedsmith.com, jsyu@reedsmith.com, "Le, Elizabeth D."
     <EDLe@rkmc.com>

Subject  Re: 07-5892 Lofton v. Bank of America

Dear Ms. Sutton,

I am pasting the text of an email from Elizabeth Le below. Ms. Le has been copied on this email.

Sincerely,

Ethan Preston

>>>> Please read the confidentiality statement below <<<< Ethan:  We were surprised to receive your motion for extension of time on CCI's motion to dismiss and do not think that you adequately complied with rules in your efforts to seek reach an agreement with us without court intervention.  You waited until six days after we filed our motion to ask for a 120 days extension and expected us to give you a response in a matter of hours.  You never explained why you needed or are entitled to120 days or the kind of jurisdictional discovery you are seeking.  You certainly did not explain that you intended on filing a motion. When we were unable to give an immediate answer to your all or nothing proposal, you filed your motion.   That said, we intend to oppose your motion.  We see that just yesterday you noticed your motion for preliminary injunction and class certification for hearing on April 4.  It is our position that the preliminary injunction and class certification motion should be heard after our motion to dismiss.  CCI's jurisdictional challenge must be resolved first.     Please let me know by 3 p.m. PST today whether you will agree to extend your preliminary injunction and class certification motion to be heard after our motion to dismiss if the court determines that an extension is warranted on CCI's motion.  If we are unable to reach an agreement, we will file a counter motion with the court for an extension on your preliminary injunction and class certification hearing.  Regards, Liz   Elizabeth D. Le 2049 Century Park East, Suite 3400 Los Angeles, California 90067 Tel:     (310) 552-0130 Fax:    (310) 229-5800 E-mail:  edle@rkmc.com

Information contained in this e-mail transmission may be privileged, confidential and covered by the

3/2/2008

Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com
_____

On Fri, 2008-02-29 at 10:37 -0800, Tracy_Sutton@cand.uscourts.gov wrote:

Since we have not received any opposition by deft. to pltfs. motion for extension of time to file opposition to motion to dismiss, I am going to submit the request to the Judge today.