# EXHIBIT 3

### Le, Elizabeth D.

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Friday, February 29, 2008 5:24 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:07-cv-05892-SI Lofton v. Bank of America Corporation et al Memorandum in Opposition |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Le, Elizabeth entered on 2/29/2008 5:23 PM PST and filed on 2/29/2008
**Case Name:**      Lofton v. Bank of America Corporation et al
**Case Number:**    3:07-cv-5892
**Filer:**          Carlson Companies, Inc.
**Document Number:** 57

**Docket Text:**
**Memorandum in Opposition re [46] MOTION for Extension of Time to File** *Opposition to CCI's Motion to Dismiss ; Declaration of Elizabeth D. Le in Support Thereof* **filed byCarlson Companies, Inc.. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5, # (6) Exhibit 6, # (7) Exhibit 7, # (8) Exhibit 8, # (9) Exhibit 9, # (10) Exhibit 10, # (11) Exhibit 11, # (12) Exhibit 12, # (13) Exhibit 13, # (14) Exhibit 14,**

# (15) Exhibit 15, # (16) Errata 16)(Le, Elizabeth) (Filed on 2/29/2008)

**3:07-cv-5892 Notice has been electronically mailed to:**

Donald P. Gagliardi     dgagliardi@be-law.com, gsimmons@be-law.com

Alan Himmelfarb     Consumerlaw1@earthlink.net

Elizabeth Diemphuc Le     edle@rkmc.com

Emmett J. McMahon     ejmcmahon@rkmc.com, lhbuck@rkmc.com

Ethan Mark Preston     ep@eplaw.us, epreston@kamberedelsonlaw.com

Felicia Yangru Yu     fyu@reedsmith.com, cspoon@reedsmith.com, jsyu@reedsmith.com

Jordan Seungjin Yu     jsyu@reedsmith.com

**3:07-cv-5892 Notice has been delivered by other means to:**

Jay Edelson
KamberEdelson LLC
53 West Jackson Ave., Suite 1530
Chicago, IL 60604

Scott Kamber
KamberEdelson LLC
11 Broadway, 22nd Floor
New York, NY 10004

S. Edward Sarskas
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\leeca\Desktop\opp.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/29/2008] [FileNumber=4183806-0]
[60d4902d9f034afacda39c6cca4146c7be041c40b999cf34b88b9bf2417e2033f33e5
6c18d8977fe098a1db4a3e6a8e1e0750c856dc100812e7dbef101bb80d3]]
**Document description:** Exhibit 1
**Original filename:** C:\Documents and Settings\leeca\My Documents\exh1-02292008-164816.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/29/2008] [FileNumber=4183806-1]
[5cbf51238cf3d5f4263a12197fc0525e8212f5e86b557d774588732f69311a60b2b4a
df4c8563000b27301634a8861b1f0eacb92de5c95d290b950aaa148daaf]]

3/3/2008

**Document description:** Exhibit 2
**Original filename:** C:\Documents and Settings\leeca\My Documents\exh2-02292008-164842.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/29/2008] [FileNumber=4183806-2]
[569cd406123da25f20c23477cce51f49d78ac0810140ba53883bd4c5d1eb979c684f9
bd157af55348c8d77e13315aa664ceadb098648ac7529e1e62f13fa117b]]
**Document description:** Exhibit 3
**Original filename:** C:\Documents and Settings\leeca\My Documents\exh3-02292008-164920.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/29/2008] [FileNumber=4183806-3]
[9b2c470ad94ab53a47e5c0a867758cc413c434acdc4b5c28f37aef720fd9c13717885
1ed3a8eaf2deb29c9e69741c4d40fc8dd93f46728dae11dc02d5c971d79]]
**Document description:** Exhibit 4
**Original filename:** C:\Documents and Settings\leeca\My Documents\exh4-02292008-164949.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/29/2008] [FileNumber=4183806-4]
[b1733bcda6d43f19ff8183bce70a1d2f18ee66eeb82d4e5946b10e1f6ad8c95c50bb4
90e2d5e2f07aefd59040cd2612a9e1437919da3acfb6ef9438e417c0d39]]
**Document description:** Exhibit 5
**Original filename:** C:\Documents and Settings\leeca\My Documents\exh5-02292008-165025.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/29/2008] [FileNumber=4183806-5]
[a57a78ba8cd7fa68433ce6a968c1476abc63b3c645d81473a7e7715cafdde1706bf6d
7c973a68b33b6c9bd3ee69244816be70fbbd17cd30d48d81d98932103dc]]
**Document description:** Exhibit 6
**Original filename:** C:\Documents and Settings\leeca\My Documents\exh6-02292008-165049.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/29/2008] [FileNumber=4183806-6]
[7d22a5c6d0f90341ed90fd5d751d4145b6fc324bc2bb3d604011d4588fe6a28db391a
7f13b21b77544350647d433a0097f9e052e0e76ab0a42db0e17d6d26ae7]]
**Document description:** Exhibit 7
**Original filename:** C:\Documents and Settings\leeca\My Documents\exh7-02292008-165111.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/29/2008] [FileNumber=4183806-7]
[547102692a2c9653b9423c695016850b9a403fe3f1a0f69fd58bf94b93e69d5d4995e
f8bbc86f121098809c2fe5f82b7609efa7f33bdd227d729976334384303]]
**Document description:** Exhibit 8
**Original filename:** C:\Documents and Settings\leeca\My Documents\exh8-02292008-165137.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/29/2008] [FileNumber=4183806-8]
[406c4db5e1e8937e048afc1e72cf01121636d0a5e3566d7940b08e5adc936e9fbd290
2e45487e32594c0905349e01da799d340d70e62c149d0d82c5af39715fe]]
**Document description:** Exhibit 9
**Original filename:** C:\Documents and Settings\leeca\My Documents\exh9-02292008-165207.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/29/2008] [FileNumber=4183806-9]
[88321b43ebff4f16fde6a941e1db9c2c06a0eba124dc45dbd657fa80926420d92b2c0
e6fd51650b59c663542ffd21a8e45bae5ab746efe37b31f457da37ee72e]]
**Document description:** Exhibit 10
**Original filename:** C:\Documents and Settings\leeca\My Documents\exh10-02292008-165238.pdf
**Electronic document Stamp:**

3/3/2008

[STAMP CANDStamp_ID=977336130 [Date=2/29/2008] [FileNumber=4183806-10]
[2b2ec2eba6130a04cc97d1700ed53e94d62f055b41688aec5a30108d2f5e04abf3ab
8eb27cac9664b9e354f86ce17ff6d200b53d7a9ceda7992cde8ed16ee517]]
**Document description:**Exhibit 11
**Original filename:**C:\Documents and Settings\leeca\My Documents\exh11-02292008-165306.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/29/2008] [FileNumber=4183806-11]
[83bdc42a772cb2b28822770d368bb6b9a178965a9825e9138fc93999bc2204671bec
26b4928528c3ee71fb50fba10668dc90d74fc3b7cde0e487979eb3c7227d]]
**Document description:**Exhibit 12
**Original filename:**C:\Documents and Settings\leeca\My Documents\exh12-02292008-165334.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/29/2008] [FileNumber=4183806-12]
[a675d816b38f57c30c44a42a111ce1ce0f688bccd01c8f8679249a47e024df09b541
64107b0be6aeaa820b511c09a5d5e6fa7801c78e691f2c3613378f3c1c42]]
**Document description:**Exhibit 13
**Original filename:**C:\Documents and Settings\leeca\My Documents\exh13-02292008-165401.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/29/2008] [FileNumber=4183806-13]
[40a919542abe5b2bd51724e6636bac8597c3f7cb8db72f441cc589c78088003abc0a
a5498718366c0aaff5069d6ec96600c81be6ec2c53602c2682226a6664c4]]
**Document description:**Exhibit 14
**Original filename:**C:\Documents and Settings\leeca\My Documents\exh14-02292008-165425.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/29/2008] [FileNumber=4183806-14]
[0fc2f710f35d0498bd6c93af905635f705b9d84afeef1ea8970f64daa01372b5163f
ea4df705ae50c52b01d456fe82c84f269afa7f9e5990d6ea65f0ec821111]]
**Document description:**Exhibit 15
**Original filename:**C:\Documents and Settings\leeca\My Documents\exh15-02292008-165447.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/29/2008] [FileNumber=4183806-15]
[51314e07d52a898243ef0517cec85552d5867f536a18a7e92f4a374beffc555dc3ae
3fd89828bc88d83c69c444fa11a040554c6a3c4dac7ac4bf8cfccc662c6b]]
**Document description:**Errata 16
**Original filename:**C:\Documents and Settings\leeca\My Documents\exh16-02292008-165512.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/29/2008] [FileNumber=4183806-16]
[04cd934810e3a80aca5a90aa5f1e1b7901faf0925527348407e0936e296c60a1cb9b
29f5e154d6b48092a04f5e939b290365d4c3aaa296540233b4f86bfad50a]]

3/3/2008