Abraham J. Colman (SBN 146933)
Email:  acolman@reedsmith.com
Felicia Y. Yu (SBN 193316)
Email:  fyu@reedsmith.com
Jordan Yu (SBN 227341)
Email:  jsyu@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:    213.457.8000
Facsimile:    213.457.8080

Attorneys for Defendants
BANK OF AMERICA CORPORATION and
FIA CARD SERVICES, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association; CARLSON COMPANIES, INC., a Minnesota corporation; CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation; and CARLSON TRAVEL GROUP, INC., a California corporation; and DOES 1 to 100,<br><br>Defendants. | No.: C07-05892 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS BANK OF AMERICA CORPORATION AND FIA CARD SERVICES, N.A.'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**<br><br>Date:        May 2, 2008<br>Time:        9:00 a.m.<br>Court Room: 10<br><br>Honorable Susan Illston |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    Defendants Bank of America Corporation and FIA Card Services, N.A.'s (collectively

2  "Defendants") Motion to Dismiss Plaintiff's Complaint came on for regularly noticed hearing on

3  May 2, 2008, before the Honorable Susan Illston.

4    All parties appeared by and through counsel of record.  After full consideration of all papers,

5  arguments, pleadings, and good cause appearing therefor,

6    IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Plaintiff's Complaint

7  pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED and Plaintiff's Complaint is

8  dismissed with prejudice without leave to amend.

9

10  DATED: _____, 2008.

11

12                                                 _____
                                                   THE HONORABLE SUSAN ILLSTON
13                                                 UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1                                           **PROOF OF SERVICE**

2                    I, Griselda Munoz, declare:

3                    I am employed in the County of Los Angeles, State of California.  My business
address is Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California
4  90071.  I am over the age of eighteen years and not a party to the action in which this service is
made.

5                    On March 3, 2008, I served the document(s) described as:  *[PROPOSED]*
*ORDER GRANTING DEFENDANTS BANK OF AMERICA CORPORATION AND FIA*
6  *CARD SERVICES, N.A.'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION*
*COMPLAINT.* on the interested parties in this action by the methods listed below:

7

8                              ***SEE ATTACHED SERVICE LIST***

9  ☒     BY CM/ECF ELECTRONIC DELIVERY:  In accordance with the registered case
participants and in accordance with the procedures set forth at the Court's website
10  www.ecf.cand.uscourts.gov.

11  ☐     BY PERSONAL DELIVERY:  I personally delivered the document(s) listed above to the
person(s) at the address(es) set forth on the attached list.

12  ☒     BY MAIL:  I am "readily familiar" with this firm's practice for the collection and the
processing of correspondence for mailing with the United States Postal Service.  In the
13  ordinary course of business, the correspondence would be deposited with the United States
Postal Service with postage thereon fully prepaid the same day on which the
14  correspondence was placed for collection and mailing at the firm.  Following ordinary
business practices, I placed for collection and mailing with the United States Postal Service
15  such envelope at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles,
California 90071

16  ☐     BY ☐ UPS NEXT DAY AIR ☐ FEDERAL EXPRESS ☐ OVERNIGHT DELIVERY:
I deposited  such  envelope  in  a  facility  regularly  maintained  by
17  ☐ UPS ☐ FEDERAL EXPRESS ☐ Overnight Delivery [specify name of service:  ] with
delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ UPS
18  ☐  FEDERAL  EXPRESS  OVERNIGHT  DELIVERY  [specify  name  of  service:]
authorized to receive documents at Reed Smith LLP, 355 South Grand Avenue, Suite
19  2900, Los Angeles, California  90071 with delivery fees fully provided for.

20  ☐     BY FACSIMILE:  I telecopied a copy of said document(s) to the following addressee(s) at
the following number(s):  in accordance with the written confirmation of counsel in this
21  action.

22  ☐     BY EMAIL:  I sent via electronic mail a copy of said document(s) to the following
addressee(s):

23  ☐     [State]  I declare under penalty of perjury under the laws of the State of California that the
above is true and correct.

24  ☒     [Federal]  I declare under penalty of perjury that the foregoing is true and correct.

25

26                    Executed on March 3, 2008, at Los Angeles, California.

27                                               _Griselda Munoz_

28

---

                                            PROOF OF SERVICE

**Service List**
*Lofton v. Bank of America Corporation, et al.*
**Case No.:  C07-05892-MJJ**

| | |
|---|---|
| Alan Himmelfarb, Esq.<br>KamberEdelson LLC<br>2757 Leonis Boulevard<br>Los Angeles, CA  90058<br>Tel:  (323) 585-8696<br>Email:  ahimmelfarb@kamberedelson.com | *Attorneys for Plaintiff John Lofton* |
| Jay Edelson, Esq.<br>Ethan Preston, Esq.<br>KamberEdelson LLC<br>53 West Jackson Avenue<br>Suite 1530<br>Chicago, IL  60604<br>Tel:  (312) 589-6370<br>Email:     jedelson@kamberedelson.com<br>           epreston@kamberedelson.com | *Attorneys for Plaintiff John Lofton* |
| Scott Kamber, Esq.<br>KamberEdelson LLC<br>11 Broadway, 22nd Floor<br>New York, NY  10004<br>Tel:  (212) 920-3072<br>Fax:  (212) 202-6364<br>Email:     skamber@kolaw.com | *Attorneys for Plaintiff John Lofton* |
| Daniel J. Bergeson, Esq.<br>Donald P. Gagliardi, Esq.<br>Bergeson, LLP<br>303 Almaden Boulevard<br>Suite 500<br>San Jose, CA  95110-2712<br>Tel:  (408) 291-6200<br>Fax:  (408) 297-6000<br>Email:     dbergeson@be-law.com<br>           dgagliardi@be-law.com | *Attorneys for Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc.* |
| S. Edward Sarskas, Esq.<br>Michael Best & Friedrich, LLP<br>100 E. Wisconsin Avenue<br>Suite 3300<br>Milwaukee, WI  53202-4108<br>Tel:  (414) 271-6560<br>Fax:<br>Email:     searskas@michaelbest.com | *Attorneys for Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc.* |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 2 -

PROOF OF SERVICE

1

2

**Service List**
*Lofton v. Bank of America Corporation, et al.*
Case No.: C07-05892-MJJ

| | |
|---|---|
| Martin R. Lueck, Esq.<br>Emmett J. McMahon, Esq.<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 La Salle Avenue<br>Minneapolis, MN 55402<br>Tel: (612) 349-8500<br>Fax: (612) 339-4181<br>Email:   mrlueck@rkmc.com<br>            ejmcmahon@rkmc.com | *Attorneys for Defendant Carlson Companies, Inc.* |
| Elizabeth D. Le, Esq.<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>Tel: (310) 552-0130<br>Fax: (310) 229-5800<br>Email:   edle@rkmc.com | *Attorneys for Defendant Carlson Companies, Inc.* |

3

4

5

6

7

8

9

10

11

12

13

14

15     DOCSLA-15618382.3

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 3 -

PROOF OF SERVICE