1  Alan Himmelfarb (Cal. Bar. No. 90480)
   KAMBEREDELSON LLC
2  2757 Leonis Blvd.
   Los Angeles, CA 90058
3  (323) 585-8696
   ahimmelfarb@kamberedelson.com
4
   Jay Edelson
5  Ethan Preston
   KAMBEREDELSON LLC
6  53 West Jackson Ave., Suite 550
   Chicago, IL 60604
7  312-589-6370
   jedelson@kamberedelson.com
8  epreston@kamberedelson.com

9  *Attorneys for John Lofton*

10                    **IN THE UNITED STATES DISTRICT COURT**
                      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11                              **SAN FRANCISCO DIVISION**

12  JOHN LOFTON, an individual, on his own behalf    No. 07-05892 (SI)
    and on behalf of all others similarly situated,
13                                                   Judge Susan Illston
                    Plaintiff
14                                                   **[PROPOSED] ORDER**
           v.                                        **GRANTING MOTION FOR**
15                                                   **EXTENSION OF TIME**
    BANK OF AMERICA CORPORATION, FIA
16  CARD SERVICES, N.A., a national banking
    association, CARLSON COMPANIES, INC., a
17  Minnesota corporation, CARLSON TRAVEL
    NETWORK ASSOCIATES, INC., a Minnesota
18  corporation, and CARLSON TRAVEL GROUP,
    INC. a California corporation, and DOES 1 to
19  100,

20                  Defendants.

1
2    The Court having reviewed Plaintiff's Motion for Extension, and after consideration of
3 the parties' papers and all other matters presented to the Court, the Court finds that it should
4 grant the Order for Plaintiff. The Court orders that the time for Plaintiff to file his Opposition
5 to Defendant Carlson Companies, Inc.'s ("CCI") Motion to Dismiss is extended to July 11,
6 2008, the time for CCI to file its Reply is extended to July 18, 2008, and the hearing date for
7 CCI's Motion to Dismiss is extended to August 1, 2008.

Dated:

_____
Hon. Susan Illston
United States District Court Judge

[Proposed] Order Granting Motion for Extension of Time        2        No. 07-05892 (SI)