Martin R. Lueck (MN Bar No.155548)
Emmett J. McMahon (Admitted *pro hac vice*)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:     612-349-8500
Facsimile:     612-339-4181
E-mail:          mrlueck@rkmc.com
                    ejmcmahon@rkmc.com

Elizabeth D. Le (CA Bar No. 216182)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:     310-552-0130
Facsimile:     310-229-5800
E-mail:          edle@rkmc.com

Attorneys for Defendant
CARLSON COMPANIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation, and DOES 1 to 100,<br><br>              Defendants. | Case No.  CV 07-05892 SI<br><br>[Assigned to the Hon. Susan Illston]<br><br>**DEFENDANT CARLSON COMPANIES, INC.'S MOTION FOR RECONSIDERATION OF RULING ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>**[Civil L.R. 7-9]**<br><br>[Concurrently Filed With:  Proposed Order] |

*Sidebar (vertical text):*
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1       This Court granted Defendant Carlson Companies Inc.'s ("CCI") Motion for Leave to File

2   a Motion for Reconsideration of Ruling on Plaintiff's Motion for Extension of Time on

3   Defendant's Motion to Dismiss of Lack of Personal Jurisdiction on March 5, 2008  ("March 5

4   Order").  In that March 5 Order, the Court granted CCI's Motion for Leave to File a Motion for

5   Reconsideration and therefore, CCI hereby files this Motion for Reconsideration.  The Court also

6   granted CCI's request that the hearing and related briefing schedule on Plaintiff's Motion for

7   Preliminary Injunction and Class Certification be extended to a reasonable time after CCI's

8   jurisdictional challenge has been resolved.  The Court set Plaintiff's Motion for Preliminary

9   Injunction and Class Certification for hearing on May 30, 2008.  Accordingly, the deadline for

10  Defendants to file their Oppositions to Plaintiff's Motion for Preliminary Injunction and Class

11  Certification has been extended to May 7.  Plaintiff's time to file his Reply has also been

12  extended to May 14.  Consistent with the Court's March 5 Order, CCI requests that the hearing on

13  its Motion to Dismiss for Lack of Personal Jurisdiction be set for the earliest possible opportunity

14  in April such that resolution of the matter is completed at a reasonable time before May 7.  A

15  determination of CCI's jurisdictional challenge in early April will dictate whether CCI must incur

16  unnecessary expenses in responding to Plaintiff's Motion for Preliminary Injunction and Class

17  Certification.

18      Accordingly, CCI respectfully requests that this Court reset the hearing on its Motion to

19  Dismiss for Lack of Personal Jurisdiction from August 1, 2008 to the earliest opportunity in

20  April.

21  DATED:  March 7, 2008         Respectfully submitted,

22                               **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

23                             By:    /S/ Elizabeth D. Le

24                                Martin R. Lueck
                                  Emmett J. McMahon

25                                Elizabeth D. Le

26                             *Attorneys for Defendant Carlson Companies, Inc.*

27

28

1  Martin R. Lueck (MN Bar No.155548)
2  Emmett J. McMahon (Admitted *pro hac vice*)
   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
3  2800 LaSalle Plaza
   800 LaSalle Avenue
   Minneapolis, MN 55402
4  Telephone:    612-349-8500
   Facsimile:    612-339-4181
5  E-mail:       mrlueck@rkmc.com
                 ejmcmahon@rkmc.com
6
   Elizabeth D. Le (CA Bar No. 216182)
7  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2049 Century Park East, Suite 3400
8  Los Angeles, CA  90067-3208
   Telephone:    310-552-0130
9  Facsimile:    310-229-5800
   E-mail:       edle@rkmc.com
10
   Attorneys for Defendant
11 CARLSON COMPANIES, INC.

12

13                UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16

17 JOHN LOFTON, an individual, on his own          Case No.  CV 07-05892 SI
   behalf and on behalf of all others similarly
18 situated,                                        [Assigned to the Hon. Susan Illston]

19              Plaintiff,                          **[PROPOSED] ORDER GRANTING
                                                    DEFENDANT CARLSON COMPANIES,
20 v.                                               INC.'S MOTION FOR
                                                    RECONSIDERATION OF RULING ON
21 BANK OF AMERICA CORPORATION,                     PLAINTIFF'S MOTION FOR EXTENSION
   FIA CARD SERVICES, N.A., a national              OF TIME ON DEFENDANT'S MOTION
22 banking association, CARLSON                      TO DISMISS FOR LACK OF PERSONAL
   COMPANIES, INC., a Minnesota                      JURISDICTION
23 corporation, CARLSON TRAVEL
   NETWORK ASSOCIATES, INC., a                      **[Civil L.R. 7-9]**
24 Minnesota corporation, and CARLSON
   TRAVEL GROUP, INC., a California                 [Concurrently Filed With: Motion for
25 corporation, and DOES 1 to 100,                  Reconsideration of Ruling on Plaintiff's Motion
                                                    for Extension of Time on Defendant's Motion
26              Defendants.                         for Lack of Personal Jurisdiction]

27

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1    Having considered Defendant Carlson Companies, Inc.'s ("CCI") Motion for

2    Reconsideration of Ruling on Plaintiff's Motion for Extension of Time on Defendant's Motion to

3    Dismiss for Lack of Personal Jurisdiction, all other matters presented to the Court herein, the

4    Court orders as follows:

5    • The hearing on CCI's Motion to Dismiss for Lack of Personal Jurisdiction is set for

6    April _____, 2008.

7    DATED: _____

8

9    By: _____

10         Hon. Susan Illston
        United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

LA 60200992.1

- 2 -

[PROPOSED] ORDER GRANTING CCI'S
MOTION FOR RECONSIDERATION
[CV 07-05892 SI]