# KamberEdelson, LLC

**Ethan Preston**
Tel: (312) 589-6370

The Monadnock Building
53 West Jackson, Suite 550
Chicago, IL 60604

Hon. Susan Illston
United States District Court for the Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

March 10, 2008

    Re: *Lofton v. Bank of America Corp.*, No. 07-05892 (SI)

Your Honor:

    Carlson Companies, Inc. ("CCI") filed its Motion for Reconsideration of the Court's order granting Lofton's Motion for Extension of Time on March 7. In this Motion, CCI again asks the Court to set CCI's Motion to Dismiss for hearing before Lofton's Motion for Preliminary Injunction.

    Lofton opposes CCI's Motion for Reconsideration. The Motion is substantively defective for the reasons identified in Lofton's Opposition to CCI's conditional motions. The Motion is also procedurally defective because it fails to "specifically show" any of the elements required under Local Rule 7-9(b); indeed, CCI fails to even address those elements.

    In particular, the Court has discretion to determine the timing and pacing of its own docket. Consequently, none of the arguments advanced by CCI are "dispositive." *Cf.* Civil L.R. 7-9(b)(3). Moreover, CCI argues in its Motion for Reconsideration that the Court granted CCI's request to hold Lofton's Motion for Preliminary Injunction "a reasonable time after CCI's jurisdictional challenge has been resolved," but inconsistently set Lofton's Motion for Preliminary Injunction for hearing on May 30, 2008. *Cf. id*. This argument was not "presented to the Court before" its March 5 Order. *Cf.* Civil L.R. 7-9(b)(3). Likewise, CCI rehashes its argument that resolution of CCI's Motion to Dismiss "will dictate whether CCI must incur unnecessary expenses in responding to Plaintiff's Motion for Preliminary Injunction and Class Certification." CCI's Motion for Reconsideration does not indicate (or even claim) that the Court "manifest[ly] fail[ed] . . . to consider" these arguments. *Cf. id*.

                                Sincerely,

                                Ethan Preston