1  Alan Himmelfarb (Cal. Bar. No. 90480)
   KAMBEREDELSON LLC
2  2757 Leonis Blvd.
   Los Angeles, CA 90058
3  (323) 585-8696
   ahimmelfarb@kamberedelson.com
4
   Jay Edelson
5  Ethan Preston
   KAMBEREDELSON LLC
6  53 West Jackson Ave., Suite 550
   Chicago, IL 60604
7  312-589-6370
   jedelson@kamberedelson.com
8  epreston@kamberedelson.com

9  *Attorneys for John Lofton*

10          **IN THE UNITED STATES DISTRICT COURT**
          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11              **SAN FRANCISCO DIVISION**

12 | JOHN LOFTON, an individual, on his own behalf | No. 07-05892 (SI)
   | and on behalf of all others similarly situated,
13 |                                              | Judge Susan Illston
   |                    Plaintiff
14 |                                              | **PLAINTIFF JOHN LOFTON'S**
   |                                              | **STIPULATED DISMISSAL OF**
15 |             v.                               | **CARLSON TRAVEL NETWORK**
   |                                              | **ASSOCIATES, INC. AND**
16 | BANK OF AMERICA CORPORATION, FIA              | **[PROPOSED] ORDER**
   | CARD SERVICES, N.A., a national banking
17 | association, CARLSON COMPANIES, INC., a
   | Minnesota corporation, CARLSON TRAVEL
18 | NETWORK ASSOCIATES, INC., a Minnesota
   | corporation, and CARLSON TRAVEL GROUP,
19 | INC. a California corporation, and DOES 1 to
   | 100,
20 |                    Defendants.

21

22

23

24

25

26

27

28

1

2      Pursuant to Rule 41(a), Plaintiff John Lofton ("Lofton") and Defendant Carlson Travel

3   Network Associates, Inc. ("CTNA") stipulate to the dismissal from this action of CTNA.

4   Defendants Bank of America, Corp., FIA Card Services, N.A., Carlson Companies, Inc., and

5   Carlson Travel Group, Inc. do not object to this dismissal. This dismissal applies only to

6   CTNA, and is without prejudice. The parties further stipulate that this dismissal is expressly

7   based on the assertions in the attached declaration of Roger Block, dated February 29, 2008.

Dated: March 12, 2008

8                                              By: s/Alan Himmelfarb _____

9                                                 Alan Himmelfarb
                                                  KAMBEREDELSON LLC
10                                                2757 Leonis Blvd.
                                                  Los Angeles, CA 90058
11
                                                  Jay Edelson
12                                                Ethan Preston
                                                  KAMBEREDELSON LLC
13                                                53 West Jackson Ave., Suite 550
                                                  Chicago, IL 60604
14
                                                  *Attorneys for John Lofton*
15
Dated: March 12, 2008
16                                             By: s/Donald P. Gagliardi _____

17                                                Donald P. Gagliardi
                                                  Bergeson, LLP
18                                                303 Almaden Boulevard, Suite 500
                                                  San Jose, CA 95110-2712
19
                                                  *Attorneys for Carlson Travel Network*
20                                                *Associates, Inc., and Carlson Travel*
                                                  *Group, Inc.*
21

22  IT IS SO ORDERED.

23  Dated: _____, 2008

24                                             By:_____

25                                                Hon. Susan Illston
                                                  United States District Judge
26

27

28

---

Stipulated Dismissal of CTNA and [Proposed] Order                          No. 07-05892 (SI)

1   Daniel J. Bergeson, Bar No. 105439
    dbergeson@be-law.com
2   Donald P. Gagliardi, Bar No. 138979
    dgagliardi@be-law.com
3   Ina Stangenes, Bar No. 156559
    istangenes@be-law.com
4   BERGESON, LLP
    303 Almaden Boulevard, Suite 500
5   San Jose, CA 95110-2712
    Telephone:  (408) 291-6200
6   Facsimile:   (408) 297-6000

7   Attorneys for Defendants
    CARLSON TRAVEL NETWORK ASSOCIATES, INC.;
8   CARLSON TRAVEL GROUP, INC.

9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14   JOHN LOFTON, an individual, on his own behalf    Case No. C07-05892 MJJ
     and on behalf of all others similarly situated,
15                                                     **DECLARATION OF ROGER BLOCK**
                                    Plaintiff,
16
            vs.
17
     BANK OF AMERICA CORPORATION, FIA                  Hon. Martin J. Jenkins
18   CARD SERVICES, N.A., a national banking
     association, CARLSON COMPANIES, INC., a
19   Minnesota corporation, CARLSON TRAVEL
     NETWORK ASSOCIATES, INC., a Minnesota
20   corporation, and CARLSON TRAVEL GROUP,
     INC., a California corporation,
21
                                    Defendants.
22

23

24

25

26

27

28

DECLARATION OF ROGER BLOCK                                     Case No. C07-05892 MJJ

I, Roger Block, hereby declare under penalty of perjury that the following is true and correct and based upon personal knowledge:

1.     I am an adult resident of the State of Minnesota.

2.     I am currently employed as the President of The Travel Franchise Group, Inc., which was formerly known as Carlson Travel Network Associates, Inc. (CTNA), one of the Defendants named in this lawsuit brought by the Plaintiff, John Lofton.

3.     I have been been Executive Vice President of Carlson since October 9, 1997. I was Vice President, Sales & Marketing from May 22, 1997 to October 1997. I formed International Franchise Group, Inc., St. Petersburg, Florida, TAI's parent company (the original franchisor of "Travel Agents International") in 1980, and was Chairman of the Board and its President from 1980 to May 1997. I was Chairman of the Board and President of TAI since its inception in 1987.

4.     CTNA franchises four travel brands: Carlson Wagonlit Travel, Cruise Holidays, Results travel and SeaMaster Cruises. Together, CTNA has 1,348 franchisees with 1,676 locations as of January 31,2008. CTNA also operates a retail travel agency based in the Minneapolis, Minnesota area that has 6 locations.

5.     Neither CTNA nor any of its employees, servants, agents, officers, directors, assignees, lessees, attorneys, affiliates, or anyone acting on behalf of them was involved in the events alleged in Lofton's Complaints, and particularly in purchasing tickets for WorldPoints credit card holders, in charging fees to WorldPoints credit cards for tickets purchased under the WorldPoints Reward Program, or in receiving or processing any funds or payments associated with the WorldPoints Reward Program.

6.     Neither CTNA nor any of its employees, servants, agents, officers, directors, assignees, lessees, attorneys, affiliates, or anyone acting on behalf of them had any knowledge of the events alleged in Lofton's Complaints (particularly in purchasing tickets for WorldPoints credit card holders, in charging fees to WorldPoints credit cards for tickets purchased under the WorldPoints Reward Program, or in receiving or processing any funds or payments associated with the WorldPoints Reward Program).

1

DECLARATION OF ROGER BLOCK                                    Case No. C07-05892 MJJ

1    7.    Neither CTNA nor any of its employees, servants, agents, officers, directors,

2  assignees, lessees, attorneys, affiliates, or anyone acting on behalf of them profited (directly or

3  indirectly) from the events alleged in Lofton's complaint.

4    8.    In order to inform myself regarding the subject matter of this declaration, I spoke to

5  Mark Masuda, Vice President, Becky Geyer, Vice President, and Don Kennedy, Sr., Director, all

6  of whom are employed with the Travel Franchise Group, Inc. (formerly  CTNA) as department

7  heads.  I did not review any documents.

8

9  Date: February **29**, 2008    _____

    Roger Block

10    President, The Travel Franchise Group Inc., formerly

    known as Carlson Travel Network Associates, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

DECLARATION OF ROGER BLOCK    Case No. C07-05892 MJJ