Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 550
Chicago, IL 60604
312-589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

*Attorneys for John Lofton*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC. a California corporation, and DOES 1 to 100,<br><br>Defendants. | No. 07-05892 (SI)<br><br>Judge Susan Illston<br><br>**PLAINTIFF JOHN LOFTON'S STIPULATED DISMISSAL OF CARLSON TRAVEL NETWORK ASSOCIATES, INC. AND [PROPOSED] ORDER** |

Pursuant to Rule 41(a), Plaintiff John Lofton ("Lofton") and Defendant Carlson Travel Network Associates, Inc. ("CTNA") stipulate to the dismissal from this action of CTNA. Defendants Bank of America, Corp., FIA Card Services, N.A., Carlson Companies, Inc., and Carlson Travel Group, Inc. do not object to this dismissal. This dismissal applies only to CTNA, and is without prejudice. The parties further stipulate that this dismissal is expressly based on the assertions in the attached declaration of Roger Block, dated February 29, 2008.

Dated: March 12, 2008

By: s/Alan Himmelfarb

Alan Himmelfarb
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 550
Chicago, IL 60604

*Attorneys for John Lofton*

Dated: March 12, 2008

By: s/Donald P. Gagliardi

Donald P. Gagliardi
Bergeson, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712

*Attorneys for Carlson Travel Network Associates, Inc., and Carlson Travel Group, Inc.*

IT IS SO ORDERED.

Dated: _____, 2008

By: /s/ Susan Illston

Hon. Susan Illston
United States District Judge

Stipulated Dismissal of CTNA and [Proposed] Order      No. 07-05892 (SI)

1  Daniel J. Bergeson, Bar No. 105439
   dbergeson@be-law.com
2  Donald P. Gagliardi, Bar No. 138979
   dgagliardi@be-law.com
3  Ina Stangenes, Bar No. 156559
   istangenes@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile:  (408) 297-6000

7  Attorneys for Defendants
   CARLSON TRAVEL NETWORK ASSOCIATES, INC.;
8  CARLSON TRAVEL GROUP, INC.

9

10               UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14 | JOHN LOFTON, an individual, on his own behalf | Case No. C07-05892 MJJ
   | and on behalf of all others similarly situated,
15 |                                                | **DECLARATION OF ROGER BLOCK**
   |                    Plaintiff,
16 |
   |    vs.
17 |
   | BANK OF AMERICA CORPORATION, FIA              | Hon. Martin J. Jenkins
18 | CARD SERVICES, N.A., a national banking
   | association, CARLSON COMPANIES, INC., a
19 | Minnesota corporation, CARLSON TRAVEL
   | NETWORK ASSOCIATES, INC., a Minnesota
20 | corporation, and CARLSON TRAVEL GROUP,
   | INC., a California corporation,
21 |
   |                    Defendants.
22

23
24
25
26
27
28

DECLARATION OF ROGER BLOCK                                    Case No. C07-05892 MJJ

I, Roger Block, hereby declare under penalty of perjury that the following is true and correct and based upon personal knowledge:

1. I am an adult resident of the State of Minnesota.

2. I am currently employed as the President of The Travel Franchise Group, Inc., which was formerly known as Carlson Travel Network Associates, Inc. (CTNA), one of the Defendants named in this lawsuit brought by the Plaintiff, John Lofton.

3. I have been been Executive Vice President of Carlson since October 9, 1997. I was Vice President, Sales & Marketing from May 22, 1997 to October 1997. I formed International Franchise Group, Inc., St. Petersburg, Florida, TAI's parent company (the original franchisor of "Travel Agents International") in 1980, and was Chairman of the Board and its President from 1980 to May 1997. I was Chairman of the Board and President of TAI since its inception in 1987.

4. CTNA franchises four travel brands: Carlson Wagonlit Travel, Cruise Holidays, Results travel and SeaMaster Cruises. Together, CTNA has 1,348 franchisees with 1,676 locations as of January 31, 2008. CTNA also operates a retail travel agency based in the Minneapolis, Minnesota area that has 6 locations.

5. Neither CTNA nor any of its employees, servants, agents, officers, directors, assignees, lessees, attorneys, affiliates, or anyone acting on behalf of them was involved in the events alleged in Lofton's Complaints, and particularly in purchasing tickets for WorldPoints credit card holders, in charging fees to WorldPoints credit cards for tickets purchased under the WorldPoints Reward Program, or in receiving or processing any funds or payments associated with the WorldPoints Reward Program.

6. Neither CTNA nor any of its employees, servants, agents, officers, directors, assignees, lessees, attorneys, affiliates, or anyone acting on behalf of them had any knowledge of the events alleged in Lofton's Complaints (particularly in purchasing tickets for WorldPoints credit card holders, in charging fees to WorldPoints credit cards for tickets purchased under the WorldPoints Reward Program, or in receiving or processing any funds or payments associated with the WorldPoints Reward Program).

DECLARATION OF ROGER BLOCK                                                      Case No. C07-05892 MJJ

1

7. Neither CTNA nor any of its employees, servants, agents, officers, directors, assignees, lessees, attorneys, affiliates, or anyone acting on behalf of them profited (directly or indirectly) from the events alleged in Lofton's complaint.

8. In order to inform myself regarding the subject matter of this declaration, I spoke to Mark Masuda, Vice President, Becky Geyer, Vice President, and Don Kennedy, Sr., Director, all of whom are employed with the Travel Franchise Group, Inc. (formerly CTNA) as department heads. I did not review any documents.

Date: February 29, 2008

_____
Roger Block
President, The Travel Franchise Group Inc., formerly known as Carlson Travel Network Associates, Inc.

DECLARATION OF ROGER BLOCK                 2                 Case No. C07-05892 MJJ