Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 550
Chicago, IL 60604
(312) 589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

*Attorneys for John Lofton*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC. a California corporation, and DOES 1 to 100,<br><br>Defendants. | No. 07-05892 (SI)<br><br>Judge Susan Illston<br><br>**[PROPOSED] ORDER RULING ON CARLSON COMPANIES, INC.'S MOTION FOR RECONSIDERATION** |

The Court having reviewed Defendant Carlson Companies, Inc.'s ("CCI") Motion for Reconsideration of the Court's March 4 Order granting Plaintiff John Lofton's Motion for Extension of Time, and John Lofton's letter brief filed in opposition to CCI's Motion for Reconsideration, and after consideration of the parties' papers and all other matters presented to the Court, the Court orders that the hearing date for CCI's Motion to Dismiss remain set for August 1, 2008. Pursuant to the operation of Local Rule 7-3, the time for Lofton to file his Opposition to CCI's Motion to Dismiss will remain set for July 11, 2008, and the time for CCI to file its Reply will remain set for July 18, 2008.

For the sake of clarity, hearing on Lofton's Motion for Preliminary Injunction remains set for May 30, 2008. Pursuant to the operation of Local Rule 7-3, the time for Defendants to file their Oppositions to Lofton's Motion for Preliminary Injunction remains set for May 9, 2008, and the time for Lofton to file his Reply remains set for July 18, 2008.

Dated:

                                                    _____
                                                   Hon. Susan Illston
                                                   United States District Court Judge