1  Martin R. Lueck (MN Bar No.155548)
   Emmett J. McMahon (Admitted *pro hac vice*)
2  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2800 LaSalle Plaza
3  800 LaSalle Avenue
   Minneapolis, MN 55402
4  Telephone:     612-349-8500
   Facsimile:     612-339-4181
5  E-mail:        mrlueck@rkmc.com
                  ejmcmahon@rkmc.com
6
   Elizabeth D. Le (CA Bar No. 216182)
7  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2049 Century Park East, Suite 3400
8  Los Angeles, CA  90067-3208
   Telephone:     310-552-0130
9  Facsimile:     310-229-5800
   E-mail:        edle@rkmc.com
10
   Attorneys for Defendant
11 CARLSON COMPANIES, INC.

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

| 17 | JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated, | Case No.  CV 07-05892 SI |
|---|---|---|
| 18 | | [Assigned to the Hon. Susan Illston] |
| 19 | Plaintiff, | **DEFENDANT CARLSON COMPANIES, INC.'S REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF RULING ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| 20 | v. | |
| 21 | BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation, and DOES 1 to 100, | |
| 22 | | |
| 23 | | **[Civil L.R. 7-9]** |
| 24 | | |
| 25 | | |
| 26 | Defendants. | |

27

28

This Court granted Defendant Carlson Companies Inc.'s ("CCI") Motion for Leave to File a Motion for Reconsideration of Ruling on Plaintiff's Motion for Extension of Time on Defendant's Motion to Dismiss of Lack of Personal Jurisdiction on March 5, 2008 ("March 5 Order"). Contrary to the argument advanced by Plaintiff in his Opposition to CCI's Motion for Reconsideration, the reasons supporting CCI's Motion are set forth in its Motion for Leave and are incorporated in the instant motion by reference. As demonstrated in CCI's Motion for Leave, this Court did not have the opportunity to consider CCI's Opposition to Plaintiff's Motion for Extension of Time prior to ruling in favor of Plaintiff. CCI's Opposition sets forth compelling and meritorious reasons as to why Plaintiff's request for a four month extension should not be granted.

Indeed, upon considering CCI's Motion for Leave and CCI's Opposition to Plaintiff's Motion for Extension of Time, the Court granted CCI's request that the hearing and related briefing schedule on Plaintiff's Motion for Preliminary Injunction and Class Certification ("MPI") be extended to a reasonable time after CCI's jurisdictional challenge has been resolved, and scheduled the MPI to be heard on May 30, 2008. In doing so, the Court advanced CCI's Motion to Dismiss from August 1, 2008 to a reasonable time before the May 30 MPI hearing and related briefing schedule.

Plaintiff does not dispute in his Opposition that he has known since January 22 that CCI objected to personal jurisdiction and that CCI intended on filing a motion to dismiss. Yet, Plaintiff just served his jurisdictional discovery last week on March 13. Plaintiff's dilatory actions are the cause his own time constraints from which CCI should not be unfairly prejudiced.

Accordingly, CCI respectfully requests that this Court reset the hearing on its Motion to Dismiss for Lack of Personal Jurisdiction from August 1, 2008 to the earliest opportunity in April.

///
///
///
///

DATED:  March 18, 2008

Respectfully submitted,
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /S/ Elizabeth D. Le
      Martin R. Lueck
      Emmett J. McMahon
      Elizabeth D. Le

*Attorneys for Defendant Carlson Companies, Inc.*

LA 60201347.1

- 3 -

CCI'S REPLY IN SUPPORT OF
MOTION FOR RECONSIDERATION
[CV 07-05892 SI]