United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LOFTON, et al., | No. C 07-05892 SI |
| Plaintiffs, | **ORDER CLARIFYING SCHEDULE FOR PENDING MOTIONS** |
| v. | |
| BANK OF AMERICA CORPORATION, et al., | |
| Defendants. | |

On March 4, 2008, the Court granted plaintiff's motion to extend defendant Carlson Companies' motion to dismiss for lack of personal jurisdiction until August 1, 2008. On March 5, 2008, the Court granted defendant Carlson Companies' motion to postpone plaintiff's motion for a preliminary injunction and class certification until after the Court had decided Carlson Companies' motion to dismiss. Now before the Court are proposed scheduling orders prepared by both plaintiff and defendant Carlson Companies. The Court DENIES all pending scheduling motions [Docket Nos. 65, 69] and instead orders as follows:

- the hearing on defendant Carlson Companies' motion to dismiss for lack of personal jurisdiction remains scheduled for Friday, August 1, 2008;

- the hearing on plaintiff's motion for a preliminary injunction and class certification will be held on Friday, September 5, 2008;

- the hearing on defendant Bank of America's motion to dismiss, which does not involve defendant Carlson Companies, will remain scheduled for Friday, May 2, 2008.

**IT IS SO ORDERED.**

Dated: March 18, 2008

SUSAN ILLSTON
United States District Judge