1  Alan Himmelfarb (Cal. Bar. No. 90480)
   KAMBEREDELSON LLC
2  2757 Leonis Blvd.
   Los Angeles, CA 90058
3  (323) 585-8696
   ahimmelfarb@kamberedelson.com
4
   Jay Edelson
5  Ethan Preston
   KAMBEREDELSON LLC
6  53 West Jackson Ave., Suite 550
   Chicago, IL 60604
7  (312) 589-6370
   jedelson@kamberedelson.com
8  epreston@kamberedelson.com

9  *Attorneys for John Lofton*

10       **IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION**

12 | JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated, | No. 07-05892 (SI) |
|---|---|
| Plaintiff | Judge Susan Illston |
| v. | **[PROPOSED] ORDER ON PLAINTIFF JOHN LOFTON'S MOTION TO COMPEL DISCOVERY RESPONSES FROM CARLSON TRAVEL GROUP, INC.** |
| BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC. a California corporation, and DOES 1 to 100, | |
| Defendants. | |

The Court having reviewed Plaintiff John Lofton's Motion to Compel Discovery Responses from Defendant Carlson Travel Group, Inc., the parties' arguments, and after consideration of the parties' papers and all other matters presented to the Court, the Court orders Carlson Travel Group, Inc. to provide full and complete responses to Lofton's Interrogatories Nos. 1 to 3, and 5 including all information that is reasonable available to it, and to produce all documents responsive to Lofton's Requests for Production of Documents Nos. 1 to 10 (as modified by Lofton under his Motion), within 15 days of this order.

Dated:

_____
Hon. Susan Illston
United States District Court Judge