# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

SUITE 3400
2049 CENTURY PARK EAST
LOS ANGELES, CA 90067-3208
TEL: 310-552-0130  FAX: 310-229-5800
www.rkmc.com

ATTORNEYS AT LAW

ELIZABETH D. LE

April 4, 2008

**VIA E-MAIL**

Ethan Preston, Esq.
KamberEdelson, LLC
53 West Jackson Avenue, Suite 550
Chicago, IL  60604

    Re:    *Lofton v. Bank of America, et al.*
            Case No. C07-05892 SI

Dear Ethan:

    We note that Plaintiff's Motion to Compel Discovery Responses from Carlson Companies, Inc. was noticed as a regularly noticed motion, which is inconsistent with Judge Illston's Standing Order regarding discovery disputes. Judge Illston's Order specifies that discovery disputes should be briefed in a 5 page letter or less, and that "the Court will deem the matter submitted [after all papers have been filed] unless the Court determines that the issue requires oral argument, in which case a conference will be arranged." Contrary to the Court's Order, Plaintiff's motion is 19 pages in length (plus another 88 pages of supporting documents) and is scheduled for hearing on May 2, 2008 pursuant to Local Rules 7-2 and 37. Accordingly, Carlson Companies, Inc. will treat Plaintiff's motion as a regularly noticed motion and will file its Opposition by next Friday, April 11 as provided by Local Rule 7-3.

    If you have any questions, please call me.

                              Sincerely yours,

                              ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                              Elizabeth D. Le

cc:    Donald P. Gagliardi, Esq.
       Martin R. Lueck, Esq.
       Colin McCarthy, Esq.
       Emmett J. McMahon, Esq.

60202142.1