**BERGESON, LLP**
ATTORNEYS AT LAW
303 ALMADEN BOULEVARD, SUITE 500
SAN JOSE, CALIFORNIA 95110
TELEPHONE (408) 291-6200
FACSIMILE (408) 297-6000
WWW.BE-LAW.COM

April 4, 2008

**By Email**

Ethan Preston, Esq.
KamberEdleson, LLC
53 West Jackson Ave., Suite 550
Chicago, IL 60604

    Re:    *Lofton v. Bank of America, et al.*
            Case No. C07-05892 MJJ (USDC/N.D.Cal.)

Dear Ethan:

    This letter follows your motion to compel, filed in a manner inconsistent with Judge Illston's May 2006 Standing Order. That Standing Order requires counsel seeking the Court's relief to file a five page letter brief explaining the dispute, after full compliance with the Northern District's Local Rule 37-1. Judge Illston's Standing Order does not call for a hearing date "unless the Court determines that the issue requires oral argument."

    Instead of following this procedure, Plaintiff Carlson Lofton filed a regularly noticed motion 13 pages in length, with 73 pages of supporting documents, set for a May 2, 2008 hearing date under Local Rules 7-2 and 37. As such, Defendant Carlson Travel Group is treating Plaintiff's motion as a regularly noticed motion and it will file opposition by Friday, April 11, 2008. (Local Rule 7-3).

    If you have any questions or concerns, please give me or Don Gagliardi a call to discuss.

                            Regards,

                            Colin G. McCarthy

CGM:et

cc:    Judge Susan Illston
       Elizabeth D. Le, Esq.
       Edward Sarskas, Esq.

ANTHONY M. GLASSMAN
BEVERLY HILLS, CA 90210

AFFILIATED COUNSEL:
BERGESON & CAMPBELL
WASHINGTON, D.C. 20005

MARK E. FOSTER
SAN JOSE, CA 95110