Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 550
Chicago, IL 60604
(312) 589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

*Attorneys for John Lofton*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff<br><br>　　　v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC. a California corporation, and DOES 1 to 100,<br><br>　　　　　Defendants. | No. 07-05892 (SI)<br><br>Judge Susan Illston<br><br>**[PROPOSED] ORDER ON PLAINTIFF JOHN LOFTON'S APRIL 5, 2008 MOTION** |

The Court, after consideration of the parties' papers and all other matters presented to the Court, orders that:

[___]:  Leave is granted *nunc pro tunc* for Lofton to file overlong briefs for his March 28, 2008 Motions to Compel Carlson Companies, Inc. and Carlson Travel Group, Inc. The hearing date for these Motions shall remain set for May 2, 2008 (pending further order by the Court), and the briefing schedule for these Motions shall be consistent with Local Rule 7-3.

[___]:  Lofton's briefs for his Motions to Compel Compel Carlson Companies, Inc. and Carlson Travel Group, Inc. are withdrawn by this order. Lofton is granted leave to file a letter brief under Rule 37, pursuant to paragraph 2 of the Court's standing order, notwithstanding any requirement of Local Rule 37-2.

For the sake of clarity, the Court has designated the content of this order by marking the brackets next to the paragraphs above – the paragraph which is unmarked is null and void, and does not constitute part of this order.

Dated:

_____
Hon. Susan Illston
United States District Court Judge