1  Alan Himmelfarb (Cal. Bar. No. 90480)
   KAMBEREDELSON LLC
2  2757 Leonis Blvd.
   Los Angeles, CA 90058
3  (323) 585-8696
   ahimmelfarb@kamberedelson.com
4
   Jay Edelson
5  Ethan Preston
   KAMBEREDELSON LLC
6  53 West Jackson Ave., Suite 550
   Chicago, IL 60604
7  (312) 589-6370
   jedelson@kamberedelson.com
8  epreston@kamberedelson.com

9  *Attorneys for John Lofton*

10              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                      SAN FRANCISCO DIVISION

12 | JOHN LOFTON, an individual, on his own behalf | No. 07-05892 (SI)
13 | and on behalf of all others similarly situated, |
                                                    | Judge Susan Illston
14 |              Plaintiff                         |
                                                    | **[PROPOSED] ORDER ON ETHAN
15 |     v.                                         | PRESTON'S APPLICATION OF
                                                    | ADMISSION *PRO HAC VICE***
16 | BANK OF AMERICA CORPORATION, FIA               |
   | CARD SERVICES, N.A., a national banking        |
17 | association, CARLSON COMPANIES, INC., a        |
   | Minnesota corporation, CARLSON TRAVEL          |
18 | NETWORK ASSOCIATES, INC., a Minnesota          |
   | corporation, and CARLSON TRAVEL GROUP,         |
19 | INC. a California corporation, and DOES 1 to   |
   | 100,                                           |
20 |              Defendants.                       |

21
22
23
24
25
26
27
28

---

[Proposed] Order on Application                              No. 07-05892 (SI)
for Admission *Pro Hac Vice*

1
2        Ethan Preston, an active member in good standing of the bar of the Supreme Court of
3   Illinois, whose business address and telephone number is
4        KAMBEREDELSON LLC
         53 West Jackson Ave., Suite 550
         Chicago, IL 60604
5        (312) 589-6370
6   having applied in the above-entitled action for admission to practice in the Northern District
7   of California on a pro hac vice basis, representing Plaintiff John Lofton,
8        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro*
10  *hac vice*. Service of papers upon and communication with co-counsel designed in the
11  application will constitute notice to the party. All future filings in this action are subject to the
12  requirements contained in General Order No. 45, Electronic Case Filing.
13
14  Dated:
15
                                                Hon. Susan Illston
16                                              United States District Court Judge
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order on Application   No. 07-05892 (SI)
for Admission *Pro Hac Vice*