```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017879
Cashier ID: almaceh
Transaction Date: 04/07/2008
Payer Name: KAMBEREDELSON LLC
----------------------------------
PRO HAC VICE
 For: E PRESTON
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
----------------------------------
CHECK
 Check/Money Order Num: 1031
 Amt Tendered: $210.00
----------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

C07-5892 SI


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```