1  Daniel J. Bergeson, Bar No. 105439
   dbergeson@be-law.com
2  Donald P. Gagliardi, Bar No. 138979
   dgagliardi@be-law.com
3  Colin McCarthy, Bar No. 191410
   cmccarthy@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Edward Sarskas, Esq., *Pro Hac Vice*
   sesarskas@michaelbest.com
8  Michael Best & Friedrich, LLP
   100 E. Wisconsin Ave., Ste. 3300
9  Milwaukee, WI 53202-4108
10 Telephone:     (414) 271-6560
   Facsimile:      (414) 277-0656
11

12 Attorneys for Defendant
   CARLSON TRAVEL GROUP, INC.
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation,<br><br>                                    Defendants. | Case No. C07-05892 SI<br><br>**DECLARATION OF DONALD P. GAGLIARDI IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL SUPPLEMENTAL DISCOVERY RESPONSES**<br><br>Date:  April 29, 2008<br>Time:  9 am<br>Courtroom:  10<br>Hon. Susan Illston<br><br>Complaint filed:  November 20, 2007<br>Trial Date:  TBD |

DECLARATION OF DONALD P. GAGLIARDI IN OPPOSITION
TO PLAINTIFFF'S MOTION TO COMPEL DISCOVERY RESPONSES                    Case No. C07-05892 SI

I, Donald P. Gagliardi, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts in the State of California, including this Court, and I am a partner in the law firm of Bergeson, LLP, counsel of record for defendant Carlson Travel Group, Inc. ("CTG") in the above-captioned action. Except as to matters stated on information and belief, which I am informed and believe to be true, I have personal knowledge of the matters set forth below and if called as a witness could and would competently so testify.

2. Attached hereto and incorporated herein by reference as Exhibit A are true and correct copies of March 11, 2008 emails from plaintiff John Lofton's counsel Ethan Preston to me.

3. On or about March 18, 2008, I, along with my colleague Colin McCarthy and co-counsel Ed Sarskas, participated in a meet-and-confer telephone conference with Lofton's counsel Steven Lezell. During the call, I agreed to speak with his client and advise by March 25 whether CTG would provide a supplemental response to certain reformulated interrogatories. Unfortunately, however, I was unable to speak with the client within such time period. Subsequently, following the filing of the instant motion, I was able to speak with my client, and in the process learned facts about the limited scope of documentation currently available to CTG, which facts are related in the Declaration of Maryann Korlath served and filed herewith.

4. During the same call with Mr. Lezell on March 18, I also invited Mr. Lezell to wait in pursuing a motion to compel discovery against CTG until after determining what discovery would be forthcoming from defendant Bank of America. I told Mr. Lezell that Bank of America was likely the best source of the information sought by plaintiff Lofton. (I subsequently learned that, indeed, Bank of America appears to be the only source of certain such information.) I also told Mr. Lezell that it was my understanding that Bank of America's responses to plaintiff Lofton's first sets of written discovery were not yet due and asked when these were expected. Mr. Lezell told me that he was unaware of the timing for responses related to the discovery propounded to Bank of America. He further told me, in so many words to such effect, that he was uninterested in tying together the discovery propounded to defendants CTG and Bank of America.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct and that this declaration was executed this 11th day of April 2008 at
3  San Jose, California.

4
            /s/
        Donald P. Gagliardi

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28