1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct and that this declaration was executed this 11th day of April 2008 at
3  San Jose, California.

_____
Donald P. Gagliardi

2

DECLARATION OF DONALD P. GAGLIARDI IN OPPOSITION
TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES                    Case No. C07-05892 SI