the original reservation was made. Once the draw date occurs, the information is automatically deleted. Thus, after the draw date, CTG no longer has access to such information. CTG cannot further access or use this information.

8. CTG generates weekly billing records to submit to Bank of America pursuant to the parties' agreement. The weekly billing records reflect the cardholder name and a unique numerical identification number ("PAN") that corresponds to the cardholders' Bank of America credit card number. During the reservation process, Bank of America sends this PAN to CTG which corresponds to Bank of America's proprietary information on the cardholder. In the case of plaintiff John Lofton, his "PAN" is 225298778. This system of assigning a PAN number started in September 2005 with the implementation of Bank of America's Strategic Rewards Solution ("SRS") platform, a required platform that all reward vendors, including CTG, must connect to.

9. CTG's back office accounting system contains a repository for various reservation data, mostly financial, which is used to capture aggregate travel information from the Passenger Name Reservation ("PNR") such as origin and destination of flight segments for each account. This accounting system does not retain personalized customer information. Thus, CTG cannot produce any personal identifying information from that system.

10. CTG cannot identify, produce or generate records showing any California resident from any system over which it has possession, custody, or control. It cannot do this from its weekly billing records. It cannot do this from its back office accounting system. It obviously cannot do this from its temporary and limited access to Bank of America's customer database.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this ___ day of April 2008 at Minneapolis, Minnesota.

*Maryann Korlath*
Maryann Korlath

---

3

DECLARATION OF MARYANN KORLATH IN OPPOSITION
TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES                Case No. C07-05892 MJJ