Martin R. Lueck (MN Bar No.155548)
Emmett J. McMahon (Admitted *pro hac vice*)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:   612-349-8500
Facsimile:   612-339-4181
E-mail:      mrlueck@rkmc.com
             ejmcmahon@rkmc.com

Elizabeth D. Le (CA Bar No. 216182)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:   310-552-0130
Facsimile:   310-229-5800
E-mail:      edle@rkmc.com

Attorneys for Defendant
CARLSON COMPANIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation, and DOES 1 to 100,<br><br>          Defendants. | Case No.  CV 07-05892 SI<br><br>[Assigned to the Hon. Susan Illston]<br><br>**DECLARATION OF ELIZABETH D. LE IN SUPPORT OF DEFENDANT CARLSON COMPANIES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES**<br><br>Date: April 29, 2008<br>Time: 9:00 a.m.<br>Courtroom: 10<br><br>[Filed Concurrently With: CCI's Opposition to Plaintiff's Motion to Compel Discovery] |

60202350.1

DECLARATION OF ELIZABETH D. LE IN SUPPORT OF CCI'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY [CV 07-05892 SI]

## DECLARATION OF ELIZABETH D. LE

I, Elizabeth D. Le, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and an associate at the law firm Robins, Kaplan, Miller & Ciresi L.L.P., counsel of record for Defendant Carlson Companies, Inc. in this action. I have first hand knowledge of the following facts and if called upon to testify as a witness, I could and would competently testify thereto.

2. Plaintiff's false sense of urgency has been created by his own actions. On January 7, 2008, Plaintiff insisted that CCI participate in a Rule 26(f) conference without the other Defendants. When CCI suggested that joint conference with all the parties is required under Rule 26, and would also be more meaningful, Plaintiff refused and insisted that CCI participate in a Rule 26(f) conference without the other defendants. The parties attempted but could not complete the conference on January 7, without the other parties. Plaintiff served his first sets of interrogatories, requests for production of documents, and requests for admissions on January 8, 2008, even *before* the parties had completed their Rule 26(f) conference. All parties subsequently held a joint conference on January 18, 2008. Attached hereto as Exhibit 1 is a true and accurate letter from CCI's counsel, Emmett McMahon to Plaintiff's counsel, dated January 8, 2008.

3. On January 22, 2008, CCI filed its Answer to Plaintiff's Class Action Complaint and asserted lack of personal jurisdiction as its Second Affirmative Defense.

4. CCI filed its Motion to Dismiss for Lack of Personal Jurisdiction on February 20, 2008.

5. In the late afternoon of February 22, 2008, Plaintiff's counsel, Ethan Preston, sent me a proposal to dismiss CCI from the case. Thereafter, I suggested to him that we put off our Rule 26 Initial Disclosures and discovery responses to Plaintiff's merits based discovery until the jurisdictional challenge was resolved. Mr. Preston refused and said that he "wanted to see what we had."

6. Attached hereto as Exhibit 1 is an email from Mr. Preston to me, dated March 7, 2007, complaining about CCI's responses and stating that "[w]e currently believe that it would be

1  appropriate for Lofton to file a motion to compel CCI to answer these discovery requests
2  properly."

3      7.    On March 12, I participated in a Rule 37 conference call with Mr. Preston.
4  During this conference, I informed Mr. Preston that CCI has produced all responsive documents
5  relating to the Program with its motion to dismiss and that the remainder of the responsive
6  belonged to CTG. Nevertheless, Mr. Preston insisted that CCI produce a duplicate set of
7  documents, but did not provide a substantiated reason for the request. I indicated that the
8  documents could not be produced without CTG's involvement, but that CCI would work with
9  CTG's counsel to produce them the most expeditious manner possible. I further advised Mr.
10 Preston that CCI took the necessary steps to ensure that the documents and electronic information
11 were preserved at the inception of the litigation. We also agreed to narrow the scope of Request
12 for Document Demand No. 10. I agreed to produce the responsive information within 10 days.
13 With respect to CCI's privilege objections, I informed Mr. Preston that CCI was not withholding
14 any responsive information in its exclusive possession on the basis of privilege but that I would
15 review the responses and provide a privilege to the extent that any documents were withheld.

16     8.    Attached hereto as Exhibit 3 is a true and accurate copy of the documents that
17 were produced on March 24, 2008 in response to Request for Production No. 10.

18     9.    Attached hereto as Exhibit 4 is a true and accurate copy of my letter to Mr. Preston
19 requesting that Plaintiff stipulate to limit discovery to jurisdictional discovery, dated April 4,
20 2008.

21     10.    Attached hereto as Exhibit 5 is a true and accurate copy of an email from Mr.
22 Preston dated April 7, 2008.

23 Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the
24 United Sates of America and the State of California that the foregoing is true and correct.

25 Executed on April 11, 2008 at Los Angeles, California.

                                                  /s/ Elizabeth D. Le
                                                  ELIZABETH D. LE

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

60202350.1     - 3 -     DECLARATION OF ELIZABETH D. LE IN SUPPORT OF CCI'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY [CV 07-05892 SI]