# EXHIBIT 3

Case 3:07-cv-05892-SI   Document 83-4   Filed 04/11/2008   Page 2 of 5

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW

SUITE 3400
2049 CENTURY PARK EAST
LOS ANGELES, CA 90067-3208
TEL: 310-552-0130  FAX: 310-229-5858
www.rkmc.com

ELIZABETH D. LE

March 24, 2008

**U.S. MAIL**

Jay Edelson, Esq.
Ethan Preston, Esq.
KamberEdelson LLC
53 West Jackson Ave., Suite 550
Chicago, IL 60604

Scott Kamber, Esq.
KamberEdelson LLC
11 Broadway, 22nd Floor
New York, NY 10004

Daniel J. Bergeson, Esq.
Donald P. Gagliardi, Esq.
Bergeson, LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110

Alan Himmelfarb, Esq.
KamberEdelson LLC
2757 Leonis Blvd.
Los Angeles, CA 90058

S. Edward Sarskas
Michael Best & Friedrich LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108

Abraham J. Colman, Esq.
Felicia Y. Yu, Esq.
Jordan Yu, Esq.
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Re:  *John Lofton v. Bank of America, et al.*
     USDC Case No.: CV07-05892 SI

Dear Counsel:

Please find enclosed the documents, Bates Nos. CCI000001-CCI000003, responsive to Plaintiff's First Set of Requests for Production of Documents.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Elizabeth D. Le

EDL/cl
Enclosures

cc:  Martin R. Lueck (*via i/o mail*)
     Emmett J. McMahon (*via i/o mail*)

60201602.1

ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL



CCI000001

No. 17234 (F 156-DS) Assignment Separate from Certificate.                                     Miller-Davis Co., Minneapolis

# For Value Received,

First Travel Corporation, a Minnesota Corporation hereby sell, assign and transfer unto Carlson Companies, Inc.

One Hundred - - - - - - - - - - - - - - - - (100 ) Shares of the Common Capital Stock of the Carlson Travel Group, Inc., a California Corporation standing in its name on the books of said corporation represented by Certificate No. 3 herewith and do hereby irrevocably constitute and appoint attorney to transfer the said stock on the books of the within named Company with full power of substitution in the premises.

Dated, March 21, 1989

IN PRESENCE OF

[signature: Nancy D. Tam-Nau]

First Travel Corporation

By: [signature]

Its: J. H. Calvano
     President

CCI000002



CCI000003