Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 550
Chicago, IL 60604
(312) 589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

*Attorneys for John Lofton*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC. a California corporation, and DOES 1 to 100,<br><br>Defendants. | No. 07-05892 (SI)<br><br>Judge Susan Illston<br><br>**[PROPOSED] ORDER ON ETHAN PRESTON'S APPLICATION OF ADMISSION *PRO HAC VICE*** |

|   |   |
|---|---|
| 1 |   |
| 2 | Ethan Preston, an active member in good standing of the bar of the Supreme Court of Illinois, whose business address and telephone number is |
| 3 |   |
| 4 | KAMBEREDELSON LLC<br>53 West Jackson Ave., Suite 550<br>Chicago, IL 60604 |
| 5 | (312) 589-6370 |
| 6 | having applied in the above-entitled action for admission to practice in the Northern District |
| 7 | of California on a pro hac vice basis, representing Plaintiff John Lofton, |
| 8 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and |
| 9 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro* |
| 10 | *hac vice*. Service of papers upon and communication with co-counsel designed in the |
| 11 | application will constitute notice to the party. All future filings in this action are subject to the |
| 12 | requirements contained in General Order No. 45, Electronic Case Filing. |

Dated:

*/s/ Susan Illston*

Hon. Susan Illston
United States District Court Judge

---

[Proposed] Order on Application
for Admission *Pro Hac Vice*

No. 07-05892 (SI)