# EXHIBIT 4

```
Martin R. Lueck (MN Bar No.155548)
Emmett J. McMahon (Admitted pro hac vice)
```
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:   612-349-8500
Facsimile:   612-339-4181
E-mail:      mrlueck@rkmc.com
             ejmcmahon@rkmc.com

Elizabeth D. Le (CA Bar No. 216182)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:   310-552-0130
Facsimile:   310-229-5800
E-mail:      edle@rkmc.com

Attorneys for Defendant
CARLSON COMPANIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation, and DOES 1 to 100,<br><br>Defendants. | Case No.  CV 07-05892 SI<br><br>[Assigned to the Hon. Susan Illston]<br><br>**DEFENDANT CARLSON COMPANIES, INC.'S RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION TO CARLSON DEFENDANTS** |

LA 60200777.1

CCI'S RESPONSES TO PLAINTIFFS'
FIRST SET OF REQUESTS FOR ADMISSION
[CV 07-05892 SI]

**REQUEST FOR ADMISSION NO. 8:**

Carlson Companies, Inc. charged the unredacted charges recorded in Exhibit B to the Declaration of John Lofton in Support of Plaintiffs' Motion for Preliminary Injunction.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

CCI asserts the foregoing Preliminary Statement and General Objections, which are incorporated herein by reference. CCI objects to this request on the basis that the Court lacks personal jurisdiction over CCI.

Subject to and without waiving the foregoing objections, CCI responds for itself and no other party: To the extent that CCI is able to understand this Request, denied.

**REQUEST FOR ADMISSION NO. 9:**

Carlson Travel Network Associates, Inc. charged the unredacted charges recorded in Exhibit B to the Declaration of John Lofton in Support of Plaintiffs' Motion for Preliminary Injunction.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

CCI asserts the foregoing Preliminary Statement and General Objections, which are incorporated herein by reference. CCI objects to this request on the basis that the Court lacks personal jurisdiction over CCI. CCI objects to this request on the basis that it improperly requests that CCI respond on behalf of another defendant. CCI does not represent the interests of Defendants CTNA, nor does it know the state of mind of CTNA or any other third party, and therefore CCI cannot respond on their behalf.

Subject to and without waiving the foregoing objections, CCI responds for itself and no other party: To the extent that CCI is able to understand this Request, denied.

**REQUEST FOR ADMISSION NO. 10:**

Carlson Travel Group, Inc. charged the unredacted charges recorded in Exhibit B to the Declaration of John Lofton in Support of Plaintiffs' Motion for Preliminary Injunction.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

CCI asserts the foregoing Preliminary Statement and General Objections, which are incorporated herein by reference. CCI objects to this request on the basis that the Court lacks

Subject to and without waiving the foregoing objections, CCI responds for itself and no other party:  To the extent that CCI is able to understand this Request, denied.

**REQUEST FOR ADMISSION NO. 27:**

The Carlson Defendants do not have reasonable controls to prevent their employees and agents from assessing or adding fees and surcharges to the purchase price of certain tickets that are purchased (in whole or in part) with redeemed World Points.

**RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

CCI asserts the foregoing Preliminary Statement and General Objections, which are incorporated herein by reference.  CCI objects to this request on the basis that the Court lacks personal jurisdiction over CCI.  In addition, CCI objects to this request on the basis that it improperly requests CCI to respond on behalf of the "Carlson Defendants," which Plaintiff defines as CCI, Carlson Travel Network Associates, Inc. (CTNA) and Carlson Travel Group, Inc. (CTG).  CCI does not represent the interests of Defendants CTNA or CTG, nor does it know the state of mind of these Defendants or any other third party, and therefore CCI cannot respond on their behalf or on the behalf of any other third party.

Subject to and without waiving the foregoing objections, CCI responds for itself and no other party:  To the extent that CCI is able to understand this Request, denied.

DATED: March 4, 2008                    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:  /S/ Elizabeth D. Le
    Martin R. Lueck
    Emmett J. McMahon
    Elizabeth D. Le

*Attorneys for Defendant Carlson Companies, Inc.*

**VERIFICATION**

I, Wanda K. Cahill, declare under penalty of perjury under the laws of the United States that I am the Vice President and Associate General Counsel for Carlson Companies, Inc., that I have read the foregoing Defendant Carlson Companies Inc.'s Responses to Plaintiff's First Set of Requests for Admissions to Carlson Defendants, that statements of facts contained therein, are within my personal knowledge or based upon information provided by other persons at Carlson Companies, Inc. or business records of Carlson Companies, Inc., that the foregoing Responses are true and correct, and that I am authorized to sign this verification on behalf of Carlson Companies, Inc.

Executed on this 4th day of March, 2008, at Minnetonka, Minnesota.

*Wanda K. Cahill* (signature)
Wanda K. Cahill

LA 60200807.1