**EXHIBIT 5**

1  Daniel J. Bergeson, Bar No. 105439
   dbergeson@be-law.com
2  Donald P. Gagliardi, Bar No. 138979
   dgagliardi@be-law.com
3  Ina Stangenes, Bar No. 156559
   istangenes@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:  (408) 297-6000

7  Edward Sarskas, Esq. *Pro Hac Vice*
   searskas@michaelbest.com
8  Michael Best & Friedrich, LLP
   100 E. Wisconsin Ave., Ste. 3300
9  Milwaukee, WI 53202-4108
   Ph:    414.271.6560
10 Fax:   414.277.0656

11 Attorneys for Defendant
   CARLSON TRAVEL GROUP, INC.
12

13              UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

15              SAN FRANCISCO DIVISION

16

17 JOHN LOFTON, an individual, on his own behalf     Case No. C07-05892 SI
   and on behalf of all others similarly situated,
18                                                    **CARLSON TRAVEL GROUP, INC.'S**
                        Plaintiff,                    **RESPONSES AND OBJECTIONS TO**
19                                                    **PLAINTIFF'S FIRST SET OF REQUESTS**
        vs.                                           **FOR ADMISSION**
20
   BANK OF AMERICA CORPORATION, FIA
21 CARD SERVICES, N.A., a national banking
   association, CARLSON COMPANIES, INC., a
22 Minnesota corporation, CARLSON TRAVEL
   NETWORK ASSOCIATES, INC., a Minnesota
23 corporation, and CARLSON TRAVEL GROUP,
   INC., a California corporation,
24
                        Defendants.
25

26

27

28

1  **REQUESTS FOR ADMISSION NO. 8**

2      Carlson Companies, Inc. charged the unredacted charges recorded in Exhibit B to the

3  Declaration of John Lofton in Support of Plaintiffs' Motion for Preliminary Injunction.

4  **RESPONSE TO REQUESTS FOR ADMISSION NO. 8**

5      Subject to and without waiving the foregoing objections, CTG responds as follows:

6  DENIED.

7  **REQUESTS FOR ADMISSION NO. 9**

8      Carlson Travel Network Associates, Inc. charged the unredacted charges recorded in

9  Exhibit B to the Declaration of John Lofton in Support of Plaintiffs' Motion for Preliminary

10  Injunction.

11  **RESPONSE TO REQUESTS FOR ADMISSION NO. 9**

12      Subject to and without waiving the foregoing objections, CTG responds as follows:

13  DENIED.

14  **REQUESTS FOR ADMISSION NO. 10**

15      Carlson Travel Group, Inc. charged the unredacted charges recorded in Exhibit B to the

16  Declaration of John Lofton in Support of Plaintiffs' Motion for Preliminary Injunction.

17  **RESPONSE TO REQUESTS FOR ADMISSION NO. 10**

18      Subject to and without waiving the foregoing objections, CTG responds as follows:

19  ADMITTED IN PART AND DENIED IN PART.  ADMIT that the charges recorded to plaintiff

20  John Lofton's credit card under the WorldPoints basic travel rewards program were charged by

21  CTG on behalf of Bank of America.   Otherwise DENIED.

22  **REQUESTS FOR ADMISSION NO. 11**

23      One or more of the Carlson Defendants charged the unredacted charges recorded in Exhibit

24  B to the Declaration of John Lofton in Support of Plaintiffs' Motion for Preliminary Injunction.

25  **RESPONSE TO REQUESTS FOR ADMISSION NO. 11**

26      Subject to and without waiving the foregoing objections, CTG responds as follows:

27  ADMITTED IN PART AND DENIED IN PART.  ADMIT that the charges recorded to plaintiff

28  John Lofton's credit card under the WorldPoints basic travel rewards program where charged by

1    **RESPONSE TO REQUESTS FOR ADMISSION NO. 27**

2            Subject to and without waiving the foregoing objections, CTG responds as follows:

3    DENIED.

4    Dated:  March 10, 2008                    BERGESON, LLP

5

6                                              By:_____
                                                   Donald P. Gagliardi

7                                              Attorneys for Defendant
8                                              CARLSON TRAVEL GROUP, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CTG'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION
Case No. C07-05892 SI

## VERIFICATION

I, Eric Burdon, declare under penalty of perjury under the laws of the United States that I am the President of Connexions Loyalty Travel Solutions, formerly known as Carlson Leisure Travel Services, a division of Carlson Travel Group, Inc. ("CTG"), that I have read the foregoing Defendants' Responses To Plaintiffs' First Set Of Interrogatories To Carlson Defendants, that the statements of facts contained therein, are within my personal knowledge or based upon information provided by other persons at CTG or business records of CTG, that the foregoing Responses are true and correct, and that I am authorized to sign this verification on behalf of CTG. Executed on March *10*, 2008, at Minneapolis, Minnesota.

Eric Burdon

CTG'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION