United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: MAY 2, 2008 LAW & MOTION CALENDAR.

**NOTICE**

_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT due to Judge Illston's unavailability, the April 29, 2008 calendar shall be continued to WEDNESDAY, MAY 14, 2008, at the same time as previously scheduled. We apologize for any inconvenience that this calendar adjustment may cause.

**09:00 AM**
C-07-4002 TRICIA LECKLER v. CASHCALL, INC
Reserved for Cross Motions for Partial Summary Judgment
Defendant's Motion for Partial Summary Judgment
Plaintiff's Motion for Partial Summary Judgment

-----------

C-06-7477 GOLDEN HOUR DATA SYSTEMS v. HEALTH SERVICES INTEGRATION INC.,
Defendant's Motion for Summary Judgment of Invalidity

-----------

C-07-5892 JOHN LOFTON v. BANK OF AMERICA
Bank of America's Motion to Dismiss
Plaintiff's Motions to Compel Discovery Responses

-----------

C-07-2951.e ROSS v. US BANK NATIONAL ASSOCIATION
Motion for Clarification

-----------

C-07-2780.e ANN OTSUKA v. POLO RALPH LAUREN CORP.
Defendant's Motion to Dismiss
Plaintiff's Motion to Dismiss and to Remand

-----------

**02:00 PM**
C-07-5531 ADOLPH VINCENT, JR., v. PACIFIC GAS & ELECTRIC
Initial Case Management Conference

-----------

C-07-6489.e LOIS RODDEN JEFFERSON PILOT FINANCIAL
Initial Case Management Conference
Phone - Elizabeth Green (818) 886-2525 x 6266

C-08-0495.e NATALIE JO v. SALIE MAE
Initial Case Management Conference

----------

C-08-0625.e CALIFORNIA CLOSET COMPANY INC., v. J. MARK EBBEN
Initial Case Management Conference

----------

C-08-0252.e RIZALINA ABELLAN v. SUPERIOR
Initial Case Management Conference (pro se)

----------

**02:30 PM**
C-06-7477.e GOLDEN HOUR DATA v. HEALTH SERVICES
Further Case Management Conference

----------

C-07-2951.e ROSS v. US BANK NATIONAL ASSOCIATION
Further Case Management Conference

----------

C-07-3140.e JAMES W. BOWMAN v. CMC MORTGAGE INC.,
Further Case Management Conference

----------

C-07-5524.e MELVIN ATKINS v. CITY OF PETALUMA
Further Case Management Conference

----------

C-08-0376 RICHARD HASKIN v. MERCK & CO.
Initial Case Management Conference

Dated: April 17, 2008                                    RICHARD W. WIEKING, Clerk

                                                         Tracy Sutton
                                                         Deputy Clerk

**United States District Court**
For the Northern District of California