1  Abraham J. Colman (SBN 146933)
   Email: acolman@reedsmith.com
2  Felicia Y. Yu (SBN 193316)
   Email: fyu@reedsmith.com
3  Jordan Yu (SBN 227341)
   Email: jsyu@reedsmith.com
4  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
5  Los Angeles, CA  90071-1514
   Telephone:   213.457.8000
6  Facsimile:   213.457.8080

7  Attorneys for Defendants
   BANK OF AMERICA CORPORATION and
8  FIA CARD SERVICES, N.A.

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association; CARLSON COMPANIES, INC., a Minnesota corporation; CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation; and CARLSON TRAVEL GROUP, INC., a California corporation; and DOES 1 to 100,<br><br>Defendants. | No.: C07-05892 SI<br><br>**AMENDED NOTICE OF CONTINUANCE OF DEFENDANTS BANK OF AMERICA CORPORATION AND FIA CARD SERVICES, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Civil L.R. 7-7(a)]<br><br>Continued Date:   July 11, 2008<br>Time:              9:00 a.m.<br>Court Room:        10<br><br>[Original Date:   May 2, 2008]<br><br>Honorable Susan Illston |

Pursuant to Local Rule 7-7(a), defendants Bank of America Corporation and FIA Card Services, N.A. (collectively "Defendants") hereby continue the hearing date of their Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss") from May 14, 2008 to July 11, 2008 at 9:00 a.m. in Courtroom 10 of the above entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, the Honorable Susan Illston presiding.

On April 10, 2008, Defendants filed their original Notice for Continuance pursuant to Local Rule 7-7(a). On that same date, the Court changed the hearing date on Defendants' Motion to Dismiss due to unavailability. Subsequently, Defendants have been informed that the Court is available on July 11, 2008 to hear Defendants' Motion to Dismiss. Accordingly, Defendants hereby re-notice their Motion to Dismiss for July 11, 2008 at 9:00 a.m.

DATED: April 18, 2008.

REED SMITH LLP

By    /s/ Jordan Yu
Jordan Yu
Attorneys for Defendants BANK OF AMERICA CORPORATION and FIA CARD SERVICES, N.A

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: C07-05892 SI                              -1-
AMENDED NOTICE OF CONTINUANCE OF DEFENDANTS' MOTION TO DISMISS

**PROOF OF SERVICE**

I, Griselda Munoz, declare:

I am employed in the County of Los Angeles, State of California. My business address is Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On April 18, 2008, I served the document(s) described as: ***AMENDED NOTICE OF CONTINUANCE OF DEFENDANTS BANK OF AMERICA CORPORATION AND FIA CARD SERVICES, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT.*** on the interested parties in this action by the methods listed below:

***SEE ATTACHED SERVICE LIST***

☒ BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cand.uscourts.gov.

☐ BY PERSONAL DELIVERY: I personally delivered the document(s) listed above to the person(s) at the address(es) set forth on the attached list.

☐ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071

☐ BY ☐ UPS NEXT DAY AIR ☐ FEDERAL EXPRESS ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ UPS ☐ FEDERAL EXPRESS ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ UPS ☐ FEDERAL EXPRESS OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s): in accordance with the written confirmation of counsel in this action.

☐ BY EMAIL: I sent via electronic mail a copy of said document(s) to the following addressee(s):

☐ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal] I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2008, at Los Angeles, California.

/s/   Griselda Munoz
Griselda Munoz

PROOF OF SERVICE

Service List
*Lofton v. Bank of America Corporation, et al.*
Case No.: C07-05892-MJJ

| | |
|---|---|
| Alan Himmelfarb, Esq.<br>KamberEdelson LLC<br>2757 Leonis Boulevard<br>Los Angeles, CA 90058<br>Tel: (323) 585-8696<br>Email: ahimmelfarb@kamberedelson.com | *Attorneys for Plaintiff John Lofton* |
| Jay Edelson, Esq.<br>Ethan Preston, Esq.<br>KamberEdelson LLC<br>53 West Jackson Blvd.<br>Suite 550<br>Chicago, IL 60604<br>Tel: (312) 589-6370<br>Email:   jedelson@kamberedelson.com<br>            epreston@kamberedelson.com | *Attorneys for Plaintiff John Lofton* |
| Scott Kamber, Esq.<br>KamberEdelson LLC<br>11 Broadway, 22nd Floor<br>New York, NY 10004<br>Tel: (212) 920-3072<br>Fax: (212) 202-6364<br>Email:   skamber@kolaw.com | *Attorneys for Plaintiff John Lofton* |
| Daniel J. Bergeson, Esq.<br>Donald P. Gagliardi, Esq.<br>Bergeson, LLP<br>303 Almaden Boulevard<br>Suite 500<br>San Jose, CA 95110-2712<br>Tel: (408) 291-6200<br>Fax: (408) 297-6000<br>Email:   dbergeson@be-law.com<br>            dgagliardi@be-law.com | *Attorneys for Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc.* |
| S. Edward Sarskas, Esq.<br>Michael Best & Friedrich, LLP<br>100 E. Wisconsin Avenue<br>Suite 3300<br>Milwaukee, WI 53202-4108<br>Tel: (414) 271-6560<br>Fax:<br>Email:   searskas@michaelbest.com | *Attorneys for Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc.* |

- 2 -
PROOF OF SERVICE

## Service List
### *Lofton v. Bank of America Corporation, et al.*
### Case No.: C07-05892-MJJ

| | |
|---|---|
| Martin R. Lueck, Esq.<br>Emmett J. McMahon, Esq.<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 La Salle Avenue<br>Minneapolis, MN 55402<br>Tel: (612) 349-8500<br>Fax: (612) 339-4181<br>Email:  mrlueck@rkmc.com<br>         ejmcmahon@rkmc.com | *Attorneys for Defendant Carlson Companies, Inc.* |
| Elizabeth D. Le, Esq.<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>Tel: (310) 552-0130<br>Fax: (310) 229-5800<br>Email:  edle@rkmc.com | *Attorneys for Defendant Carlson Companies, Inc.* |

DOCSLA-15618382.4