Daniel J. Bergeson, Bar No. 105439
dbergeson@be-law.com
Donald P. Gagliardi, Bar No. 138979
dgagliardi@be-law.com
Colin McCarthy, Bar No. 191410
cmccarthy@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

S. Edward Sarskas, Esq. *Pro Hac Vice*
sesarskas@michaelbest.com
Michael Best & Friedrich, LLP
100 E. Wisconsin Ave., Ste. 3300
Milwaukee, WI 53202-4108
Ph:     414.271.6560
Fax:    414.277.0656

Attorneys for Defendant
CARLSON TRAVEL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation,<br><br>             Defendants. | Case No. C07-05892 SI<br><br>**CTG'S REQUEST TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE**<br><br>Date:          April 25, 2008<br>Time:          2:00 p.m.<br>Location.:    Courtroom 10, 19th Floor<br>Judge:         Hon. Susan Illston<br><br>Complaint Filed:  November 20, 2007 |

1  Pursuant to Northern District of California Local Rule 16-10(a), S. Edward Sarskas, Co-Counsel for Defendant Carlson Travel Group, Inc., respectfully requests permission to appear and participate telephonically at the Case Management Conference in the above-captioned matter, scheduled for April 25, 2008 at 2:00 p.m.

Dated: April 18, 2008                S. Edward Sarskas, Esq.
                                     MICHAEL BEST & FRIEDRICH, LLP

                                     Donald P. Gagliardi
                                     BERGESON, LLP


                                     By_____/s/_____
                                             S. Edward Sarskas, Esq.
                                     Defendant, Carlson Travel Group, Inc.

---

- 1 -
CTG'S REQUEST TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE
Case No. C07-05892 SI