1  Daniel J. Bergeson, Bar No. 105439
   dbergeson@be-law.com
2  Donald P. Gagliardi, Bar No. 138979
   dgagliardi@be-law.com
3  Colin McCarthy, Bar No. 191410
   cmcarthy@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  S. Edward Sarskas, Esq. *Pro Hac Vice*
   sesarskas@michaelbest.com
8  Michael Best & Friedrich, LLP
   100 E. Wisconsin Ave., Ste. 3300
9  Milwaukee, WI 53202-4108
   Ph:       414.271.6560
10 Fax:      414.277.0656

11 Attorneys for Defendant
   CARLSON TRAVEL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation,<br><br>Defendants. | Case No. C07-05892 SI<br><br>**CTG'S REQUEST TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE**<br><br>Date:         April 25, 2008<br>Time:        2:00 p.m.<br>Location.:   Courtroom 10, 19th Floor<br>Judge:       Hon. Susan Illston<br><br>Complaint Filed:  November 20, 2007 |

1    Pursuant to Northern District of California Local Rule 16-10(a), S. Edward Sarskas, Co-
Counsel for Defendant Carlson Travel Group, Inc., respectfully requests permission to appear and participate telephonically at the Case Management Conference in the above-captioned matter, scheduled for April 25, 2008 at 2:00 p.m.

Dated: April 18, 2008

S. Edward Sarskas, Esq.
MICHAEL BEST & FRIEDRICH, LLP

Donald P. Gagliardi
BERGESON, LLP

By _____/s/_____
S. Edward Sarskas, Esq.
Defendant, Carlson Travel Group, Inc.



IT IS SO ORDERED
Judge Susan Illston

- 1 -
CTG'S REQUEST TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE
Case No. C07-05892 SI