| | |
|---|---|
| 1 | Alan Himmelfarb (Cal. Bar. No. 90480)<br>KAMBEREDELSON LLC |
| 2 | 2757 Leonis Blvd.<br>Los Angeles, CA 90058 |
| 3 | (323) 585-8696<br>ahimmelfarb@kamberedelson.com |
| 4 | |
| 5 | Jay Edelson<br>Ethan Preston |
| 6 | KAMBEREDELSON LLC<br>53 West Jackson Ave., Suite 550 |
| 7 | Chicago, IL 60604<br>312-589-6370 |
| 8 | jedelson@kamberedelson.com<br>epreston@kamberedelson.com |
| 9 | *Attorneys for John Lofton* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC. a California corporation, and DOES 1 to 100,<br><br>Defendants. | No. 07-05892 (SI)<br><br>Judge Susan Illston<br><br>**NOTICE OF FILING AND LODGING OF PROPOSED ORDER** |

**NOTICE OF FILING AND LODGING OF PROPOSED ORDER**

PLEASE TAKE NOTICE that Plaintiff John Lofton has filed with the Court and served his Opposition to Carlson Companies, Inc.'s ("CCI") Motion for Protective Order. Lofton's Opposition quotes portions of the Amended and Restated Rewards Program Services Agreement ("Agreement") attached as Exhibit 2 to the Declaration of Wanda K. Cahill. As Lofton previously stipulated that the Agreement should be filed under seal, and agreed to "maintain the confidential nature of the [Agreement] and . . . not disseminate it to anyone outside your firm or use it for any purposes other than this litigation," Lofton is filing his Opposition under seal pursuant to the Court's standing order, out of an abundance of caution. The specific quotations from the Agreement that should be sealed are set forth in footnote 6 of the Opposition.

PLEASE TAKE NOTICE that, pursuant to General Order No. 45(VIII) and the prior direction of the Court's chambers, Plaintiffs lodged with the Court the attached proposed order below by emailing a .pdf document to both "SIpo@cand.uscourts.gov" and "Tracy_Sutton@cand.uscourts.gov."

Dated: April 23, 2008

 s/Ethan Preston
Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 550
Chicago, IL 60604
(312) 589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

*Attorneys for John Lofton*

# CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C.§ 1746, I hereby certify that a copy of Plaintiff's Notice of Filing and Lodging Proposed Order, and Proposed Order were this date served via filing under the ECF system pursuant to the Court's General Order No. 45, and that Plaintiff's Opposition to CCI's Motion for Protective Order was this date served upon the parties below Fed. R. Civ. P. 5(b) by causing a copy of the same to be placed in the United States Mail, postage prepaid, and sent to their last known address as follows:

Felicia Yu
Jordan Yu
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

*Attorneys for Bank of America Corp., and FIA Card Services, N.A.*

Elizabeth Le
Robins, Kaplan, Miller & Ciresi, LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208

Emmett McMahon
Robins Kaplan Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

*Attorneys for Carlson Companies, Inc.*

Donald P. Gagliardi
Bergeson, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712

S. Edward Sarskas
Michael Best & Friedrich LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108

*Attorneys for Carlson Travel Group, Inc. and Carlson Travel Network Associates, Inc.*

Date:          April 23, 2008

By: s/Ethan Preston
ETHAN PRESTON