**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 4/25/08

Case No.   C-07-5892 SI          Judge:   SUSAN ILLSTON

Title: LOFTON  -v- BANK OF AMERICA

Attorneys: E. Preston, A Himmelfarb        Yu (phone), Sarskas (phone), Lueck, Gagliardi, Le

Deputy Clerk:  Tracy Sutton   Court Reporter:  n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to **9/5/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to    @ **9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    @ **3:30 p.m.**  for Pretrial Conference

Case continued to    @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Counsel shall inform the Court by 5/2/08 of the private mediator selected and have the session completed by 5/25/08.