Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 550
Chicago, IL 60604
(312) 589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

*Attorneys for John Lofton*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC. a California corporation, and DOES 1 to 100,<br><br>Defendants. | No. 07-05892 (SI)<br><br>Judge Susan Illston<br><br>**EX PARTE MOTION TO SEAL PLAINTIFF JOHN LOFTON'S OPPOSITION TO CARLSON COMPANIES, INC. MOTION FOR PROTECTIVE ORDER AND [PROPOSED] ORDER** |

Plaintiff John Lofton hereby submits his *ex parte* Motion to seal his Opposition to Carlson Companies, Inc.'s ("CCI") Motion for Protective Order pursuant to paragraph 3 of Judge Illston's Standing Order.

On February 20, 2008, CCI filed a Motion to Dismiss. CCI submitted the Declaration of Wanda K. Cahill in support of that Motion to Dismiss, and attached to that Declaration an Amended and Restated Rewards Program Services Agreement (the "Agreement") as Exhibit 2. On February 26, 2008, CCI indicated that the Agreement was confidential and had been mistakenly filed as a public document, and filed an administrative motion to seal the Agreement. The Court entered a Stipulated Protective Order on April 14, 2008. Paragraph 10 of the Stipulated Protective Order states:

> Without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons, a Party may not file in the public record in this action any Protected Material. A Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5.

Out of an abundance of caution, Lofton seeks to file his Opposition to CCI's Motion for Protective Order under Seal.

On April 28, 2008, Lofton sought Defendants' assent to a stipulation to file his Opposition under seal. Counsel for Bank of America Corporation and FIA Card Services, N.A. indicated it had no opposition. As of the time this *ex parte* Motion was filed via ECF, Lofton has not received any response from the other Defendants.

Dated: April 29, 2008

By: s/Ethan Preston

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 550
Chicago, IL 60604
(312) 589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

*Attorneys for John Lofton*

**[PROPOSED] ORDER**

The Court having reviewed Plaintiff John Lofton's Opposition to Carlson Companies, Inc.'s Motion for Protective Order, the parties' Stipulated Protective Order, and this Stipulation, orders that Plaintiff's Opposition to the Motion for Protective Order be sealed.

Dated:

_____
Hon. Susan Illston
United States District Court Judge