Daniel J. Bergeson, Bar No. 105439
dbergeson@be-law.com
Donald P. Gagliardi, Bar No. 138979
dgagliardi@be-law.com
Colin G. McCarthy, Bar No. 191410
cmccarthy@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

S. Edward Sarskas, Esq. *pro hac vice*
sesarskas@michaelbest.com
MICHAEL BEST & FRIEDRICH, LLP
100 E. Wisconsin Avenue, Ste. 3300
Milwaukee, WI 53202-4108
Ph: 414.271.6560
Fax: 414.277.0656

Attorneys for Defendant
CARLSON TRAVEL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation,<br><br>Defendants. | Case No. C07-05892 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE MEDIATION**<br><br>Hon. Susan Illston |

1  WHEREAS, the parties have been ordered to agree upon a mediator and report to the Court
2  the identity of the mediator by May 2, 2008 and to have a session of the mediation completed on
3  or before May 25, 2008; and

4  WHEREAS, the parties have agreed to mediate the above-captioned action before the Hon.
5  Ronald M. Sabraw, Alameda Superior Court Judge (Ret.); and

6  WHEREAS, the principal with authority to participate in the mediation and potentially
7  settle the action on behalf of defendant Carlson Travel Group, Inc. ("CTG") is also not available
8  for mediation prior to May 25, 2008; and

9  WHEREAS, Judge Sabraw, the parties and all counsel are all available to conduct the
10 mediation on June 17, 2008 and have selected and reserved that date with Judge Sabraw for
11 mediation and hereby report the same to the Court; accordingly,

**STIPULATION**

13 IT IS HEREBY STIPULATED by and among the parties to the above-captioned action
14 that the time within the parties were ordered to complete a session of mediation in the action be
15 extended through and including June 17, 2008.

**SO STIPULATED.**

17 Date: May 2, 2008                KAMBEREDELSON, LLC

                                   _____/s/_____
                                   Ethan Preston, Esq.

                                   Attorneys for Plaintiff
                                   JOHN LOFTON

22 Date: May 2, 2008                REED SMITH, LLP

                                   _____/s/_____
                                   Felicia Yu, Esq.

                                   Attorneys for Defendants
                                   BANK OF AMERICA and FIA

26 ///
27 ///
28 ///

1

| | | |
|---|---|---|
| 1 | Date: May 2, 2008 | MICHAEL BEST & FRIEDRICH, LLP |
| 2 | | BERGESON, LLP |
| 3 | | _____/s/_____ |
| | | Donald P. Gagliardi, Esq. |
| 4 | | |
| 5 | | Attorneys for Defendant<br>CARLSON TRAVEL GROUP, INC. |
| 6 | | |
| 7 | Date: May 2, 2008 | ROBINS, KAPLAN, MILLER & CIRESI LLP |
| 8 | | _____/s/_____ |
| | | Elizabeth D. Le, Esq. |
| 9 | | |
| 10 | | Attorneys for Defendant<br>CARLSON COMPANIES, INC. |

**ORDER**

IT IS HEREBY ORDERED that the time within the parties may conduct the mediation in the above-captioned action be extended through and including June 17, 2008.

**SO ORDERED.**

Date: May ___, 2008

_____
Hon. Susan Illston
UNITED STATES DISTRICT JUDGE