1  Daniel J. Bergeson, Bar No. 105439
   dbergeson@be-law.com
2  Donald P. Gagliardi, Bar No. 138979
   dgagliardi@be-law.com
3  Colin G. McCarthy, Bar No. 191410
   cmccarthy@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  S. Edward Sarskas, Esq. *pro hac vice*
   sesarskas@michaelbest.com
8  MICHAEL BEST & FRIEDRICH, LLP
   100 E. Wisconsin Avenue, Ste. 3300
9  Milwaukee, WI  53202-4108
   Ph:  414.271.6560
10 Fax: 414.277.0656

11 Attorneys for Defendant
   CARLSON TRAVEL GROUP, INC.
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17  JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>18<br>                                   Plaintiff,<br>19<br>      vs.<br>20<br>BANK OF AMERICA CORPORATION, FIA<br>21  CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a<br>22  Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota<br>23  corporation, and CARLSON TRAVEL GROUP, INC., a California corporation,<br>24<br>                                   Defendants.<br>25 | Case No. C07-05892 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE MEDIATION**<br><br><br><br>Hon. Susan Illston |

26
27
28

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO COMPLETE MEDIATION                               Case No. C07-05892 SI

1     WHEREAS, the parties have been ordered to agree upon a mediator and report to the Court the identity of the mediator by May 2, 2008 and to have a session of the mediation completed on or before May 25, 2008; and

4     WHEREAS, the parties have agreed to mediate the above-captioned action before the Hon. Ronald M. Sabraw, Alameda Superior Court Judge (Ret.); and

6     WHEREAS, the principal with authority to participate in the mediation and potentially settle the action on behalf of defendant Carlson Travel Group, Inc. ("CTG") is also not available for mediation prior to May 25, 2008; and

9     WHEREAS, Judge Sabraw, the parties and all counsel are all available to conduct the mediation on June 17, 2008 and have selected and reserved that date with Judge Sabraw for mediation and hereby report the same to the Court; accordingly,

**STIPULATION**

13     IT IS HEREBY STIPULATED by and among the parties to the above-captioned action that the time within the parties were ordered to complete a session of mediation in the action be extended through and including June 17, 2008.

**SO STIPULATED.**

Date: May 2, 2008      KAMBEREDELSON, LLC

/s/
Ethan Preston, Esq.

Attorneys for Plaintiff
JOHN LOFTON

Date: May 2, 2008      REED SMITH, LLP

/s/
Felicia Yu, Esq.

Attorneys for Defendants
BANK OF AMERICA and FIA

///
///
///

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO COMPLETE MEDIATION      Case No. C07-05892 SI

| | | |
|---|---|---|
| 1 | Date: May 2, 2008 | MICHAEL BEST & FRIEDRICH, LLP |
| 2 | | BERGESON, LLP |
| 3 | | _____/s/_____ |
| | | Donald P. Gagliardi, Esq. |
| 4 | | |
| 5 | | Attorneys for Defendant<br>CARLSON TRAVEL GROUP, INC. |
| 7 | Date: May 2, 2008 | ROBINS, KAPLAN, MILLER & CIRESI LLP |
| 8 | | _____/s/_____ |
| | | Elizabeth D. Le, Esq. |
| 10 | | Attorneys for Defendant<br>CARLSON COMPANIES, INC. |

**ORDER**

IT IS HEREBY ORDERED that the time within the parties may conduct the mediation in the above-captioned action be extended through and including June 17, 2008.

**SO ORDERED.**

Date: May ___, 2008

_____
Hon. Susan Illston
UNITED STATES DISTRICT JUDGE

---

2
STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO COMPLETE MEDIATION                              Case No. C07-05892 SI