Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 550
Chicago, IL 60604
(312) 589-6370
jedelson@kamberedelson.com
epreston@kamberedelson.com

*Attorneys for John Lofton*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC. a California corporation, and DOES 1 to 100,<br><br>Defendants. | No. 07-05892 (SI)<br><br>Judge Susan Illston<br><br>**[PROPOSED] ORDER ON PLAINTIFF JOHN LOFTON'S MAY 7, 2008 MOTION** |

The Court, after consideration of the parties' papers and all other matters presented to the Court, orders that:

[___]: The Court grants Lofton leave to supplement the briefings on Motion to Compel to update the Court on intervening developments.

[___]: The Court accepts Lofton's May 7, 2008 letter brief as an independent Motion to Compel pursuant to Paragraph 2 of the Court's Standing Order.

[___]: The Court grants Lofton's pending Motion to Compel and orders CTG to request Worldspan to stop deleting WorldPoint itineraries, to immediately produce all electronic discovery in original format, absent individualized showing that cost-shifting should apply, and to answer as much of Interrogatories Nos. 1 to 3 as it can (even if it cannot identify which tickets were purchased by California residents).

For the sake of clarity, the Court has designated the content of this order by marking the brackets next to the paragraphs above – the paragraph which is unmarked is null and void, and does not constitute part of this order.

Dated:

_____
Hon. Susan Illston
United States District Court Judge