1  Abraham J. Colman (SBN 146933)
   Email: acolman@reedsmith.com
2  Felicia Y. Yu (SBN 193316)
   Email: fyu@reedsmith.com
3  Jordan Yu (SBN 227341)
   Email: jsyu@reedsmith.com
4  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
5  Los Angeles, CA 90071-1514
   Telephone:    213.457.8000
6  Facsimile:    213.457.8080

7  Attorneys for Defendants
   BANK OF AMERICA CORPORATION and
8  FIA CARD SERVICES, N.A.

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14  JOHN LOFTON, an individual, on his own behalf     No.: C07-05892 SI
    and on behalf of all others similarly situated,
15                                                    **NOTICE OF PRELIMINARY
                     Plaintiff,                       SETTLEMENT AND WITHDRAWAL OF
16                                                    PENDING MOTIONS**
          vs.
17                                                    Complaint Filed: November 20, 2007
    BANK OF AMERICA CORPORATION, FIA
18  CARD SERVICES, N.A., a national banking           The Honorable Susan Illston
    association; CARLSON COMPANIES, INC., a
19  Minnesota corporation; CARLSON TRAVEL
    NETWORK ASSOCIATES, INC., a Minnesota
20  corporation; and CARLSON TRAVEL GROUP,
    INC., a California corporation; and DOES 1 to
21  100,

22                   Defendants.

23

24

25

26

27

28

Plaintiff John Lofton, an individual, on his own behalf and on behalf of all others similarly situated, and defendants Bank of America Corporation, FIA Card Services, N.A., Carlson Companies, Inc., and Carlson Travel Group, Inc. (collectively the "Parties") are pleased to inform the Court that they have reached a preliminary settlement in this action.

On June 17, 2008, the Parties appeared for mediation before the Honorable Ronald M. Sabraw (ret.) at JAMS in San Francisco, California. During the mediation on June 17th, and through subsequent telephone conferences with Judge Sabraw, the parties were able to reach a preliminary settlement in this action. The Parties are currently meeting and conferring in good faith to finalize the settlement terms and documents.

Currently, there are three motions noticed for hearing in this action:

<u>July 11, 2008</u>: Defendant Bank of America Corporation and FIA Card Services, N.A.'s Motion to Dismiss Plaintiff's Complaint

<u>August 1, 2008</u>: Defendant Carlson Companies, Inc.'s Motion to Dismiss Class Action Complaint for Lack of Personal Jurisdiction

<u>September 5, 2008</u>: Plaintiff's Motion for Preliminary Injunction and Class Certification

In light of the preliminary settlement agreement, and in the interest of judicial and litigant economy, the moving parties hereby withdraw their pending motions referenced above.

In addition to the pending motions, the Court has scheduled a further case management conference for September 5, 2008, at 2:00 p.m. The Parties respectfully request that the Court keep this case management conference on calendar to allow the parties to inform the Court of the status of the settlement. If the Parties are able to finalize the settlement terms and documents prior to September 5, 2008, the Parties will notice a motion for preliminary approval of settlement pursuant to Fed. R. Civ. Proc. 23(e).

                            Respectfully submitted.

DATED: July 8, 2008                KAMBER EDELSON LLC


By   /s/ Ethan Preston
      Ethan Preston
      Attorneys for Plaintiff
      JOHN LOFTON, an individual, on his own behalf
      and on behalf of all others similarly situated

DATED: July 8, 2008                REED SMITH LLP


By   /s/ Felicia Y. Yu
      Felicia Y. Yu
      Attorneys for Defendants
      BANK OF AMERICA CORPORATION and FIA
      CARD SERVICES, N.A.

DATED: July 8, 2008                ROBINS KAPLAN MILLER & CISERI LLP


By   /s/ Emmett J. McMahon
      Emmett J. McMahon
      Attorneys for Defendant
      CARLSON COMPANIES, INC.

DATED: July 8, 2008                MICHAEL BEST & FRIEDRICH LLP


By   /s/ S. Edward Sarskas
      S. Edward Sarskas
      Attorneys for Defendant
      Carlson Travel Group, Inc.

# PROOF OF SERVICE

I, Griselda Munoz, declare:

I am employed in the County of Los Angeles, State of California. My business address is Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On July 8, 2008, I served the document(s) described as: **NOTICE OF PRELIMINARY SETTLEMENT AND WITHDRAWAL OF PENDING MOTIONS**. on the interested parties in this action by the methods listed below:

**SEE ATTACHED SERVICE LIST**

☒ BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cand.uscourts.gov.

☐ BY PERSONAL DELIVERY: I personally delivered the document(s) listed above to the person(s) at the address(es) set forth on the attached list.

☐ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071

☐ BY ☐ UPS NEXT DAY AIR ☐ FEDERAL EXPRESS ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ UPS ☐ FEDERAL EXPRESS ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ UPS ☐ FEDERAL EXPRESS OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s):  in accordance with the written confirmation of counsel in this action.

☐ BY EMAIL: I sent via electronic mail a copy of said document(s) to the following addressee(s):

☐ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal] I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2008, at Los Angeles, California.

/s/   Griselda Munoz
_____
Griselda Munoz

## Service List
### *Lofton v. Bank of America Corporation, et al.*
### Case No.: CV-07-05892-SI

| | |
|---|---|
| Alan Himmelfarb, Esq.<br>KamberEdelson LLC<br>2757 Leonis Boulevard<br>Los Angeles, CA 90058<br>Tel: (323) 585-8696<br>Email: ahimmelfarb@kamberedelson.com | *Attorneys for Plaintiff John Lofton* |
| Jay Edelson, Esq.<br>Ethan Preston, Esq.<br>KamberEdelson LLC<br>53 West Jackson Blvd.<br>Suite 550<br>Chicago, IL 60604<br>Tel: (312) 589-6370<br>Email: jedelson@kamberedelson.com<br>epreston@kamberedelson.com | *Attorneys for Plaintiff John Lofton* |
| Scott Kamber, Esq.<br>KamberEdelson LLC<br>11 Broadway, 22nd Floor<br>New York, NY 10004<br>Tel: (212) 920-3072<br>Fax: (212) 202-6364<br>Email: skamber@kolaw.com | *Attorneys for Plaintiff John Lofton* |
| Daniel J. Bergeson, Esq.<br>Donald P. Gagliardi, Esq.<br>Bergeson, LLP<br>303 Almaden Boulevard<br>Suite 500<br>San Jose, CA 95110-2712<br>Tel: (408) 291-6200<br>Fax: (408) 297-6000<br>Email: dbergeson@be-law.com<br>dgagliardi@be-law.com | *Attorneys for Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc.* |
| S. Edward Sarskas, Esq.<br>Michael Best & Friedrich, LLP<br>100 E. Wisconsin Avenue<br>Suite 3300<br>Milwaukee, WI 53202-4108<br>Tel: (414) 271-6560<br>Fax:<br>Email: searskas@michaelbest.com | *Attorneys for Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc.* |

PROOF OF SERVICE

| | |
|---|---|
| Service List<br>*Lofton v. Bank of America Corporation, et al.*<br>Case No.: CV-07-05892-SI | |
| Martin R. Lueck, Esq.<br>Emmett J. McMahon, Esq.<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 La Salle Avenue<br>Minneapolis, MN 55402<br>Tel: (612) 349-8500<br>Fax: (612) 339-4181<br>Email:  mrlueck@rkmc.com<br>          ejmcmahon@rkmc.com | *Attorneys for Defendant Carlson Companies, Inc.* |
| Elizabeth D. Le, Esq.<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>Tel: (310) 552-0130<br>Fax: (310) 229-5800<br>Email:  edle@rkmc.com | *Attorneys for Defendant Carlson Companies, Inc.* |

DOCSLA-15618382.4

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 3 -

PROOF OF SERVICE