IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERBERT J. SIMS & CO.,INC.,                           No. C 07-04777SI

       Plaintiff,                                                    **NOTICE**

  v.

MARK ROVEN,

       Defendant.
                                                   /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the previous clerk's notice was issued in error.

Dated: September 2, 2008                                          RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk