IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN LOFTON,

        Plaintiff,

  v.

BANK OF AMERICA CORPORATION,

        Defendant.

No. C 07-05892SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the case management conference has been continued to Monday, September 22, 2008, at 2:30 p.m.

Dated: September 2, 2008

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk