1 Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON LLC
2 2757 Leonis Blvd.
Los Angeles, CA 90058
3 (323) 585-8696
ahimmelfarb@kamberedelson.com
4
Jay Edelson
5 Ethan Preston (*pro hac vice*)
KAMBEREDELSON LLC
6 53 West Jackson Ave., Suite 550
Chicago, IL 60604
7 312-589-6370
jedelson@kamberedelson.com
8 epreston@kamberedelson.com

9 *Attorneys for John Lofton*

10 **IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
11 SAN FRANCISCO DIVISION**

| | |
|---|---|
| 12 JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly 13 situated, | No. 07-05892 (SI) |
| | Judge Susan Illston |
| 14 Plaintiff | **PLAINTIFF'S CASE MANAGEMENT STATEMENT** |
| 15 v. | Date:  September 22, 2008 |
| 16 BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking 17 association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL 18 NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, 19 INC. a California corporation, and DOES 1 to 100, | Time:  2:30 pm
Location: Courtroom 10, 19th Floor
450 Golden Gate Ave.
San Francisco, CA 94102 |
| 20 | |
| 21 Defendants. | |

22 **PLAINTIFF'S CASE MANAGEMENT STATEMENT**

23 Pursuant to Civil Local Rule 16-10(d), Plaintiff John Lofton ("Lofton") hereby

24 submits the following his Case Management Statement. Plaintiff submits this statement

25 independently. Plaintiff solicited a draft Joint Case Management Statement from Defendants

26 at approximately 1 p.m. Central Standard Time today. Plaintiff filed his Case Management

27 Statement after the close of local business hours on September 12, 2008. As of the time of

28 filing, Plaintiff had not received any response from Defendants.

1. On April 25, 2008, the counsel for the parties appeared before the Court for case management. At that time they informed the Court of their intention to enter private mediation in an effort to resolve the present litigation. The parties were ordered to complete said mediation by May 25, 2008 and scheduled further case management for September 5, 2008.

2. On May 2, 2005, the parties informed the court that they had selected the Honorable Ronald Sabraw (Ret.) as private mediator and requested an extension of time to complete mediation. The Court granted the parties' request.

3. On June 17, 2008, the counsel for the parties met at the offices of JAMS in San Francisco and engaged in approximately 14 hours of mediation with the assistance of Judge Sabraw.

4. Although no agreement was reached at the mediation, Judge Sabraw convinced the parties to continue their discussions and an agreement in principle as to relief for the class a few days after the mediation.

5. On June 24, 2008, counsel for Plaintiff provided Defendants with a draft settlement agreement as well as all supporting documents including several proposed notices and a claim form.

6. On July 8, 2008, counsel for Bank of America filed a document styled as a Notice of Preliminary Settlement and Withdrawal of Pending Motions. The document stated that the parties had reached an agreement in principle, that the parties were voluntarily withdrawing all pending motions, and that the parties had agreed to stay all pending discovery.

7. After repeated requests of Defendants for comments upon the proposed settlement documents, Plaintiff's counsel was again forced to seek the assistance of Judge Sabraw. Judge Sabraw successfully prevailed upon Defendants to produce comments to the drafts six weeks later, on August 6, 2008.

8. Plaintiffs have timely responded to Defendants' proposed revisions to the draft

settlement documents and await what hopefully will be the final set of documents, which have been promised by Bank of America's counsel on Monday, September 15, 2008.

9. Although the Defendants have delayed the finalization of the parties agreement for several months—for whatever reason—Plaintiff and his counsel are confident that the parties have reached an agreement, and will be able to finalize and execute a settlement stipulation.

Dated: September 12, 2008

By: s/Ethan Preston
Ethan Preston (*pro hac vice*)
KAMBEREDELSON LLC
53 West Jackson Ave., Suite 550
Chicago, IL 60604
312-589-6370
epreston@kamberedelson.com

*Attorneys for John Lofton*