1  Martin R. Lueck (MN Bar No.155548)
   Emmett J. McMahon (Admitted *pro hac vice*)
2  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2800 LaSalle Plaza
3  800 LaSalle Avenue
   Minneapolis, MN 55402
4  Telephone:   612-349-8500
   Facsimile:   612-339-4181
5  E-mail:      mrlueck@rkmc.com
                ejmcmahon@rkmc.com
6

7  Elizabeth D. Le (CA Bar No. 216182)
   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
8  2049 Century Park East, Suite 3400
   Los Angeles, CA  90067-3208
9  Telephone:   310-552-0130
   Facsimile:   310-229-5800
10 E-mail:      edle@rkmc.com

11 Attorneys for Defendant
   CARLSON COMPANIES, INC.

1  Martin R. Lueck (MN Bar No.155548)
   Emmett J. McMahon (Admitted *pro hac vice*)
2  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2800 LaSalle Plaza
3  800 LaSalle Avenue
   Minneapolis, MN 55402
4  Telephone:   612-349-8500
   Facsimile:   612-339-4181
5  E-mail:      mrlueck@rkmc.com
                ejmcmahon@rkmc.com
6

7  Elizabeth D. Le (CA Bar No. 216182)
   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
8  2049 Century Park East, Suite 3400
   Los Angeles, CA  90067-3208
9  Telephone:   310-552-0130
   Facsimile:   310-229-5800
10 E-mail:      edle@rkmc.com

11 Attorneys for Defendant
   CARLSON COMPANIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association, CARLSON COMPANIES, INC., a Minnesota corporation, CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation, and CARLSON TRAVEL GROUP, INC., a California corporation, and DOES 1 to 100,<br><br>   Defendants. | Case No.  CV 07-05892 SI<br><br>[Case Assigned for All Purposes to the Hon. Susan Illston]<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>**Date: September 22, 2008**<br>**Time: 2:30 pm**<br>**Ctrm: 10** |

Pursuant to Civil Rule 16-9 and Fed. R. Civ. Proc. 26(f), Plaintiff JOHN LOFTON ("Lofton") and Defendants, BANK OF AMERICA CORPORATION ("BofA"), FIA CARD SERVICES, N.A. ("FIA") (together as "BofA"), CARLSON TRAVEL GROUP, INC. ("CTG"), and CARLSON COMPANIES INC. ("CCI") (collectively, all "Defendants") hereby submit the following Joint Case Management Statement.

Pursuant to a June 17, 2008 mediation with the Honorable Ronald Sabraw (Ret.), and subsequent telephone conferences following the mediation, the parties have reached a preliminary settlement in this action. The parties are in the process of finalizing the settlement documents, which the parties hope to be completed by the September 22, 2008 Conference.

DATED: September 12, 2008     Respectfully Submitted,

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:  /s/ Elizabeth D. Le
    Martin R. Lueck
    Emmett J. McMahon
    Elizabeth D. Le
    2049 Century Park East, Suite 3400
    Los Angeles, CA 90067

*Attorneys for Defendant Carlson Companies, Inc.*

DATED: September 12, 2008     Respectfully Submitted,

**KAMBEREDELSON LLC**

By:  /s/ Alan Himmelfarb
    Alan Himmelfarb
    2757 Leonis Blvd.
    Los Angeles, CA 90058

*Attorneys for John Lofton*

DATED: September 12, 2008

Respectfully Submitted,

**REED SMITH LLP**

By: /s/ Abraham Colman
    Abraham Colman
    Felicia Y. Yu
    Jordan Yu
    355 South Grand Avenue, Suite 2900
    Los Angeles, CA 90071-1514

*Attorneys for Bank of America Corp., and FIA Card Services, N.A*

DATED: September 12, 2008

Respectfully Submitted,

**MICHAEL BEST & FRIEDRICH LLP**

By: /s/ S. Edward Sarskas
    S. Edward Sarskas
    100 East Wisconsin Ave., Suite 3300
    Milwaukee, WI 53202-4108

*Attorneys for Carlson Travel Group, Inc.*