RECEIVED
08 OCT -8 PM 4:44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LOFTON, individually and on behalf of all others similarly situated, | CASE NO. C 07-05892 SI |
| Plaintiff, | **(Proposed)** |
| v. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** |
| BANK OF AMERICA CORPORATION, et al., | ***PRO HAC VICE*** |
| Defendant. | |

Ryan D. Andrews , whose business address and telephone number is

350 N. LaSalle St., Ste. 1300
Chicago, IL 60654
(312) 589-6370

and who is an active member in good standing of the bar of           Illinois

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing   John Lofton.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:

_____
SUSAN ILLSTON
United States District    Judge