Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Felicia Y. Yu (SBN 193316)
Email: fyu@reedsmith.com
Jordan Yu (SBN 227341)
Email: jsyu@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendants
BANK OF AMERICA CORPORATION and
FIA CARD SERVICES, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association; CARLSON COMPANIES, INC., a Minnesota corporation; CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation; and CARLSON TRAVEL GROUP, INC., a California corporation; and DOES 1 to 100,<br><br>Defendants. | No.: C07-05892 SI<br><br>**STIPULATION TO MODIFY CLASS ACTION SETTLEMENT AGREEMENT AND ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT; AND [PROPOSED] ORDER THEREON**<br><br>The Honorable Susan Illston |

This Stipulation to Modify Class Action Settlement Agreement and Order Preliminarily Approving Class Action Settlement is made by and between Plaintiff John Lofton ("Plaintiff") and Defendants Bank of America Corporation, FIA Card Services, N.A., Carlson Companies, Inc., and Carlson Travel Group, Inc. (collectively "Defendants"), through their respective attorneys of record, with reference to the following facts:

## RECITALS

A. On or about October 28, 2008, the parties entered into a Class Action Settlement Agreement ("Agreement") that was presented to the Court for preliminary approval.

B. On November 4, 2008, following a hearing, the Court entered an Order Preliminarily Approving Class Action Settlement, Provisionally Certifying a Nationwide Class, Approving Procedure and Form of Notice and Scheduling Fairness Hearing ("Order").

C. Pursuant to Section 4.2 of the Agreement, and Paragraph 10 of the Order, Defendants were required to include a summary notice of the Agreement, as an *insert to the periodic account statement* mailed to *current* FIA WorldPoints Cardholders who are members of the settlement class. In the event a member of the settlement class is a current FIA WorldPoints Cardholder but is not issued a statement during the time period contemplated by the Agreement, summary notice to such member of the class was to be provided via *first class mail*, instead of periodic statement insert.

D. Pursuant to Section 4.3 of the Agreement, and Paragraph 10 of the Order, Defendants were required to provide a summary notice of the Agreement to former FIA WorldPoints Cardholders who are members of the settlement class, and a claim form, via *first class mail*.

E. The parties now seek to modify the terms of Section 4.2 of the Agreement, and Paragraph 10 of the Order, so that summary notice of the Agreement to *current* FIA WorldPoints Cardholders may be provided via *first class mail*, instead of periodic statement inserts as originally contemplated.

F. The parties believe that sending the summary notice to *current* FIA WorldPoints Cardholders via *first class mail* is an equivalent, if not superior means of providing notice, than periodic statement inserts as originally contemplated.

G. The parties also believe that this proposed change in providing summary notice to the *current* FIA WorldPoints Cardholders is a non-material change to the Agreement, in that there will be no delay in the current time schedule set by the Order for providing notice to the settlement class, and any recovery by the settlement class is not affected.

H. Section 10.7 of the Agreement permits the parties to amend or modify the Agreement by written instrument signed by, or on behalf of, all the parties.

I. By this Stipulation, the parties propose to amend the Agreement and Order only as set forth above.

## STIPULATION

NOW, THEREFORE, the parties hereby stipulate and agree that Section 4.2 of the Agreement and Paragraph 10 of the Order may be modified to allow Defendants to provide summary notice of the Agreement to *current* FIA WorldPoints Cardholders who are members of the settlement class via *first class mail*, instead of periodic statement inserts.

Respectfully submitted.

DATED: December 3, 2008            KAMBER EDELSON LLC


By     /s/ Ethan Preston
    Ethan Preston
    Attorneys for Plaintiff
    JOHN LOFTON, an individual, on his own behalf
    and on behalf of all others similarly situated

DATED: December 3, 2008            REED SMITH LLP


By     /s/ Felicia Y. Yu
    Felicia Y. Yu
    Attorneys for Defendants
    BANK OF AMERICA CORPORATION and FIA
    CARD SERVICES, N.A.

| | | |
|---|---|---|
| 1 | DATED: December 3, 2008 | ROBINS KAPLAN MILLER & CISERI LLP |
| 2 | | |
| 3 | | By /s/ Elizabeth D. Le |
| 4 | | Emmett J. McMahon<br>Elizabeth Le<br>Attorneys for Defendant |
| 5 | | CARLSON COMPANIES, INC. |
| 6 | DATED: December 3, 2008 | MICHAEL BEST & FRIEDRICH LLP |
| 7 | | |
| 8 | | By /s/ S. Edward Sarskas |
| 9 | | S. Edward Sarskas<br>Attorneys for Defendant<br>Carlson Travel Group, Inc. |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: C07-05892 SI — 4 — US_ACTIVE-100871417.2

STIPULATION MODIFYING CLASS ACTION SETTLEMENT AGREEMENT AND
ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT

## PROOF OF SERVICE

I, Candice A. Spoon, declare:

I am employed in the County of Los Angeles, State of California. My business address is Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On December 4, 2008, I served the document(s) described as: ***STIPULATION TO MODIFY CLASS ACTION SETTLEMENT AGREEMENT AND ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT; AND [PROPOSED] ORDER THEREON.*** on the interested parties in this action by the methods listed below:

***SEE ATTACHED SERVICE LIST***

☒ **BY CM/ECF ELECTRONIC DELIVERY:** In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cand.uscourts.gov.

☐ **BY PERSONAL DELIVERY:** I personally delivered the document(s) listed above to the person(s) at the address(es) set forth on the attached list.

☐ **BY MAIL:** I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071

☐ **BY ☐ UPS NEXT DAY AIR ☐ FEDERAL EXPRESS ☐ OVERNIGHT DELIVERY:** I deposited such envelope in a facility regularly maintained by ☐ UPS ☐ FEDERAL EXPRESS ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ UPS ☐ FEDERAL EXPRESS OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071 with delivery fees fully provided for.

☐ **BY FACSIMILE:** I telecopied a copy of said document(s) to the following addressee(s) at the following number(s): in accordance with the written confirmation of counsel in this action.

☐ **BY EMAIL:** I sent via electronic mail a copy of said document(s) to the following addressee(s):

☐ **[State]** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **[Federal]** I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2008, at Los Angeles, California.

*Candice A. Spoon*

PROOF OF SERVICE

| | |
|---|---|
| Service List<br>*Lofton v. Bank of America Corporation, et al.*<br>Case No.: CV-07-05892-SI | |
| Alan Himmelfarb, Esq.<br>KamberEdelson LLC<br>2757 Leonis Boulevard<br>Los Angeles, CA 90058<br>Tel: (323) 585-8696<br>Email: ahimmelfarb@kamberedelson.com | *Attorneys for Plaintiff John Lofton* |
| Jay Edelson, Esq.<br>Ethan Preston, Esq.<br>Ryan D. Andrews, Esq.<br>KamberEdelson LLC<br>350 North LaSalle<br>Suite 1300<br>Chicago, IL 60654<br>Tel: (312) 589-6370<br>Email: jedelson@kamberedelson.com<br>epreston@kamberedelson.com<br>rdandrews@kamberedelson.com | *Attorneys for Plaintiff John Lofton* |
| Scott Kamber, Esq.<br>KamberEdelson LLC<br>11 Broadway, 22nd Floor<br>New York, NY 10004<br>Tel: (212) 920-3072<br>Fax: (212) 202-6364<br>Email: skamber@kolaw.com | *Attorneys for Plaintiff John Lofton* |
| Daniel J. Bergeson, Esq.<br>Donald P. Gagliardi, Esq.<br>Bergeson, LLP<br>303 Almaden Boulevard<br>Suite 500<br>San Jose, CA 95110-2712<br>Tel: (408) 291-6200<br>Fax: (408) 297-6000<br>Email: dbergeson@be-law.com<br>dgagliardi@be-law.com | *Attorneys for Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc.* |
| S. Edward Sarskas, Esq.<br>Michael Best & Friedrich, LLP<br>100 E. Wisconsin Avenue<br>Suite 3300<br>Milwaukee, WI 53202-4108<br>Tel: (414) 271-6560<br>Fax:<br>Email: searskas@michaelbest.com | *Attorneys for Carlson Travel Network Associates, Inc. and Carlson Travel Group, Inc.* |

- 2 -

PROOF OF SERVICE

Service List
*Lofton v. Bank of America Corporation, et al.*
Case No.: CV-07-05892-SI

| | |
|---|---|
| Martin R. Lueck, Esq.<br>Emmett J. McMahon, Esq.<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 La Salle Avenue<br>Minneapolis, MN 55402<br>Tel: (612) 349-8500<br>Fax: (612) 339-4181<br>Email: mrlueck@rkmc.com<br>ejmcmahon@rkmc.com | *Attorneys for Defendant Carlson Companies, Inc.* |
| Elizabeth D. Le, Esq.<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>Tel: (310) 552-0130<br>Fax: (310) 229-5800<br>Email: edle@rkmc.com | *Attorneys for Defendant Carlson Companies, Inc.* |

US_ACTIVE-34618382.5

- 3 -

PROOF OF SERVICE

Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Felicia Y. Yu (SBN 193316)
Email: fyu@reedsmith.com
Jordan Yu (SBN 227341)
Email: jsyu@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   213.457.8000
Facsimile:   213.457.8080

Attorneys for Defendants
BANK OF AMERICA CORPORATION and
FIA CARD SERVICES, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association; CARLSON COMPANIES, INC., a Minnesota corporation; CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation; and CARLSON TRAVEL GROUP, INC., a California corporation; and DOES 1 to 100,<br><br>Defendants. | No.: C07-05892 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY CLASS ACTION SETTLEMENT AGREEMENT AND ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT**<br><br>The Honorable Susan Illston |

# [PROPOSED] ORDER

On December 4, 2008, the parties entered into a Stipulation to Modify Class Action Settlement Agreement and Order Preliminarily Approving Class Action Settlement (the "Stipulation"), that Section 4.2 of the Agreement and Paragraph 10 of the Order may be modified to allow Defendants to provide summary notice of the Agreement to *current* FIA WorldPoints Cardholders who are members of the settlement class via *first class mail*, instead of periodic statement inserts.

Pursuant to the above Stipulation, and good cause appearing therefor,

IT IS SO ORDERED.

Date: _____ _____

The Honorable Susan Illston
UNITED STATES DISTRICT JUDGE