Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Felicia Y. Yu (SBN 193316)
Email: fyu@reedsmith.com
Jordan Yu (SBN 227341)
Email: jsyu@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendants
BANK OF AMERICA CORPORATION and
FIA CARD SERVICES, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOFTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A., a national banking association; CARLSON COMPANIES, INC., a Minnesota corporation; CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation; and CARLSON TRAVEL GROUP, INC., a California corporation; and DOES 1 to 100,<br><br>Defendants. | No.: C07-05892 SI<br><br>**[PROPOSED] ORDER CONTINUING CONFERENCE FOR STATUS AND FINAL REPORT AND ACCOUNTING OF ADMINISTRATION OF CLASS ACTION SETTLEMENT**<br><br>Current Date: July 31, 2009<br><br>Proposed New Date: October 9, 2009<br><br>The Honorable Susan Illston |

**[PROPOSED] ORDER**

On July 27, 2009, the parties entered into a Stipulation to Continue Conference for Status and Final Reporting and Accounting of Administration of Class Action Settlement (the "Stipulation") that was filed with the Court. The Stipulation requested to continue the case status conference, currently set for July 31, 2009 at 9:00 a.m., to October 9, 2009 or some later date convenient to the Court.

Pursuant to the Stipulation, and good cause appearing therefor, the case status conference is continued to ___October 9,_____, 2009 at ~~9:00 a.m.~~   3:00 p.m.

IT IS SO ORDERED.

Date: _____    _____
The Honorable Susan Illston
UNITED STATES DISTRICT JUDGE

No.: C07-05892 SI                – 1 –                US_ACTIVE-102021416.1
[PROPOSED] ORDER